IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: Tri-State Crematory Litigation        MDL Docket No. 1467

| | |
|---|---|
| Carol A. Bechtel, et. al., | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO.   4:02-CV-041-HLM |
| Tri-State Crematory, Inc., et. al., | ) |
| Defendants. | ) |

## CONSENT ORDER EXTENDING TIME TO FILE ANSWER TO MASTER COMPLAINT

The Plaintiffs and the Defendants having jointly moved the Court to extend the time for Defendants T. Ray Marsh, T. Ray Brent Marsh, and Clara C. Marsh to file their Answer to the Plaintiffs' Master Complaint,

IT IS ORDERED that the Defendants' time to file an Answer to the Master Complaint is extended through and including January 10, 2003.

SO ORDERED, this 2nd day of January 2003.

_____
United States District Judge
Northern District of Georgia, Rome Division

329

Order Prepared by:

Jennifer Joy Walker
Georgia Bar No. 732263
JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120
(770) 387-1373

CONSENTED TO AND APPROVED BY:

15 South Public Square
Cartersville, Georgia 30120
(770) 387-1373

*Frank E. Jenkins, III*
Frank E. Jenkins, III
Georgia Bar No. 390550
*Lead Counsel for Marsh Family Defendants*

BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON, & DAVIS
P.O. Box 5513
Rome, Georgia 30162-5513
(706)

*J. Anderson Davis* (by JJW w/ express permission)
J. Anderson Davis
Georgia Bar. No. 211077
*Lead Counsel for Funeral Home Defendants*

McCAMY, PHILLIPS, TUGGLE & FORDHAM
P.O. Box 1105
Dalton, Georgia 30722-1105
(706)278-5002

*Robert H. Smalley, III* (by JJW w/ express permission)
Robert H. Smalley, III
Georgia Bar No. 653405
*Liaison Counsel for Plaintiffs*

62 Nance Lane
P.O. Box 1130
Ringgold, Georgia 30736
(706)965-8300

*McCracken K. Poston, Jr.* (by JJW w/ express permission)
McCracken K. Poston, Jr.
Georgia Bar. No. 585606
*Counsel for T. Ray Brent Marsh & Tri-State Crematory*