FILED IN CLERK'S OFFICE
U.S.D.C. - Rome
JAN 02 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

```
1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN  DISTRICT OF GEORGIA
2                        ROME DIVISION

3   ------------------------------      CIVIL DOCKET NUMBER
    IN RE:   TRI-STATE CREMATORY )           MDL 1467
4   LITIGATION                   )
    ------------------------------            ROME, GEORGIA
5                                      MONDAY, DECEMBER 16, 2002
                                               10:05 A.M.
6
                       TRANSCRIPT OF PROCEEDINGS
7              BEFORE THE HONORABLE HAROLD L. MURPHY,
                    UNITED STATES DISTRICT JUDGE
8
    APPEARANCES:
9

10       FOR THE PLAINTIFFS:        ROBERT H. SMALLEY
                                    411 WEST CRAWFORD STREET
11                                  DALTON, GEORGIA   30720-1105
                                    (706) 278-4499
12
                                    WILLIAM G. COLVIN
13                                  701 MARKET STREET
                                    SUITE 500
14                                  CHATTANOOGA, TENNESSEEE
                                             37402
15                                  (423) 425-7000

16                                  ELIZABETH J. CABRASER
                                    EMBARCADERO CENTER WEST
17                                  275 BATTERY STREET
                                    30TH FLOOR
18                                  SAN FRANCISCO, CALIFORNIA
                                             94111-3339
19                                  (415) 956-1000

20                                  ALISTAIR E. NEWBERN
                                    KATHRYN BARNETT
21                                  3319 WEST END AVENUE
                                    SUITE 600
22                                  NASHVILLE, TENNESSEE
                                             37203
23                                  (615) 313-9000

24
                  PROCEEDINGS RECORDED BY STENOGRAPHY
25                  TRANSCRIPT PRODUCED BY COMPUTER
```

330



# THE TRANSCRIPT FROM THE COURT PROCEEDING IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the Court transcript.)