FILED IN CLERK'S OFFICE
U.S.D.C.
MAR -6 2003

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN  DISTRICT OF GEORGIA
 2                      ROME DIVISION

 3   -------------------------------      CIVIL DOCKET NUMBER
     IN RE:  TRI-STATE CREMATORY )             MDL 1467
 4   LITIGATION                   )
     -------------------------------        ROME, GEORGIA
 5                                    TUESDAY, FEBRUARY 11, 2003
                                              10:10 A.M.
 6

 7                   TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE HAROLD L. MURPHY,
 8                 UNITED STATES DISTRICT JUDGE

 9   APPEARANCES:

10       FOR THE DEFENDANTS:      J. ANDERSON DAVIS
                                  615 WEST FIRST STREET
11                                ROME, GEORGIA   30162-5513
                                  (706) 291-8853
12
                                  DAVID H. LAWRENCE
13                                200 EAST EIGHTH STREET
                                  CHATTANOOGA, TENNESSEE   37402
14                                (423) 756-5031

15                                CHARLES G. TAYLOR, III
                                  10805 KINGSTON PIKE
16                                SUITE 200
                                  KNOXVILLE, TENNESSEE   37922
17                                (865) 966-7665

18                                WALTER CROX
                                  2114 CHAPMAN ROAD
19                                CHATTANOOGA, TENNESSEE   37421

20

21       COURT REPORTER:          DENNIS J. REIDY
                                  309 U.S. DISTRICT COURTHOUSE
22                                600 EAST FIRST STREET
                                  ROME, GEORGIA   30161
23                                (706) 291-5610

24
                 PROCEEDINGS RECORDED BY STENOGRAPHY
25                 TRANSCRIPT PRODUCED BY COMPUTER
```



# THE TRANSCRIPT FROM THE COURT PROCEEDING IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the Court transcript.)