FILED IN ORIGINAL
U.S.D.C. Rome
MAR 27 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE ) | |
| CREMATORY LITIGATION ) | MDL DOCKET NO. 1467 |
| ) | |
| This relates to all actions. ) | |

## NOTICE OF INTENTION TO TAKE
## VIDEOTAPE ORAL DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Fed. R. Civ. P. 26, *et seq.*, on the 14th day of April, 2003, commencing at 10:00 o'clock, a.m., in the offices of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, 615 West First Street, Rome, Georgia 30161, before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the videotape deposition of **Sheriff Steve Wilson, Walker County Sheriff Department, Walker County Sheriff, P. O. Box 767, 105 South Duke Street, Lafayette, GA 30728** for discovery, cross-examination, and all other purposes allowed by law.

Court reporting and videography services will be provided by Brown Reporting, 1740 Peachtree Street, N.E., Atlanta, Georgia 30309; telephone: 404.876.8979; 800.637.0293; facsimile: 404.876.1269.

124351

The Deponent is further requested, pursuant to Fed. R. Civ. P. 30(b)(1), to produce at said deposition those documents and things listed as Exhibit "A" to the Subpoena for Appearance at Deposition and for the Production of Documents directed to Sheriff Steve Wilson, a copy of which is attached hereto and incorporated in its entirety herein.

You are invited to attend and participate.

This 27th day of March, 2003.

> BRINSON, ASKEW, BERRY, SEIGLER,
> RICHARDSON & DAVIS, LLP
>
> By: _____
> Robert M. Brinson
> Georgia Bar No. 082900
> J. Anderson Davis
> Georgia Bar No. 211077
>
> Counsel for SCI Defendants and
> Lead Counsel for Defendant Funeral Homes

Post Office Box 5513
Rome, Georgia 30162-5513
Telephone: 706.291.8853
Facsimile: 706.234.3574

124351

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Intention to Take Videotape Oral Deposition of Sheriff Steve Wilson** upon all parties to this matter by forwarding a true copy of same via U.S. Mail, First Class, proper postage prepaid, facsimile transmission or electronic mail (email) addressed to the parties and/or counsel of record in accordance with the attached service list.

Robert H. Smalley, III, Esq.
McCamy, Phillips, Tuggle & Fordham
PO Box 1105
Dalton, GA 30722-1105

McCracken Poston, Esq.
PO Box 988
Ringgold, GA 30736-0988

Frank E. Jenkins, III
Jenkins & Olson, P.C.
15 South Public Square
Cartersville, GA 30120-3350

This 27th day of March, 2003.

J. Anderson Davis

124351

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

IN RE: TRI-STATE )
CREMATORY LITIGATION ) MDL DOCKET NO. 1467
)

This relates to all actions.

### CERTIFICATE OF SERVICE PURSUANT TO RULE 26.4

Pursuant to Rule 26, Fed. R. Civ. P., this is to certify that I have this date served a true and correct copy of the following **Notice Intention to Take Videotape Oral Deposition of Sheriff Steve Wilson, Walker County Sheriff, and Subpoena for Appearance at Deposition** upon all parties to this matter by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record in accordance with the attached service list.

Robert H. Smalley, III, Esq.  
McCamy, Phillips, Tuggle & Fordham  
PO Box 1105  
Dalton, GA 30722-1105

Frank E. Jenkins, III  
Jenkins & Olson, P.C.  
15 Public Square  
Cartersville, GA 30120

McCracken Poston, Esq.  
PO Box 988  
Ringgold, GA 30736-0988

124351

This 27th day of March, 2003.

                BRINSON, ASKEW, BERRY, SEIGLER,
                RICHARDSON & DAVIS, LLP

                By: _____
                Robert M. Brinson
                Georgia Bar No. 082900
                J. Anderson Davis
                Georgia Bar No. 211077

                Counsel for SCI Defendants and
                Lead Counsel for Defendant Funeral Homes

The Omberg House
615 West First Street
Post Office Box 5513
Rome, Georgia 30162-5513
Telephone: 706.291.8853
Facsimile: 706.234.3574

124351