ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

APR 0 1 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | ) ) ) ) | MDL DOCKET NO. 1467 |
| This relates to all actions. | ) | |

## NOTICE OF INTENTION TO TAKE VIDEOTAPE ORAL DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Fed. R. Civ. P. 26, *et seq.*, on the 15th day of April, 2003, commencing at 10:00 o'clock, a.m., at the offices of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, 615 West First Street, Rome, Georgia 30161, before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the videotape deposition of **Dewayne Wilson, Coroner for Walker County, P. O. Box 1063, LaFayette, GA 30728** for discovery, cross-examination, and all other purposes allowed by law.

Court reporting and videography services will be provided by Brown Reporting, 1740 Peachtree Street, N.E., Atlanta, Georgia 30309; telephone: 404.876.8979; 800.637.0293; facsimile: 404.876.1269.

The Deponent is further requested, pursuant to Fed. R. Civ. P. 30(b)(1), to produce at said deposition those documents and things listed as Exhibit "A" to the Subpoena for Appearance at Deposition and for the Production of Documents

124348

374

directed to Dewayne Wilson, a copy of which is attached hereto and incorporated in its entirety herein.

You are invited to attend and participate.

This 1st day of April, 2003.

                        BRINSON, ASKEW, BERRY, SEIGLER,
                        RICHARDSON & DAVIS, LLP

                        By: _____
                            Robert M. Brinson
                            Georgia Bar No. 082900
                            J. Anderson Davis
                            Georgia Bar No. 211077

                        Lead Counsel for Defendant Funeral Homes

Post Office Box 5513
Rome, Georgia 30162-5513
Telephone:  706.291.8853
Facsimile:  706.234.3574

124348

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Notice of Intention to Take Videotape Oral Deposition of Dewayne Wilson upon all parties to this matter by forwarding a true copy of same via U.S. Mail, First Class, proper postage prepaid, facsimile transmission or electronic mail (email) addressed to the parties and/or counsel of record in accordance with the attached service list.

Robert H. Smalley, III, Esq.
McCamy, Phillips, Tuggle & Fordham
PO Box 1105
Dalton, GA  30722-1105

McCracken Poston, Esq.
PO Box 988
Ringgold, GA  30736-0988

Frank E. Jenkins, III
Jenkins & Olson, P.C.
15 South Public Square
Cartersville, GA   30120-3350

This 1st day of April, 2003.

_____
J. Anderson Davis

124348