IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION



FILED IN CLERK'S OFFICE

JUN 2 3 2003

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| IN RE: Tri-State Crematory Litigation | MDL Docket No. 1467 |
| Carol A. Bechtel, et. al., ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 4:02-CV-041 |
| Tri-State Crematory, Inc., et. al., ) | |

### SUGGESTION OF DEATH UPON THE RECORD

### UNDER RULE 25(a)(1)

COMES NOW, Jenkins & Olson, P.C., designated lead counsel in the above-styled matter and suggests upon the record, pursuant to Rule 25(a)(1), the death of T. Ray Marsh, defendant in the above-styled action, during the pendency of this action.

Respectfully Submitted,

JENKINS & OLSON, P.C.

[signatures]

Frank E. Jenkins, III
Georgia Bar No. 390550
Jennifer Joy Walker
Georgia Bar No. 732263

15 South Public Square
Cartersville, Georgia 30120
(770) 387-1373

416

## *CERTIFICATE OF SERVICE*

I hereby certify that I have this day served a copy of the within and foregoing *Suggestion of Death Upon the Record Under Rule 25(a)(1)* upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

McCracken Poston
Post Office Box 1130
Ringgold, Georgia 30736

Jesse Anderson Davis
Mark Maynard Jackson Webb
Brinson Askew Berry Siegler
Richardson & Davis
Post Office Box 5513
Rome, GA  30162-5513

Robert Harris Smalley, III
McCamy Phillips Tuggle & Fordham
Post Office Box 1105
Dalton, Georgia  30720-1105

This the 19th day of June, 2003.

JENKINS & OLSON, P.C.

*[signature]*
Jennifer Joy Walker

15 South Public Square
Cartersville, Georgia  30120
(770) 387-1373