

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

ORIGINAL

JUL 17 2003

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE CREMATORY )
LITIGATION ) MDL DOCKET NO. 1467
)
This relates to all actions. )

## NOTICE OF TAKING VIDEO-TAPED DEPOSITIONS

TO: PLAINTIFFS' LIAISON COUNSEL
MARSH COUNSEL
DEFENDANT FUNERAL HOMES COUNSEL
ALL PARTIES

YOU ARE HEREBY NOTIFIED that, on the dates and times and locations specified in the attached Deposition Schedule, Exhibit "A", counsel will proceed to take the video-taped depositions specified upon oral examination pursuant to Fed.R.Civ. P. 26 and 30. The depositions will be taken before an officer duly authorized by law to take depositions, said depositions to be taken for the purpose of discovery, use in evidence, and all other reasons allowed by law. The oral examination will continue from day-to-day until its completion. You may attend and examine.

The depositions will take place either at Grant, Konvalinka, Harrison, P.C., 900 Republic Centre, 633 Chestnut Street, in Chattanooga, Tennessee or at Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, 615 West First Street, Rome, Floyd

438

County, Georgia, or such other location as Counsel may agree.

Post Office Box 5513
Rome, GA 30162-5513
(Phone - 706/291-8853)
(Fax - 706/234-3574)

BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

BY: _____
J. ANDERSON DAVIS
Georgia Bar No. 211077

Liaison and Lead Counsel for Funeral Home
Defendants

130625

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Notice of Intention to Take Videotape Oral Depositions upon all parties to this matter by forwarding a true copy of same via U.S. Mail, First Class, proper postage prepaid, facsimile transmission or electronic mail (e-mail) addressed to the parties and/or counsel of record in accordance with the attached service list.

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE of McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA  30736-1130
Lead Counsel for
Tri-State Crematory, Inc.

Frank E. Jenkins, III, Esquire
JENKINS & OLSON
15 Public Square, South
Cartersville, GA  30120-3350
Lead Counsel for
the Marsh Family

This 17th day of July, 2003.

J. Anderson Davis

130625

| 7/17/03 130581 | IN RE: TRISTATE CREMATORY DEPOSITION SCHEDULE | | | |
|---|---|---|---|---|
| DATE | TIME | TRACK 1<br>DRS | TRACK 2<br>COPPEDGE | TRACK 3<br>LEIFF |
| 7/23/03 | 9 | Trudy Arntz [Buckner-Rush] (Higgins) | | |
| 7/23/03 | 1 | Marvin Bacon [Buckner-Rush] (Higgins) | | |
| 7/23/03 | 4 | Charles Bacon [Buckner-Rush] (Higgins) | | |
| 7/24/03 | 9 | Pauline Bell [Buckner-Rush] (Higgins) | | Lisa Jenison [Franklin-Strickland] (Higney) |
| 7/24/03 | 1 | Betty Bevins [Buckner-Rush] (Higgins) | | Mark Jenison [Franklin-Strickland] (Higney) |
| 7/24/03 | 4 | | | |
| 7/25/03 | 9 | Scott Jenison [Franklin-Strickland] (Higney) (Leiff) | | Linda Hamil [Buckner-Rush] (Higgins) |
| 7/25/03 | 1 | Patty Shirley [Franklin-Strickland] (Higney) | | Lavonda Ridley [Buckner-Rush] (Higgins) |
| 7/25/03 | 4 | | | Tom Szabo [Buckner-Rush] Higgins) |
| 7/28/03 | 9 | Myrtylene Mooney Pittman [Franklin-Strickland] (Higney) (Leiff) | | Mitchell Stinett [Buckner-Rush] (Higgins) |
| 7/28/03 | 1 | Marsha Terrell [Franklin-Strickland] (Higney) | | |
| 7/28/03 | 4 | | | |
| 7/29/03 | 9 | Rich Heinsman [Franklin-Strickland] (Higney) | | |

| | | | | |
|---|---|---|---|---|
| 7/29/03 | 1 | Ruth T. Daniels [Franklin-Strickland] (Higney) (Leiff) | | |
| 7/29/03 | 4 | Kathy Kelly [Wann] (Campbell) | | |
| 7/30/03 | 9 | Gretchen Edminston [Wann] (Campbell) | Florence Buttermore [W.L. Wilson] (Frost) | Dr. John Edkins [Julian Peeples] (Hawkins) |
| 7/30/03 | 1 | | | Martha Waldrop [Julian Peeples] (Hawkins) |
| 7/30/03 | 4 | | Mary Schockley [Julian Peeples] (Hawkins) | |
| 7/31/03 | 9 | Doris Mitchell [Sequatchie] (Luskin) | | |
| 7/31/03 | 1 | Joe Oden [Taylor] (Luskin) | | |
| 7/31/03 | 4 | | | |
| 8/1/03 | 9 | Gwendolyn Walton [Franklin-Strickland] (Higney) | | |
| 8/1/03 | 1 | Charles Walton [Franklin-Strickland] (Higney) | | |
| 8/1/03 | 4 | | | |
| 8/4/03 | 9 | Melissa Dyer [Sequatchie] (Luskin) | | |
| 8/4/03 | 1 | Kellie Dyer [Sequatchie] (Luskin) | | |
| 8/4/03 | 4 | Kelby Dyer [Sequatchie] (Luskin) | | |
| 8/5/03 | 9 | Robert Walker [Franklin-Strickland] (Higney) | | |
| 8/5/03 | 1 | Robert Puryear [Franklin-Strickland] (Higney) | | |
| 8/5/03 | 4 | | | |

