**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JUL 25 2003

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | ) ) ) ) |
| This relates to all actions. | ) |

MDL DOCKET NO. 1467

## AMENDED
## NOTICE OF TAKING VIDEO-TAPED DEPOSITIONS

TO: PLAINTIFFS' LIAISON COUNSEL
    MARSH COUNSEL
    DEFENDANT FUNERAL HOMES COUNSEL
    ALL PARTIES

YOU ARE HEREBY NOTIFIED that, on the dates and times and locations specified in the attached Amended Deposition Schedule, Exhibit "A", counsel will proceed to take the video-taped depositions specified upon oral examination pursuant to Fed.R.Civ. P. 26 and 30. The depositions will be taken before an officer duly authorized by law to take depositions, said depositions to be taken for the purpose of discovery, use in evidence, and all other reasons allowed by law. The oral examination will continue from day-to-day until its completion. You may attend and examine.

The depositions will take place either at Grant, Konvalinka, Harrison, P.C., 900 Republic Centre, 633 Chestnut Street, in Chattanooga, Tennessee or at Brinson,

Askew, Berry, Seigler, Richardson & Davis, LLP, 615 West First Street, Rome, Floyd County, Georgia, or such other location as Counsel may agree.

Post Office Box 5513
Rome, GA 30162-5513
(Phone - 706/291-8853)
(Fax - 706/234-3574)

BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

BY: _____
J. ANDERSON DAVIS
Georgia Bar No. 211077

Liaison and Lead Counsel for Funeral Home Defendants

130819

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Amended Notice of Intention to Take Videotape Oral Depositions upon all parties to this matter by forwarding a true copy of same via U.S. Mail, First Class, proper postage prepaid, facsimile transmission or electronic mail (e-mail) addressed to the parties and/or counsel of record in accordance with the attached service list.

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

| | |
|---|---|
| McCracken Poston, Jr., Esquire<br>OFFICE of McCRACKEN POSTON<br>Post Office Box 1130<br>Ringgold, GA  30736-1130<br>Lead Counsel for<br>Tri-State Crematory, Inc. | Frank E. Jenkins, III, Esquire<br>JENKINS & OLSON<br>15 Public Square, South<br>Cartersville, GA  30120-3350<br>Lead Counsel for<br>the Marsh Family |

This 25th day of July, 2003.

J. Anderson Davis

130819

| 7/25/03 [2:45] 130581 | IN RE: TRISTATE CREMATORY DEPOSITION SCHEDULE | | |
|---|---|---|---|
| DATE | TIME | TRACK 1<br>DRS<br>Grant, Konvalinka & Harris | TRACK 2<br>COPPEDGE<br>Brinson, Askew & Berry | TRACK 3<br>LEIFF<br>Brinson, Askew & Berry |
| 7/23/03 | 9 | Chattanooga<br>**POSTPONED**<br>Trudy Arntz [Buckner-Rush] (Higgins) | | |
| 7/23/03 | 1 | Chattanooga<br>**POSTPONED**<br>Marvin Bacon [Buckner-Rush] (Higgins) | | |
| 7/23/03 | 4 | Chattanooga<br>**POSTPONED**<br>Charles Bacon [Buckner-Rush} (Higgins) | | |
| 7/24/03 | 9 | Chattanooga<br>**POSTPONED**<br>Pauline Bell [Buckner-Rush] (Higgins) | | Rome<br>**CANCELED**<br>Lisa Jenison [Franklin-Strickland] (Higney) |
| 7/24/03 | 1 | Chattanooga<br>**POSTPONED**<br>Betty Bevins [Buckner-Rush] (Higgins) | | Rome<br>**CANCELED**<br>Mark Jenison [Franklin-Strickland] (Higney) |
| 7/24/03 | 4 | | | |
| 7/25/03 | 9 | | | Rome<br>**POSTPONED**<br>Linda Hamil [Buckner-Rush] (Higgins)<br>Rome<br>**CANCELED**<br>Scott Jenison [Franklin-Strickland] (Higney) (Leiff) |
| 7/25/03 | 1 | Chattanooga<br>**RESCHEDULED**<br>Patty Shirley [Franklin-Strickland] (Higney) | | Rome<br>**POSTPONED**<br>Lavonda Ridley [Buckner-Rush] (Higgins) |

