## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **W.L. Wilson & Sons Funeral Home's Motion for Summary Judgment** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire           Frank E. Jenkins, III, Esquire
OFFICE McCRACKEN POSTON              JENKINS & OLSON
Post Office Box 1130                             15 Public Square, South
Ringgold, GA  30736                           Cartersville, GA  30120-3350
Liaison/Lead Counsel for Tri-State Crematory, Inc. and the Marsh Family

This 7th day of August 2003.

_____
J. Anderson Davis
Georgia Bar No. 211077

Lead and Liaison Counsel for Defendant Funeral Homes

131769.1
1163889v1