**CIVIL MINUTE SHEET**



FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

SEP 24 2003

_____, CLERK
By_____ Deputy Clerk

ROME DIVISION

( ) IN OPEN COURT  (X) IN CHAMBERS  *Phone Conf*  DATE: 9/23/03  TIME: 2:35 P.M.

Honorable: HAROLD L. MURPHY

Court Reporter: DENNIS J. REIDY

Deputy Clerk: N/A

---

IN RE: TRI-STATE

Counsel: Robert Smaller

v.

Case No.: 4:02-CV-41-HLM

Counsel: J. Anderson Davis

Cause came on for ( ) Jury  ( ) Non-Jury trial on the merits. Came the parties in person and/or as shown above.

Plaintiff(s)    ( ) Request to Charge   ( ) Voir Dire   ( ) Trial Memo/Brief   ( ) Statement of Contentions
Defendant(s)    ( ) Request to Charge   ( ) Voir Dire   ( ) Trial Memo/Brief   ( ) Statement of Contentions

Plaintiff(s)    ( ) Proposed Findings of Fact and Conclusions of Law
Defendant(s)    ( ) Proposed Findings of Fact and Conclusions of Law

( )  Whereupon the Court ordered that a jury be impaneled to try said issue, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issue came and were sworn, to wit:

(1) _____   (6) _____
(2) _____   (7) _____
(3) _____   (8) _____
(4) _____   (9) _____
(5) _____   (10) _____

( ) The Rule of Sequestration ( ) was   ( ) was not   invoked.

HEARINGS/PRE-TRIALS/EVIDENCE: Phone Conf. Per Request of The Parties - Π - Delivered revised class notice to the Court - ~~Judge~~ Ct reviewed information expressed concerns with the proposed phone message concerning who is the next of kin was incorrect - Π will ~~correct~~ make changes to the phone message and e-mail the notice to ct 9/24/03

VERDICT:

JUDGMENT:

Court adjourned at _____ until _____
( ) until further order
( ) jurors excused until the above time under the usual caution of the Court
( ) jurors excused for the term
( ) jurors excused and directed to return to the jury assembly room

Exhibits returned to counsel for ( ) Plaintiff(s)   ( ) Defendant(s)   ( ) Court Reporter

( ) Exhibits retained by the Court