

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
SEP 2 5 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN  DISTRICT OF GEORGIA
 2                       ROME DIVISION

 3   ------------------------------     CIVIL DOCKET NUMBER
     IN RE:  TRI-STATE CREMATORY )          MDL 1467
 4   LITIGATION                  )
     ------------------------------        ROME, GEORGIA
 5                                   THURSDAY, SEPTEMBER 18, 2003
                                            1:30 P.M.
 6
                        TRANSCRIPT OF PROCEEDINGS
 7              BEFORE THE HONORABLE HAROLD L. MURPHY,
                     UNITED STATES DISTRICT JUDGE
 8

 9   APPEARANCES:

10
           FOR THE PLAINTIFFS:      ROBERT H. SMALLEY
11                                  411 WEST CRAWFORD STREET
                                    DALTON, GEORGIA   30720-1105
12                                  (706) 278-4499

13         FOR THE DEFENDANTS:      J. ANDERSON DAVIS
                                    615 WEST FIRST STREET
14                                  ROME, GEORGIA   30162-5513
                                    (706) 291-8853
15
                                    FRANK E. JENKINS III
16                                  15 SOUTH PUBLIC SQUARE
                                    CARTERSVILLE, GEORGIA  30120
17                                  (770) 387-1373

18                                  L. BLAIR BENNINGTON
                                    801 BROAD STREET
19                                  THIRD FLOOR, PIONEER BUILDING
                                    CHATTANOOGA, TENNESSEE
20                                              37402-2621
                                    (423) 265-0214
21
           COURT REPORTER:          DENNIS J. REIDY
22                                  309 U.S. DISTRICT COURTHOUSE
                                    600 EAST FIRST STREET
23                                  ROME, GEORGIA   30161
                                    (706) 291-5610
24
                  PROCEEDINGS RECORDED BY STENOGRAPHY
25                 TRANSCRIPT PRODUCED BY COMPUTER
```

517