**ORIGINAL**

FILED IN CLERK'S OFFICE
SEP 3 0 2003
LUTHER ~~~~
By: /s/ B. Jackson, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY ) | |
| LITIGATION ) | MDL DOCKET NO. 1467 |
| ) | |
| This relates to all actions. ) | |

## NOTICE OF TAKING VIDEO-TAPED DEPOSITIONS

TO: PLAINTIFFS' LIAISON COUNSEL
    MARSH COUNSEL
    DEFENDANT FUNERAL HOMES COUNSEL
    ALL PARTIES

YOU ARE HEREBY NOTIFIED that, on the dates and times and locations specified in the attached Deposition Schedule, Exhibit "A", counsel will proceed to take the video-taped depositions specified upon oral examination pursuant to Fed.R.Civ. P. 26 and 30. The depositions will be taken before an officer duly authorized by law to take depositions, said depositions to be taken for the purpose of discovery, use in evidence, and all other reasons allowed by law. The oral examination will continue from day-to-day until its completion. You may attend and examine.

Court reporting and videography services will be provided by Brown Reporting, 1740 Peachtree Street, N.E., Atlanta, Georgia 30309; telephone: 404.876.8979; 800.637.0293; facsimile: 404.876.1269.

523

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Notice of Intention to Take Videotape Oral Depositions upon all parties to this matter by forwarding a true copy of same via U.S. Mail, First Class, proper postage prepaid, facsimile transmission or electronic mail (e-mail) addressed to the parties and/or counsel of record in accordance with the attached service list.

    Robert H. Smalley, III, Esquire
    McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
    Post Office Box 1105
    Dalton, GA  30720-1105
    Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE of McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA  30736-1130
Lead Counsel for
Tri-State Crematory, Inc.

Frank E. Jenkins, III, Esquire
JENKINS & OLSON
15 Public Square, South
Cartersville, GA  30120-3350
Lead Counsel for
the Marsh Family

This 30th day of September 2003.

_____
J. Anderson Davis

134587

The depositions will take place at Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, 615 West First Street, Rome, Floyd County, Georgia, or such other location as Counsel may agree.

                                    BRINSON, ASKEW, BERRY, SEIGLER,
                                    RICHARDSON & DAVIS, LLP

Post Office Box 5513             BY: _____
Rome, GA 30162-5513                  J. ANDERSON DAVIS
(Phone - 706/291-8853)              Georgia Bar No. 211077
(Fax - 706/234-3574)

                                    Liaison and Lead Counsel for Funeral Home
                                    Defendants

134587

# IN RE: TRI-STATE CREMATORY
## DEPOSITION SCHEDULE

| Date | Time | TRACK 1 | TRACK 2 | TRACK 3 | TRACK 4 |
|---|---|---|---|---|---|
| 10/1/03 | 9:00 | Tracy Hill [Turner] | Barbara Hornyak [J. Avery Bryan] | Randy Kindig [Gilmore[ | Charles E. Hughes [Covenant] |
| 10/1/03 | 10:00 | Reva Summitt [Covenant] | Bruce Vogt [J. Avery Bryan] | Darlene Ellis [Turner] | Dorothy Smith [F-S] |
| 10/1/03 | 11:00 | Anna Johnson [Turner] | Alfred Miyagi [Conenant] | Terrance Myles [F-S] | Cathie McMahan {Gilmore |
| 10/1/03 | 12:00 | Kathy Ballowf [Turner] | Benjamin Pittman [Crombie] | Tina Broadrick [J.A. Bryan] | Gail Heizich [Covenant] |
| 10/1/03 | 1:00 | Ginger Guess [Turner] | Tammy Hall [J.A. Bryan] | Maureen Sargent [Crombie & Pinkare] | Sylvia Phillips [Wann] |
| 10/1/03 | 2:00 | Shelly Johnson [Turner] | Autumn Lea Smith [Covenant] | Judy Dawn Teague [Covenant] | Sylvia Simpson [Turner] |
| 10/1/03 | 3:00 | Charles H. Jones [Turner] | Marilyn Teague [Covenant] | Carolyn Loy [Turner] | Rick Knoedler [Covenant] |
| 10/1/03 | 4:00 | Charles A. Jones [Turner] | Terri Thrailkill [Turner] | Chris Knoedler [Covenant] | Margaret Rueda [Covenant] |
| 10/1/03 | 5:00 | William Wooten [Turner | Rick Knoedler [Turner] | Mark Knoedler[Covenant] | LeAnn McKinnon [Love] |

