FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT - 2 2003

LUTHER D. THOMAS, Clerk
By /s/ Deputy Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

In re: Tri State Crematory Litigation   *   MDL File Number: 1467

This applies to all actions   *

## NOTICE OF TAKING OF VIDEOTAPED DEPOSITION

**TO:** **W. Leroy Wilson**, By and through counsel of record, Stephen L. Cotter, and to other counsel through Lead/Liaison Counsel for the Funeral Home Defendants, J. Anderson Davis and Frank E. Jenkins, III, Lead/Liason Counsel for Marsh Defendants.

**YOU ARE HEREBY NOTIFIED** that, commencing on the tenth day of October, 2003, 2003, at 2:00 p.m., and continuing from day to day until complete, Plaintiffs will reconvene the video taped deposition, upon oral examination, pursuant to all applicable provisions of the Federal Rules of Civil Procedure, including, but not limited to F.R.Civ. P. 26 and 30, of W. Leroy Wilson for the limited purpose of inquiring into new matters contained within the affidavit submitted by the deponent in connection with the Motion for Summary Judgment filed by W.L. Wilson & Sons. Said deposition shall be taken before an officer duly

525

authorized by this court to take depositions and shall be utilized for all purposes allowable pursuant to the Federal Rules of Civil Procedure or other applicable law. The depositions will occur at the law offices of Brinson, Askew & Berry, in Rome, Georgia. You are invited to attend and to participate.

Dated this 30th day of September, 2003

McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Robert H. Smalley, III
P.O. Box 1105
Dalton, Georgia
Telephone: (706) 278-4499
Facsimile: (706) 278-5002

*Plaintiffs'/Respondents' Liaison Counsel*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs'/Respondents' Lead Counsel*

Kathryn E. Barnett
Alistair E. Newbern
3319 West End Avenue, Suite 600
Nashville, Tennessee 37203
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

BARRETT LAW OFFICE
Don Barrett
P.O. Box 987
Lexington, Mississippi 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

Charles Barrett
Marshall H. Smith, Jr.
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203
Telephone: (615) 386-8391
Facsimile: (615) 386-8392

SIMS, GRADDICK & DODSON, PC
Charles Graddick
Todd Strohmeyer
205 St. Emanuel Street
Mobile, Alabama 36602

MABRY & McCLELLAND, LLP
Robert M. Darroch
Tenth Floor, 2200
Century Parkway, N.E.
Atlanta, Georgia 30345

DOFFERMYRE, SHIELDS,
CANFIELD, KNOWLES & DEVINE
Leslie Bryan
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007

SHUMAKER, WITT, GAITHER &
WHITAKER
William G. Colvin
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee 37402
Telephone: (423) 265-2214
Facsimile: (423) 266-1842

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-3591
Facsimile: (423) 266-5455

| | |
|---|---|
| DAVID RANDOLPH SMITH & ASSOCIATES<br>David Randolph Smith<br>Hillsboro Village, 1910 Acklen Avenue<br>Nashville, Tennessee 37212<br>Telephone: (615) 742-1775<br>Facsimile: (615) 742-1223 | COPPEDGE & LEMAN, PC<br>Joe Leman<br>508 South Thornton Avenue<br>Dalton, Georgia 30720<br>Telephone: (706) 226-0040<br>Facsimile: (706) 226-0040 |

*Plaintiffs' Steering Committee*

## PROOF OF SERVICE BY MAIL

I hereby certify that a copy of the foregoing was served by postage prepaid United States mail on the 30 of September, 2003 addressed to those listed below:

_____
Robert H. Smalley III

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA 30162

Funeral Home Defendants Lead/Liaison Counsel


Stephen L. Cotter
Swift, Currie, McGhee & Heirs, LLP
The Peachtree
1355 Peachtree Street, Northeast
Suite 300
Atlanta, Georgia 30309-3238

Counsel for W.L. Wilson & Sons Funeral Home

Frank E. Jenkins, III  
Jenkins & Olson, PC  
15 South Public Square  
Cartersville, GA 30120

McCracken K. Poston, Jr., Esq.  
Attorney at Law  
62 Nance Lane  
PO Box 1130  
Ringgold, GA  30736

Counsel for Defendants T. Ray Brent Marsh & Tri-State Crematory