**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE CREMATORY
       LITIGATION                             MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

## MOTION FOR RELIEF FROM AUGUST 16, 2002 ORDER WITH SUPPORTING AUTHORITY

COME NOW Tracy City Funeral Home, LLC d/b/a Foster & Lay and Westfield Insurance Company and move the Court for relief from the August 16, 2002 Order requiring the funeral home defendants (and their insurers) to pay a pro rata share of "expenses incurred and fees earned by liaison and lead counsel", showing as follows:

Tracy City Funeral Home, LLC d/b/a Foster & Lay began doing business on or about March 29, 2001. Westfield Insurance Company has provided liability insurance coverage for that entity since March 29, 2001. A true and correct copy of the subject declarations page is attached hereto and marked Exhibit "A".

Only three bodies were sent to Tri-State Crematory by Tracy City, LLC d/b/a Foster & Lay - Hildegard Pickett, Frederick Lynn Craig and Rebecca Laird. Hildegard Pickett has effectively opted out of the class action and is pursuing an independent action in Grundy County, Tennessee. Westfield Insurance Company, on behalf of its insured, has reached a settlement with the lawyers representing the class with respect to the remaining two decedents, Frederick Lynn Craig and Rebecca Laird. In open court on Friday, August 29, 2003 the terms of the settlement were announced to the

Court and the Court indicated that the settlement appeared reasonable. The parties are in the process of having the necessary settlement documents completed. However, in light of the settlement, the aforesaid Defendant and its insurance carrier do not intend to participate any further in the defense of this action. Therefore, they request relief from any further contribution toward settlement of the lead/liaison counsel fees and expenses and/or any expenses incurred jointly by the funeral home Defendants for the same reasons set forth in the Motion for Relief from the August 16, 2002 Order filed by Defendants Prime Succession, Inc., Prime Succession Holdings, Inc., Prime Succession of Tennessee, Inc. and Buckner/Rush Enterprises, Inc. dated August 15, 2003. Counsel respectfully submits that the "cutoff" date for its participation should be no later than the August 29, 2003.

WHEREFORE, Tracy City Funeral Home, LLC d/b/a Foster & Lay and its insurer, Westfield Insurance Company, respectfully pray that they have relief from the Court's August 16, 2002 Order as aforesaid.

Respectfully submitted,

PENNA & MENDICINO, P.C.

BY: _____
CHRISTOPHER E. PENNA
Ga. State Bar No. 571327
Attorney for Defendant

1902 Old Covington Highway
Conyers, Georgia  30012-3920
(770) 602-4312
(770) 604-4313 [fax]

Businessowners
- ☐ STANDARD POLICY
- ☒ SPECIAL POLICY

Westfield Insurance Co.
P.O. Box 5001   One Park Circle
Westfield Center, Ohio 44251-5001

☒ NEW DECLARATIONS    ☐ RENEWAL DECLARATIONS

1. Named Insured and Mailing Address
   (No., Street, City or Town, County, State, Zip Code)
   TRACY CITY FUNERAL HOME LLC
   DBA FOSTER & LAY FUNERAL HOME
   PO BOX 247
   MONTEAGLE TN 37356

   Agency No.: 41-1241
   Agent: TRADEMARK INSURANCE AGENCY
   Town: MONTEAGLE
   State: TN
   Renewal of: NEW

Policy Period: From 03/29/01 To 03/29/02 at 12:01 A.M. Standard Time at your mailing address shown above.

Named Insured is: ☐ Individual  ☐ Partnership  ☐ Corporation  ☒ Other  LIMITED LIAB. CO.

Business of the Named Insured  FUNERAL HOME    WIC Account Number: 4100458664 (Q)

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

BOP 3 135 250

SCHEDULE

Described premises: (Enter "same" if same location as in Item 1)
COLYAR ST, TRACY CITY, TN 37387

