FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT - 6 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:    TRI-STATE CREMATORY LITIGATION | DOCKET NUMBER: 1467 |

### MOTION TO WITHDRAW THE BRIEF IN OPPOSITION TO DEFENDANT FUNERAL HOMES' MOTION TO STRIKE THE AFFIDAVIT OF LUIS LLORENS AND TO SUBSTITUTE THE ATTACHED BRIEF TO CORRECT AN OMISSION TO FOOTNOTE 1 AND AN OMISSION/EDITING LAPSE IN SECTION II, PARAGRAPH 2

COME NOW the Plaintiffs and moves this Court to withdraw its Brief filed Friday and to substitute the attached Brief correcting editing omissions incurred in the haste of meeting a Friday afternoon filing. The motion is addressed to the discretion of the Court and the substituted filing is accomplished for clarification in an aid to the Court.

This 30th day of September, 2003.

COPPEDGE & LEMAN, P.C.

_____
WARREN N. COPPEDGE, JR.
GEORGIA BAR NO.: 187300

508 South Thornton Avenue
Dalton, Georgia 30720
706-226-0040
706-226-0050 - fax