**ORIGINAL**

FILE UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE CREMATORY ) MDL DOCKET NO. 1467
LITIGATION )
)
This relates to all actions. )

FILED IN CLERK'S OFFICE

OCT 14 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

<u>**BURT FUNERAL HOMES, INC.'S
MOTION FOR SUMMARY JUDGMENT**</u>

Submitted by:

JOHN E. HALL, JR.
Georgia Bar No. 319090

ROGER S. SUMRALL
Georgia Bar No. 004490

Hall, Booth, Smith & Slover, P.C.
1180 West Peachtree Street, Suite 900
Atlanta, Georgia 30309-3479

544



# PURSUANT TO COURT ORDER

 **TO DOCKET #**

---

# HAVE BEEN PLACED UNDER SEAL

(To be scanned at the end of the pleading for the above docket #.)