ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:  TRI-STATE CREMATORY   )   MDL DOCKET NO. 1467
LITIGATION                     )
                               )
This relates to all actions.   )

OCT 1 4 2003

LUTHER D. THOMAS, Clerk

Deputy Clerk

**BURT FUNERAL HOMES, INC.'S MOTION TO FILE
UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT,
BRIEF IN SUPPORT OF SUMMARY JUDGMENT (AND EXHIBITS
ATTACHED THERETO), AND STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE FOR TRIAL**

Submitted by:

JOHN E. HALL, JR.
Georgia Bar No. 319090

ROGER S. SUMRALL
Georgia Bar No. 004490

Hall, Booth, Smith & Slover, P.C.
1180 West Peachtree Street, Suite 900
Atlanta, Georgia 30309-3479

545

FILED IN CLERK'S OFFICE

OCT 1 4 2003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Deputy Clerk

IN RE:  TRI-STATE CREMATORY         )     MDL DOCKET NO. 1467
LITIGATION                          )
                                    )
This relates to all actions.        )

### BURT FUNERAL HOMES, INC.'S MOTION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT, BRIEF IN SUPPORT OF SUMMARY JUDGMENT (AND EXHIBITS ATTACHED THERETO) AND STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE FOR TRIAL

COMES NOW, Burt Funeral Homes, Inc. (hereinafter "Burt"),
Defendant in the above-styled civil action, and hereby files this
Motion To File Under Seal its Motion for Summary Judgment, Brief
In Support Of Summary Judgment (and exhibits attached thereto),
and Statement Of Material Facts As To Which There Is No Genuine
Issue For Trial. The Motion for Summary Judgment, Brief in
Support (and exhibits), and Statement of Material Facts cite to
materials under a Protective Order of this Court.  Since the
Motion, Brief, and Statement of Material Facts necessarily
include the citation to materials under a Protective Order, Burt
respectfully prays that this Court allow it to file under seal
its Motion for Summary Judgment, Brief in Support of Summary
Judgment (and exhibits attached thereto), and Statement of
Material Facts as to which there is no Genuine Issue for Trial
under seal.

1

226043-1

Respectfully submitted this 14th day of October, 2003.

**HALL, BOOTH, SMITH & SLOVER, P.C.**

_John E. Hall, Jr. /MNO_
JOHN E. HALL, JR.
Georgia Bar No. 319090

_Roger S. Sumrall /MNO_
ROGER S. SUMRALL
Georgia Bar Number 004490
1180 West Peachtree Street, N.W.,
Suite 900
Atlanta, Georgia 30309
(404) 954-5000
Attorneys for Defendant Burt
Funeral Homes, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **Burt Funeral Homes, Inc.'s Motion To File Under Seal Its Motion for Summary Judgment, Brief In Support Of Summary Judgment (and Exhibits attached Thereto), and Statement Of Material Facts As To Which There Is No Genuine Issue For Trial** upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

**PLAINTIFFS' LIAISON COUNSEL:**

Robert H. Smalley, III, Esq.
**McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP**
P.O. Box 1105
Dalton, Georgia  30720-1105

**PLAINTIFFS' LEAD COUNSEL:**

Elizabeth J. Cabraser, Esq.
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111

**COUNSEL FOR SCI DEFENDANTS AND LEAD AND LIAISON COUNSEL FOR FUNERAL HOME DEFENDANTS:**

J. Anderson Davis, Esq.
Robert M. Brinson, Esq.
**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**
The Omberg House
615 West First Street
P.O. Box 5513
Rome, Georgia  30162-5513

3

226043-1

**LIAISON/LEAD COUNSEL FOR DEFENDANTS,**
**T. RAY BRENT MARSH & TRI-STATE CREMATORY:**

McCracken K. Poston, Jr., Esq.
**OFFICE OF MCCRACKEN POSTON, JR.**
P.O. Box 1130
Ringgold, Georgia 30736

Frank E. Jenkins, III, Esq.
**JENKINS & OLSON**
15 South Public Square
Cartersville, GA  30120-3350

This 14th day of October, 2003.

ROGER S. SUMRALL
Georgia Bar Number 004490
1180 West Peachtree Street, N.W.,
Suite 900
Atlanta, Georgia 30309
(404) 954-5000

4