**ORIGINAL**

FILE UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | ) ) ) | MDL DOCKET NO. 1467 |
| This relates to all actions. | ) ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 14 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy

**JONES FUNERAL HOME, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Submitted by:

JOHN E. HALL
Georgia Bar No. 319090

ROGER SUMRALL
Georgia Bar No. 004490

Hall, Booth, Smith & Slover, P.C.
1180 West Peachtree Street, Suite 900
Atlanta, Georgia 30309-3479

547
File Under Seal



# PURSUANT TO COURT ORDER

 **TO DOCKET #**

_____

# HAVE BEEN PLACED UNDER SEAL

(To be scanned at the end of the pleading for the above docket #.)