IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RE: TRI-STATE                )
EMATORY LITIGATION           ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

MARY MAE BURNETT

May 1, 2003

11:02 a.m.

The Forum
2 Government Plaza
Rome, Georgia

Penny J. McPherson, CCR-B-914, RPR

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309

552