1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION


RE: TRI-STATE               )
EMATORY LITIGATION          ) MDL DOCKET NO. 1467



VIDEOTAPE DEPOSITION OF

ROBBIE H. BARRY


May 23, 2003

10:10 a.m.


The Forum
2 Government Plaza
Rome, Georgia


Lisa A. Messina CCR A-421


BROWN
Reporting INC

1609 Martha Berry Blvd.
Rome, GA 30165

558

OCT 14 2003



LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

IN RE: TRI-STATE            )
CREMATORY LITIGATION        ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

RUTH McGILL

April 30, 2003

1:55 p.m.

The Forum

3 Government Plaza

Rome, Georgia

Carl R. Forte, RMR, CRR, CCR-A-597

BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

558

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION


IN RE:  TRI-STATE              )
CREMATORY LITIGATION           ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

TIMOTHY ALAN ELLIOTT


May 23, 2003

2:10 p.m.


The Forum
2 Government Plaza
Rome, Georgia


Lisa A. Messina CCR A-421


BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165


LUTHER D. THOMAS, Clerk
By: BB Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

IN RE: TRI-STATE ) 
CREMATORY LITIGATION ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

RICHARD DALE GRAVITT

May 1, 2003

2:06 p.m.

The Forum
2 Government Plaza
Rome, Georgia

Penny J. McPherson, CCR-B-914, RPR

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

558

# BROWN
## Reporting INC.

| 513 Ellis Street<br>Augusta, GA. 30901<br>Tel: 706-724-2778<br>Fax: 706-724-5513 | Building 400A<br>125 Plantation Centre Drive S.<br>Macon, GA 31210<br>Tel: 478-474-1212<br>Fax:478-474-8540 | 1740 Peachtree Street<br>Atlanta, GA. 30309<br>Tel: 404-876-8979<br>Fax: 404-876-1269 | 1609 Martha Berry Blvd.<br>Rome, GA. 30165<br>Tel: 706-235-8300<br>Fax: 706-235-1151 | 402 E. Bay Stree<br>Savannah, GA. 31<br>Tel: 912-790-091<br>Fax: 912-790-091 |

January 2, 2003

FILED IN CLERK'S OFFICE
U.S.D.C.

OCT -- 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

Lisa K. Anderson, Esq.
Hall, Booth, Smith & Slover
230 Peachtree Street, NW
Suite 2500
Atlanta, GA 30303-1515

Re: Deposition of **James Hoover**
10/21/2002
IN RE: TRI-STATE CREMATORY LITIGATION

Dear Ms. Anderson:

Please be advised that the original deposition taken in the above stated case, which sent out for review and signing by the witness, has been returned to this office.

The sealed original transcript is now being sent to you to retain until scheduled cou hearing.

Any corrections, which were noted by the witness, are attached here to.

Sincerely,

Mary Sullivan
Mary Sullivan
Court Filing Department

No. 1-144369
Enclosure

cc: J. Anderson Davis, Esq.
Mary Katherine Greene, Esq.
David C. Higney, Esq.
Frank E. Jenkins, III, Esq.
Shane Keith, Esq.
Alistair E. Newbern, Esq.

558

Case 4:02-cv-00041-HLM Document 558 Filed 10/14/03 Page 6 of 12

OCT 14 2003

LUTHER D. THOMAS, Clerk
By: 

1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

### ROME DIVISION

IN RE: TRI-STATE           )
CREMATORY LITIGATION       ) MDL DOCKET NO. 1467

## VIDEOTAPE DEPOSITION OF

### CHRISTINE LEE

April 30, 2003

10:45 a.m.

The Forum

3 Government Plaza

Rome, Georgia

Carl R. Forte, RMR, CRR, CCR-A-597



BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165

558

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RE: TRI-STATE                )
IATORY LITIGATION            ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

TIMMY DOUGLAS RYMER


October 29, 2002

10:24 a.m.


300 The Peachtree
1355 Peachtree Street
Atlanta, Georgia

Penny J. McPherson, CCR-B-914, RPR


BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

558

OCT 14 2003

LUTHER D. THOMAS, Clerk
By: ⎯⎯⎯⎯⎯ Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

RE: TRI-STATE            )
CREMATORY LITIGATION     ) MDL DOCKET NO. 1467

### VIDEOTAPE DEPOSITION OF
### EDDIE RYMER

April 22, 2003

10:46 a.m.

The Forum

3 Government Plaza

Rome, Georgia

Carl R. Forte, RMR, CRR, CCR-A-597

BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

558

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

E: TRI-STATE )
ATORY LITIGATION ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

JIMMY RYMER

April 22, 2003

12:55 p.m.

The Forum

3 Government Plaza

Rome, Georgia

Carl R. Forte, RMR, CRR, CCR-A-597

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

558

OCT 14 2003

LUTHER D. THOMAS, Clerk
By: 
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

## ROME DIVISION

IN RE: TRI-STATE              )
CREMATORY LITIGATION          ) MDL DOCKET NO. 1467

## VIDEOTAPE DEPOSITION OF

## VICKI PATTERSON

April 22, 2003

2:44 p.m.

The Forum

3 Government Plaza

Rome, Georgia

Carl R. Forte, RMR, CRR, CCR-A-597

BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

558

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE            )
CREMATORY LITIGATION        )
                            ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

AMY STANTON

November 5, 2002

10:05 a.m.

300 The Peachtree
1355 Peachtree Street
Atlanta, Georgia

Carl R. Forte, CCR-A-597, RMR, CRR

BROWN
Reporting, INC.

1740 Peachtree St., N.W.
Atlanta, GA 30309
404-876-8979

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION


RE: TRI-STATE            )
MATORY LITIGATION        ) MDL DOCKET NO. 1467



VIDEOTAPE DEPOSITION OF

WILMA JANE ZISA


October 29, 2002

2:10 p.m.


Suite 1600
1355 Peachtree Street, N.E.
Atlanta, Georgia


Lisa A. Messina CCR A-421


BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

558