**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
Rome
OCT 15 2003
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

IN RE: TRI-STATE                  :
CREMATORY LITIGATION              :        MDL DOCKET NO. 1467
                                  :
_____   :

## EWTON FUNERAL HOME'S
## MOTION TO EXCEED PAGE LIMIT

COMES NOW Ewton Funeral Home, Defendant in the above-styled civil action, and pursuant to L.R. 7.1D of the Local Rules for the Northern District of Georgia, hereby move the Court for an Order permitting Defendant Ewton to exceed the 25 page limit in its Brief in Support of its Motion for Summary Judgment by filing an additional thirty-eight (38) pages.

Respectfully submitted this 15th day of August 2003.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _Stephen L. Cotter (by JDJ)_
Stephen L. Cotter
Georgia State Bar No. 189725
Maren R. Frost
Georgia State Bar No. 278448
James D. Johnson
Georgia State Bar No. 394598
Attorneys for Defendant Ewton Funeral Home

SWIFT, CURRIE, McGHEE & HIERS, LLP
The Peachtree
1355 Peachtree Street, N.E.
Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800

          BRINSON, ASKEW, BERRY, SEIGLER,
          RICHARDSON & DAVIS, LLP

          By: _____
The Omberg House     Robert M. Brinson
615 West First Street     Georgia Bar No. 082900
Post Office Box 5513
Rome, GA 30162-5513   By: _____
Phone 706/291-8853    J. Anderson Davis
Fax 706/234-3574     Georgia Bar No. 211077

          Lead and Liaison Counsel for Defendant
          Funeral Homes

120539.1

## CERTIFICATE OF FONT SIZE

Pursuant to L.R. 7.1D NDGa, I hereby certify that this document was prepared in Times New Roman font, 14 point.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
James D. Johnson
Georgia State Bar No. 394598

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Ewton Motion to Exceed Page Limit** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire          Frank E. Jenkins, III, Esquire
OFFICE McCRACKEN POSTON                 JENKINS & OLSON
Post Office Box 1130                    15 Public Square, South
Ringgold, GA 30736                      Cartersville, GA 30120-3350
Liaison/Lead Counsel for Tri-State Crematory, Inc. and the Marsh Family

This 15th day of Oct., 2003.

_____
J. Anderson Davis
Georgia Bar No. 211077

Lead and Liaison Counsel for Defendant Funeral Homes

120539.1

1193792v1