| 8/6/03 | 9 | Syble Corriher [Moore] (Luskin) (Coppedge) | | |
| 8/6/03 | 1 | Bobbie Snow [Ryan] (Luskin) | | |
| 8/6/03 | 4 | | | |
| 8/7/03 | 9 | | | |
| 8/7/03 | 1 | | | |
| 8/7/03 | 4 | | | |
| 8/8/03 | 9 | | | Debbie Raper [Sequatchie] (Luskin) |
| 8/8/03 | 1 | | | Joanette Fitch [Taylor] (Luskin) |
| 8/8/03 | 4 | | | Lonnie B. Hassler [Taylor] (Luskin) |
| 8/11/03 | 9 | | | Deloris Headrick [Thomas] (Luskin) |
| 8/11/03 | 1 | | | James Robinson [Thomas] (Luskin) |
| 8/11/03 | 4 | | | Darryl Patterson [Thomas] (Luskin) |
| 8/12/03 | 9 | Thomas Weber [Putman] (Bennington) | Janice Burch Risley [Thomas] (Luskin) | Channon Walls [Franklin-Strickland] (Higney) |
| 8/12/03 | 1 | | | Celeste Walls [Franklin-Strickland] (Higney) |
| 8/12/03 | 4 | | | Robert Patterson [Wann] (Campbell) |
| 8/13/03 | 9 | Jenny Smith [Franklin-Strickland] (Higney) | | |
| 8/13/03 | 1 | Steven Smith [Franklin-Strickland] (Higney) | | |
| 8/13/03 | 4 | Stanton Smith [Franklin-Strickland] (Higney) | | |
| 8/14/03 | 9 | Romona Waller [Taylor] (Luskin) (Leiff) | | Sue Markley [Wann] (Campbell) |

| | | | | |
|---|---|---|---|---|
| 8/14/03 | 1 | Kerry Taylor [Taylor] (Luskin) | | |
| 8/14/03 | 4 | | | |
| 8/15/03 | 9 | John Fairbanks [Buckner-Rush] (Higgins) | | |
| 8/15/03 | 1 | Debbie Fairbanks [Buckner-Rush] (Higgins) | | |
| 8/15/03 | 4 | Selma Huart [Buckner-Rush] (Higgins) | | |
| 8/18/03 | 9 | | | |
| 8/18/03 | 1 | | | |
| 8/18/03 | 4 | | | |
| 8/19/03 | 9 | Thomas Weber [Putman] (Bennington) | | |
| 8/19/03 | 1 | Terry Weber [Putman] (Bennington) | | |
| 8/19/03 | 4 | | | |
| 8/20/03 | 9 | Joseph Weber [Putman] (Bennington) | | |
| 8/20/03 | 1 | Tess Cunningham [Putman] (Bennington) | | |
| 8/20/03 | 4 | | | |
| 8/21/03 | 9 | Loretta Bates [Buckner-Rush] (Higgins) | | Mary Newton [Putman] (Bennington) |
| 8/21/03 | 1 | Anna Bates [Buckner-Rush] (Higgins) | | Anne Goodhew [Wann] (Campbell) |
| 8/21/03 | 4 | William Mason Jr. [Buckner-Rush] (Higgins) | | |
| 8/22/03 | 9 | Shawn Everson [Buckner-Rush] (Higgins) | | |
| 8/22/03 | 1 | Mary Fason [Buckner-Rush] (Higgins) | | |
| 8/22/03 | 4 | | | |

130581                                    4

| | | | | |
|---|---|---|---|---|
| 8/25/03 | 9 | Kim Craig [Buckner-Rush] (Higgins) | | |
| 8/25/03 | 1 | Shirley Tolf [Buckner-Rush] (Higgins) | | |
| 8/25/03 | 4 | Nancy Smith [Buckner-Rush] (Higgins) | | |
| 8/26/03 | 9 | Joye Wessells [Chattanooga] (Davis) | | Jimmie Weilbacher [Buckner-Rush] (Higgins) |
| 8/26/03 | 1 | John Wessells [Chattanooga] (Davis) | | Norman Jenison II [Buckner-Rush] (Higgins) |
| 8/26/03 | 4 | Barbra Tesar [Chatanooga] (Davis) | | Norman Jenison III [Vbuckner-Rush] (Higgins) |
| 8/27/03 | 9 | | | Helen Mathis [Buckner-Rush] (Higgins) |
| 8/27/03 | 1 | | | Janice Moore [Buckner-Rush] (Higgins) |
| 8/27/03 | 4 | | | Jo Ann Burch [Buckner-Rush] (Higgins) |
| 8/28/03 | 9 | | | John Crabtree [Jennings] (Davis) |
| 8/28/03 | 1 | | | Jamie Crabtree [Jennings] (Davis) |
| 8/28/03 | 4 | | | Mary Clark [Kenemer] (Davis) |
| 8/29/03 | 9 | | | Daniel Green [Kenemer] (Davis) |
| 8/29/03 | 1 | | Herman Lasater [Kenemer] (Davis) | |
| 8/29/03 | 4 | | | |