| Date | # | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| 7/25/03 | 4 | | | Rome<br>**POSTPONED**<br>Tom Szabo [Buckner-Rush] Higgins) |
| 7/28/03 | 9 | | | Rome<br>**POSTPONED**<br>Mitchell Stinett [Buckner-Rush] (Higgins)<br><br>**RESCHEDULED**<br>Myrtylene Mooney Pittman [Franklin-Strickland] (Higney) |
| 7/28/03 | 1 | Chattanooga<br>Marsha Terrell [Franklin-Strickland] (Higney) | | |
| 7/28/03 | 4 | | | |
| 7/29/03 | 9 | Chattanooga<br>Rich Heinsman [Franklin-Strickland] (Higney) | | |
| 7/29/03 | 1 | | | **RESCHEDULED**<br>Chattanooga<br>Ruth T. Daniels [Franklin-Strickland] (Higney) |
| 7/29/03 | 4 | Chattanooga<br>Kathy Kelly [Wann] (Campbell) | | |
| 7/30/03 | 9 | Chattanooga<br>Gretchen Edminston [Wann] (Campbell) | Rome<br>Florence Buttermore [W.L. Wilson] (Frost) | Rome<br>**RESCHEDULED**<br>Dr. John Edkins [Julian Peeples] (Hawkins) |
| 7/30/03 | 1 | | | Rome<br>Martha Waldrop [Julian Peeples] (Hawkins) |
| 7/30/03 | 4 | | Rome<br>Mary Schockley [Julian Peeples] (Hawkins) | |

130581

2

| Date | # | Location / Name | | |
|---|---|---|---|---|
| 7/31/03 | 9 | Chattanooga<br>Doris Mitchell<br>[Sequatchie] (Luskin) | | |
| 7/31/03 | 1 | Chattanooga<br>Joe Oden [Taylor]<br>(Luskin) | | |
| 7/31/03 | 4 | | | |
| 8/1/03 | 9 | Chattanooga<br>Gwendolyn Walton<br>[Franklin-Strickland]<br>(Higney) | | |
| 8/1/03 | 1 | Chattanooga<br>Charles Walton<br>[Franklin-Strickland]<br>(Higney) | | |
| 8/1/03 | 4 | Chattanooga<br>*Patricia Shirley*<br>*[Franklin-Strickland]*<br>*(Higney)* | | |
| 8/4/03 | 9 | Chattanooga<br>Melissa Dyer<br>[Sequatchie] (Luskin) | | |
| 8/4/03 | 1 | Chattanooga<br>Kellie Dyer<br>[Sequatchie] (Luskin) | | |
| 8/4/03 | 4 | Chattanooga<br>Kelby Dyer<br>[Sequatchie] (Luskin) | | |
| 8/5/03 | 9 | Chattanooga<br>Robert Walker<br>[Franklin-Strickland]<br>(Higney)<br>Chattanooga<br>*Betty Headrick [Wann]*<br>*(Patty)* | | |

130581                                           3

| Date | | | | | |
|---|---|---|---|---|---|
| 8/5/03 | 1 | Chattanooga<br>Ronald Puryear<br>[Franklin-Strickland]<br>(Higney)<br><br>Chattanooga<br>Miriam Jones [Wann]<br>(Patty) | | | |
| 8/5/03 | 4 | Chattanooga<br>Dorothy Gregory<br>[Wann] (Patty) | | | |
| 8/6/03 | 9 | Chattanooga<br>Syble Corriher [Moore]<br>(Luskin) (Coppedge)<br><br>Chattanooga<br>Rachael Richards<br>[Wann] (Patty) | | | |
| 8/6/03 | 1 | Chattanooga<br>Bobbie Snow [Ryan]<br>(Luskin)<br><br>Chattanooga<br>Zuki Hornyak [J. Avery<br>Bryan] (Zirkle) | | | |
| 8/6/03 | 4 | Chattanooga<br>Robert Blackburn<br>[Turner] (Weinrich)<br><br>Chattanooga<br>Judy Bonine [J. Avery<br>Bryan] (Zirkle) | | | |
| 8/7/03 | 9 | Chattanooga<br>Jaonne Hobbs [Turner]<br>(Weinrich)<br><br>Chattanooga<br>Robert Crawford [J.<br>Avery Bryan] (Zirkle) | | | |
| 8/7/03 | 1 | Chattanooga<br>Thomas Calderone<br>[Turner] (Weinrich)<br><br>Chattanooga<br>Opal Craze [J. Avery<br>Bryan] (Zirkle) | | | |