# IN RE: TRI-STATE CREMATORY
# DEPOSITION SCHEDULE

| DATE | Time | TRACK 5 | TRACK 6 | TRACK 7 | Track 8 |
|---|---|---|---|---|---|
| 10/1/03 | 9:00 | Micheal Addis [Love] | Shada Bush [Peeples | Chad Little [F-S] | Ruth Tolliver [F-S] |
| 10/1/03 | 10:00 | Dustin Dilbeck [Peeples] | Amy Ward [F-S] | Sandra Tyrrell [Willis] | Tina Russell [Wilson-Sons] |
| 10/1/03 | 11:00 | Misty Dilbeck [Peeples] | Ruth Severino [Wilson & SOns] | Ruth Brinkman [MM] | Joseph Ducan [Sequatchie] |
| 10/1/03 | 12:00 | Laura Dilbeck [Peeples] | Loretta Duncan [Sequatchie] | Mildred Russell [Sequatchie] | Sue Patterson Markley [Wann] |
| 10/1/03 | 1:00 | Princess Lorraine Rowland [Sequatchie] | Debbie Raper [Sequatchie] | Robert Patterson [Wann] | Lance Walls [F-S] |
| 10/1/03 | 2:00 | Channon Walls [F-S] | Christy Hames [Hay-Gantt] | Tom Edkins [J. Peeples] | Iva Lynch [F-S] |
| 10/1/03 | 3:00 | Celeste Walls [F-S] | Kelly Ann Bednasek [Hay-Gantt] | Diane Brookshire [J. Peeples] | Lonnie Bell Hassler [Taylor] |
| 10/1/03 | 4:00 | Doris [Walls] | Steve Hagemeyer [Hay-Gantt | Karen Lepard [J. Peeples] | Mary Elizabeth Schwartz [Peeples] |
| 10/1/03 | 5:00 | Linda Neuhaus [F-S] | JR Hagemeyer [Hay-Gantt] | John Edkins [J. Peeples] | Gloria Jeffries [Covenant] |

# IN RE: TRI-STATE CREMATORY
# DEPOSITION SCHEDULE

| DATE | Time | TRACK 9 | TRACK 10 | TRACK 11 | TRACK 12 |
|---|---|---|---|---|---|
| 10/1/03 | 9:00 | Edith Prince [Covenant] | Ann Hagemeyer [Hay-Gantt] | Betty Jo Azar [Turner] | Vicki Patterson Segrest [Peeples] |
| 10/1/03 | 10:00 | Eric Jeffries [Covenant] | Rick Pierce [Peeples] | Debra Azar Williams [Turner] | Rita Lazarue [Wann] |
| 10/1/03 | 11:00 | Margaret Lee Floyd [Turner] | Reva Callahan [Ponders] | Carol Draper [J. A. Bryan] | Amorrena Mealor [Peeples] |
| 10/1/03 | 12:00 | Richard Reid [Turner] | Joseph Lazarue [Wann] | Linda Amidon [J.A. Bryan] | Spencer Mealor [Peeples] |
| 10/1/03 | 1:00 | Lue Owens Reid [Turner] | Sharon Shaw [Wallis-Wilbanks] | Yvonne Amidon [J. A. Bryan] | C.D. Mealor [Peeples] |
| 10/1/03 | 2:00 | Lisa Laravie [Turner] | Bessie Hunziker [Foster & Sons] | Richard Brackett [Turner] | Michelle Moore [Turnte] |
| 10/1/03 | 3:00 | Suzanne Greenwood [Turner] | Cora Ertl [Kerby] | Jennifer Brackett [Turner] | Grant Hoofnagle [Turner] |
| 10/1/03 | 4:00 | Andrea Butler [Turner] | Marilyn Schaefer [Turner] | Thomas Brackett [Turner] | Sandra Bihner [Turner] |
| 10/1/03 | 5:00 | Timothy Guihan [Turner] | Charles Schaefer [Turner] | Myrtlene Mooney Pittman [F-S] | Karen Lucero [Turner] |

## IN RE: TRI-STATE CREMATORY
## DEPOSITION SCHEDULE

| DATE | Time | TRACK 13 | TRACK 14 | TRACK 15 | TRACK 15 |
|---|---|---|---|---|---|
| 10/1/03 | 9:00 | Crystal Bell Stargel [Direct to Tri-State] | Jennifer Walker [Direct to Tri-State] | James Vandergriff [Direct to Tri-State] | Frances Marie Dace [Gilmore] |
| 10/1/03 | 10:00 | Michele Rateph [Gilmore] | Vanessa Giddens [Turner] | Charlotte Boatwright [Covenant] | Heather Williams [F-S] |
| 10/1/03 | 11:00 | Garland Glendon [Turner] | Randall Fred James [Turner] | Camilla Nance [F-S] | Ulysses Williams Jr. [F-S] |
| 10/1/03 | 12:00 | Brenda Manghane [F-S] | Thomas Manghane [F-S] | Christopher Greer [F-S] | James Greer [F-S] |
| 10/1/03 | 1:00 | Virginia Bradley [W.L. Wilson] | Jackie DeGraw [W. L. Wilson] | Florence Buttermore [Gilmore] | Robert Crawford [J. Avery Bryan] |
| 10/1/03 | 2:00 | Martha Waldrop [Julian Peeples] | Herman Lasater [Kenemer] | William Haddon [Peeples] | Sylvia Warren [Peeples] |
| 10/1/03 | 3:00 | Majorie Daelke [Peeples] | Rhonda Dunn [Turner] | Sandra Wright [Turner] | Darren Dwayne Lee [Turner] |
| 10/1/03 | 4:00 | Anne Goodhew [Wann] | Dorothy Gregory [Wann] | R.L. Ashworth [Wallia-Willbanks] | |
| 134602 | | | | | |