| PROPERTY COVERAGES | | LIMITS OF INSURANCE |
|---|---|---|
| Building ☒ Replacement Cost Value  ☐ Actual Cash Value | | $ 250,000. |
| Business Personal Property (Replacement Cost Value) | | $ 50,000. |
| Loss of Income as stated in the Policy Provisions is Included. | | |
| Money & Securities (Special Policy) | Inside Premises | $ 5,000. |
| | Outside Premises | $ 2,500. |
| Building Limit - Automatic Increase   8   % | | |
| **LIABILITY AND MEDICAL EXPENSES** | | |
| Liability and Medical Expenses | Each Occurrence | $ 1,000,000. |
|    Medical Expenses | Each Person | $ 5,000. |
| **FIRE LEGAL LIABILITY** (any one fire or explosion) | | $ 50,000. |
| Except for Fire Legal Liability, each paid claim for the above coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to Paragraph D.4. of the Businessowners Liability Coverage Form. | | |
| **OPTIONAL COVERAGES** (Coverage is afforded only when designated by an "X":) | | |
| ( ) Hired Auto and Non-Owned Auto Liability | | |
| ( ) Employee Dishonesty | Each Occurrence | $ |
| ( ) Forgery and Alteration | | $ |
| ( ) Outdoor Signs | | $ |
| ( ) Tenant's Exterior Building Glass | | $ |
| ( ) Burglary & Robbery (Standard Policy) Money & Securities: | Inside Premises | $ |
| | Outside Premises | $ |
| ( ) Mechanical Breakdown | | |
| ( ) Accounts Receivable | | $ |
| ( ) Valuable Papers & Records | | $ |
| (X) EXPANDED PROPERTY COVERAGE | | $ |
| ( ) | | $ |
| ( ) | | $ |
| ( ) | | $ |
| ( ) | | $ |
| $ 1,000.   Deductible | | |
| $ 250.   Optional Coverage/Exterior Building Glass Deductible | | |

| Mortgage Holders (Name, Address, Zip Code) | Businessowners Premium | $ 2,871.00 |
|---|---|---|
| UNION PLANTERS BANK<br>PO BOX 500<br>SHELBYVILLE TN 37162 | Additional Premium | $ |
| Policy forms and endorsements attached at inception, if any.<br>SEE BP 12 05 | | $ |
| | **Total Annual Premium** | $ 2,871.00 |
| Countersigned: _____ | By _____ | |
| City and Date | Authorized Representative | |

THIS DECLARATIONS PAGE WITH POLICY JACKET, BUSINESSOWNERS POLICY FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES YOUR POLICY



EXHIBIT A

BPW 30 68 A 01 97 WF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE CREMATORY
    LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter with a copy of the Motion for Relief from August 16, 2002 Order With Supporting Authority by placing same in the United States Mail, postage prepaid, addressed as follows:

Elizabeth J. Cabraser, Esq.
LIEFF, CABRASER, HEIMANN
   & BERNSTEIN, LLP
275 Battery St., 30th Floor
San Francisco, CA  94111-3339

Ralph I. Knowles, Jr. Esq.
Leslie Bryan, Esq.
DOFFERMYRE, SHIELDS, CANFIELD,
   KNOWLES & DEVINE
1355 Peachtree Street
Suite 1600
Atlanta, Georgia  30309

Don Barrett, Esq.
BARRETT LAW OFFICE
Post Office Box 987
Lexington, Mississippi  39095

David Randolph Smith, Esq.
Jay Allen Murphy, Jr., Esq.
DAVID RANDOLPH SMITH & ASSOC.
1910 Acklen Avenue
Hillsboro Village
Nashville, TN  37212

Robert M. Darroch, Esq.
MABRY & McCLELLAND, LLP
Tenth Floor
2200 Century Parkway, N.E.
Atlanta, Georgia  30345

Phillip A. Fleissner, Esq.
THE FLEISSNER FIRM
600 Georgia Avenue
Chattanooga, TN  30345

Kathryn E. Barnett, Esq.
Alistair E. Newbern, Esq.
Suite 600
3319 West End Avenue
Nashville, TN  37202

Robert H. Smalley, III, Esq.
McCAMY, PHILLIPS, TUGGLE
   & FORDHAM, LLP
Post Office Box 1105
Dalton, Georgia  30722

Charles Graddick, Esq.
Todd Stohmeyer, Esq.
SIMS, GRADDICK & DODSON, P.C.
205 St. Emanuel Street
Mobile, Alabama  36602

William G. Colvin, Esq.
Christy Sell, Esq.
SHUMAKER, WITT, GAITHER
   & WHITAKER
500 First Tennessee Bldg.
701 Market Street
Chattanooga, TN  37402

Warren N. Coppedge, Jr., Esq.
Joseph Leman, Esq.
COPPEDGE & LEMAN
508 South Thorton Avenue
Dalton, Georgia  30720

Charles Barrett, Esq.
Marshall H. Smith, Esq.
3319 West End Avenue, 6th Floor
Nashville, TN  37203

Mary Katherine Greene, Esq.
CARLOCK, COPELAND, SEMLER
    & STAIR, LLP
Post Office Box 56887
Atlanta, Georgia  30343-0887

John E. Hall, Jr., Esq.
Roger S. Sumrall, Esq.
HALL, BOOTH, SMITH & SLOVER, P.C.
230 Peachtree St., N.W.
Suite 2500
Atlanta, Georgia  30330