130581                                  4

| | | | | |
|---|---|---|---|---|
| 8/7/03 | 4 | **Chattanooga**<br>*Julie Kinder [Turner] (Weinrich)*<br><br>**Chattanooga**<br>*Angela Shirley [J. Avery Bryan] (Zirkle)* | | |
| 8/8/03 | 9 | **Chattanooga**<br>*Lisa Cash [Turner] (Weinrich)*<br><br>**Chattanooga**<br>*Keith Oldaker [J. Avery Bryan] (Zirkle)* | | **Rome**<br>**Debbie Raper**<br>**[Sequatchie] (Luskin)** |
| 8/8/03 | 1 | **Chattanooga**<br>**Robert Goldizen**<br>*[Turner] (Weinrich)* | | **Rome**<br>**Joanette Fitch [Taylor] (Luskin)** |
| 8/8/03 | 4 | **Chattanooga**<br>*K. Bidwell [Turner] (Weinrich)* | | **Rome**<br>**Lonnie B. Hassler**<br>**[Taylor] (Luskin)** |
| 8/11/03 | 9 | **Chattanooga**<br>*Johnny Laymon [Turner] (Weinrich)*<br><br>**Chattanooga**<br>*Catherine Adams [Cumberland] (Penna)* | | **Rome**<br>**Deloris Headrick**<br>**[Thomas] (Luskin)** |
| 8/11/03 | 1 | **Chattanooga**<br>*Linda Staton [Turner] (Weinrich)*<br><br>**Chattanooga**<br>*James Petty Jr. [Cumberland] (Penna)* | | **Rome**<br>**James Robinson**<br>**[Thomas] (Luskin)** |
| 8/11/03 | 4 | **Chattanooga**<br>*Vanessa Giddons [Turner] (Weinrich)*<br><br>**Chattanooga**<br>*Marjorie Coins [Cumberland] (Penna)* | | **Rome**<br>**Darryl Patterson**<br>**[Thomas] (Luskin)** |

130581                                              5

| | | | | |
|---|---|---|---|---|
| 8/12/03 | 9 | **Chattanooga** <br> *Thomas Weber [Putman] (Bennington)* <br><br> **Chattanooga** <br> *James Mitchell Petty Jr. [Foster & Lay] (Penna)* | **Already Completed** <br> Janice Burch Risley [Thomas] (Luskin) | **Rome** <br> **POSTPONED** <br> Channon Walls [Franklin-Strickland] (Higney) |
| 8/12/03 | 1 | **Chattanooga** <br> *Barbara Brannum [Turner] (Weinrich)* <br><br> **Chattanooga** <br> *Arnold Russell [Foster & Lay] (Penna)* | | **Rome** <br> **POSTPONED** <br> Celeste Walls [Franklin-Strickland] (Higney) |
| 8/12/03 | 4 | **Chattanooga** <br> *Peggy Hamblin [Turner] (Weinrich)* <br><br> **Chattanooga** <br> *James Petty Jr. [Foster & Son] (Penna)* | | **Rome** <br> Robert Patterson [Wann] (Campbell) |
| 8/13/03 | 9 | **Chattanooga** <br> *Jenny Smith [Franklin-Strickland] (Higney)* <br><br> **Chattanooga** <br> *Phillip Dills [Foster & Son] (Penna)* | | **Rome** <br> *Michelle Moore [Turner] Weinrich)* |
| 8/13/03 | 1 | **Chattanooga** <br> Steven Smith [Franklin-Strickland] (Higney) | | **Rome** <br> *Nancy Jones [Turner] (Weinrich)* |
| 8/13/03 | 4 | **Chattanooga** <br> Stanton Smith [Franklin-Strickland] (Higney) | | **Rome** <br> *Lee Kile [Turner] (Weinrich)* |
| 8/14/03 | 9 | | | **Rome** <br> Sue Markley [Wann] (Campbell) <br><br> **Chattanooga** <br> Romona Waller [Taylor] (Luskin) |
| 8/14/03 | 1 | **Chattanooga** <br> Kerry Sutton [Taylor] (Luskin) | | **Rome** <br> *John A. White [Turner] (Weinrich)* |