David Christopher Higney, Esq.
GRANT, KONVALINKA & HARRISON
633 Chestnut Street
9th Floor, Republic Centre
Chattanooga, TN  37450

T. Ryan Mock, Jr., Esq.
HAWKINS & PARNELL
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308

Stephen L. Cotter, Esq.
Maren R. Frost, Esq.
SWIFT, CURRIE, McGHEE
    & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309

Brian C. Smith, Esq.
Wann Funeral Home, Inc.
504 Krystal Building
One Union Square
Chattanooga, TN  37402

Clifton M. Patty, Jr., Esq.
Post Office Box 727
Ringgold, Georgia  30736

Robert M. Brinson, Esq.
J. Anderson Davis, Esq.
BRINSON, ASKEW, BERRY, SEIGLER
    RICHARDSON & DAVIS, LLP
Post Office Box 5513
Rome, GA  30162-5513

Ronald R. Womack, Esq.
THE WOMACK LAW FIRM
Post Office Box 549
LaFayette, GA  30728

Harry W. Bassler, Esq.
CRIM & BASSLER, LLP
100 Galleria Parkway
Suite 1510
Atlanta, Georgia  30339

Edward H. Lindsey, Jr., Esq.
GOODMAN, McGUFFEY, AUST
    & LINDSEY, LLP
2100 Tower Place
3340 Peachtree Road, N.E.
Atlanta, Georgia  30326

Charles B. Zirkle, Jr., Esq.
ZIRKLE & HOFFMAN
Five Concourse Parkway
Suite 2900
Atlanta, Georgia  30328

Vahn Chang, Esq.
COZEN & O'CONNOR
303 Peachtree Street, N.E.
Suite 2200
Atlanta, Georgia  30308-3264

John W. Campbell, Esq.
David C. King, Esq.
SWIFT, CURRIE, McGHEE
    & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309

N. Mark Kinsman, Esq.
BAKER, KINSMAN, HOLLIS,
    CLELLAND & WINER
701 Market St., Suite 1500
Chattanooga, TN  37402-4825

J. Charles Wilson, Esq.
2151 Government Street
Mobile, Alabama  36606

Paul L. Weisbecker, Esq.
John M. Hawkins, Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL
999 Peachtree St., NE, Ste. 2700
Atlanta, Georgia  30309

James A. Wilson, Esq.
737 Market Street
Suite 311
Chattanooga, TN  37402

Martin Karo, Esq.
Walter J. Weinrich, Esq.
NELSON, LEVINE, DeLUCA
 & HORST, LLC
Four Sentry Parkway
Suite 300
Blue Bell, PA  19422

Douglas D. Campbell, Esq.
CAMPBELL & CAMPBELL
1200 James Building
735 Broad Street
Chattanooga, TN  37402-1835

Weymon H. Forrester, Esq.
FORRESTER & BRIM
Post Office Box 1688
Gainesville, Ga  30503-1688

Thomas C. Corts, Esq.
ORTALE KELLEY HERBERT
 & CRAWFORD
Post Office Box 198985
Nashville, TN  37219-8985

Frank E. Jenkins, Esq.
JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA  30120

McCracken K. Poston, Jr., Esq.
62 Nance Lane
Post Office Box 1130
Ringgold, Georgia  30736

David W. Noblitt, Esq.
Blair Bennington, Esq.
Kelly Peters Kirkland, Esq.
LEITNER, WILLIAMS, DOOLEY
 & NAPOLITAN
801 Broad Street, 3rd Floor
Chattanooga, TN  37402

Richard L. Elliston, Esq.
Post Office Box 1413
Cleveland, TN  37364-1413

Phillip C. Lawrence, Esq.
David H. Lawrence, Esq.
LAWRENCE, LAWRENCE &
 RICHARDSON
200 East Eighth Street
Chattanooga, TN  37402

Charles G. Taylor, III, Esq.
McDONALD, LEVY & TAYLOR
10805 Kingston Pike
Suite 200
Knoxville, TN  37922

Bruce A. Taylor, Jr., Esq.
Lisa Severtis Higgins, Esq.
DREW, ECKL & FARNHAM, LLP
Post Office Box 7600
Atlanta, GA  30357-0600

This ___2___ day of ___OCT.___, 2003.

PENNA & MENDICINO, P.C.

BY: _____
CHRISTOPHER E. PENNA
Ga. State Bar No. 571327
Attorney for Defendants
sued as Bob Foster d/b/a
Foster & Lay Funeral Home,
Cumberland Funeral Home and
Cumberland Funeral Home-
Tracy City

1902 Old Covington Highway
Conyers, Georgia  30012-3920
(770) 602-4312
(770) 602-4313 [fax]