| Date | # | Chattanooga | Rome | Rome |
|---|---|---|---|---|
| 8/14/03 | 4 | **Chattanooga**<br>*Terry Weber [Putman]*<br>*(Bennington)* | | **Rome**<br>*Darren Dwayne Lee*<br>*[Turner] (Weinrich)* |
| 8/15/03 | 9 | **Chattanooga**<br>**John Fairbanks**<br>**[Buckner-Rush]**<br>**(Higgins)** | | **Rome**<br>*Shelia Manis [Peeples]*<br>*(Rogers)* |
| 8/15/03 | 1 | **Chattanooga**<br>**Debbie Fairbanks**<br>**[Buckner-Rush]**<br>**(Higgins)** | | **Rome**<br>*Dean Strong [Peeples]*<br>*(Rogers)* |
| 8/15/03 | 4 | **Chattanooga**<br>**Selma Huart [Buckner-Rush] (Higgins)** | | **Rome**<br>*Lisa Goranson [Peeples]*<br>*(Rogers)* |
| 8/18/03 | 9 | **Chattanooga**<br>*CW Curtis [Turner]*<br>*(Weinrich)* | **Rome**<br>*Etta Smith [To be served with subpoena] (Rogers)* | **Rome**<br>*Dr. John Edkins [Julian Peeples] (Hawkins)* |
| 8/18/03 | 1 | **Chattanooga**<br>*Ann Thowart [Turner]*<br>*(Weinrich)* | **Rome**<br>*Elizabeth Schwartz*<br>*[Peeples] ( Rogers)* | |
| 8/18/03 | 4 | **Chattanooga**<br>*Patricia Rudzinsky*<br>*[Turner] (Weinrich)* | | |
| 8/19/03 | 9 | **DUPLICATE**<br>**Thomas Weber**<br>**[Putman] (Bennington)**<br><br>**Chattanooga**<br>*Dorathy Gregory*<br>*[Wann] (Patty)* | | **Rome**<br>*Sylvia Warren [Peeples]*<br>*(Rogers)* |
| 8/19/03 | 1 | **RESCHEDULED**<br>**Terry Weber [Putman]**<br>**(Bennington)**<br><br>**Chattanooga**<br>*Colin York [Wann]*<br>*(Patty)* | | **Rome**<br>*Willaim Haddon [Peeples]*<br>*(Rogers)* |
| 8/19/03 | 4 | **Chattanooga**<br>*Lee Townsend [Turner]*<br>*(Weinrich)* | | **Rome**<br>*Marjorie Daelke [Peeples]*<br>*(Rogers)* |
| 8/20/03 | 9 | **Chattanooga**<br>**Joseph Weber [Putman]**<br>**(Bennington)** | | **Rome**<br>*Louis E. Hunziker [Foster & Lay] (Penna)* |

| | | | | |
|---|---|---|---|---|
| 8/20/03 | 1 | <u>Chattanooga</u><br>Tess Cunningham [Putman] (Bennington) | | <u>Rome</u><br>Myrtylene Mooney Pittman [Franklin-Strickland] (Higney |
| 8/20/03 | 4 | <u>Chattanooga</u><br>*Elizabith Webb [Turner] (Weinrich)* | | <u>Rome</u><br>Ruth T. Daniels [Franklin-Strickland] (Higney) |
| 8/21/03 | 9 | <u>Chattanooga</u><br>Loretta Bates [Buckner-Rush] (Higgins) | <u>Rome</u><br>*Van Gravitt [Peeples] (Rogers)* | <u>Rome</u><br>Mary Newton [Putman] (Bennington) |
| 8/21/03 | 1 | <u>Chattanooga</u><br>Anna Bates [Buckner-Rush] (Higgins) | <u>Rome</u><br>*Johnny Gravitt [Peeples] (Rogers)* | <u>Rome</u><br>Anne Goodhew [Wann] (Campbell) |
| 8/21/03 | 4 | <u>Chattanooga</u><br>William Mason Jr. [Buckner-Rush] (Higgins) | <u>Rome</u><br>*Donald Gravitt [Peeples] (Rogers)* | |
| 8/22/03 | 9 | <u>Chattanooga</u><br>Shawn Everson [Buckner-Rush] (Higgins) | <u>Rome</u><br>*Larry Gravitt [Peeples] (Rogers)* | |
| 8/22/03 | 1 | <u>Chattanooga</u><br>Mary Fason [Buckner-Rush] (Higgins) | <u>Rome</u><br>*Christopher Lee [Peeples] (Rogers)* | |
| 8/22/03 | 4 | <u>Chattanooga</u><br>*Sandra Wright [Turner] (Weinrich)* | | |
| 8/25/03 | 9 | <u>Chattanooga</u><br>Kim Craig [Buckner-Rush] (Higgins) | | |
| 8/25/03 | 1 | <u>Chattanooga</u><br>Shirley Tolf [Buckner-Rush] (Higgins) | | |
| 8/25/03 | 4 | <u>Chattanooga</u><br>Nancy Smith [Buckner-Rush] (Higgins) | | |
| 8/26/03 | 9 | <u>Chattanooga</u><br>Joye Wessells [Chattanooga] (Davis) | | <u>Rome</u><br>Jimmie Weilbacher [Buckner-Rush] (Higgins) |

130581                                                  8

| Date | # | | | |
|---|---|---|---|---|
| 8/26/03 | 1 | CANCELED<br>John Wessells<br>[Chattanooga] (Davis)<br><br>Chattanooga<br>*Robin Harper [Wann]*<br>*(Patty)* | | Rome<br>Norman Jenison II<br>[Buckner-Rush] (Higgins) |
| 8/26/03 | 4 | Chattanooga<br>Barbra Tesar<br>[Chatanooga] (Davis) | | Rome<br>Norman Jenison III<br>[Buckner-Rush] (Higgins) |
| 8/27/03 | 9 | Chattanooga<br>*Glen Burks [Turner]*<br>*(Weinrich)* | | DECEASED<br>Helen Mathis [Buckner-Rush] (Higgins) |
| 8/27/03 | 1 | Chattanooga<br>*Belinda Hixson [Turner]*<br>*(Weinrich)*<br><br>Chattanooga<br>*Janice Moore [Buckner-Rush] (Higgins)* | | RESCHEDULED<br>Janice Moore [Buckner-Rush] (Higgins)(should be DRS) |
| 8/27/03 | 4 | Chattanooga<br>*Lena Hall [Turner]*<br>*(Weinrich)*<br><br>Chattanooga<br>*Jo Ann Burchman*<br>*[BUCkner-Rush]*<br>*(Higgins)* | | RESCHEDULED<br>Jo Ann Burch [Buckner-Rush] (Higgins)(should be DRS) |
| 8/28/03 | 9 | Chattanooga<br>*Ginger Guess [Turner]*<br>*(Weinrich)* | | Rome<br>John Crabtree [Jennings] (Davis) |
| 8/28/03 | 1 | Chattanooga<br>*Michelle Neese [Turner]*<br>*(Weinrich)* | | Rome<br>Jamie Crabtree<br>[Jennings] (Davis) |
| 8/28/03 | 4 | Chattanooga<br>*Constance Ream*<br>*[Turner] (Weinrich)* | | CANCELED<br>Mary Clark [Kenemer] (Davis) |
| 8/29/03 | 9 | Chattanooga<br>*Velma Staton [Turner]*<br>*(Weinrich)* | | Rome<br>Daniel Green [Kenemer] (Davis) |

130581                                                     9

| 8/29/03 | 1 | **Chattanooga**<br>*Lucille Sweeney*<br>*[Turner] (Weinrich)* | **Rome**<br>Herman Lasater<br>[Kenemer] (Davis) | |
| --- | --- | --- | --- | --- |
| 8/29/03 | 4 | **Chattanooga**<br>*Rhonda Dunn [Turner]*<br>*(Weinrich)* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |