OCT 1 5 2003

LUTHER D. THOMAS, Clerk
By:
　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE　　　　　　　）
CREMATORY LITIGATION　　　　 ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

JOSEPHINE C. JACONETTI

May 23, 2003

10:06 a.m.

411 West Crawford Street
Dalton, Georgia

Penny J. McPherson, CCR-B-914, RPR

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309

586

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

OCT 1 5 2003

LUTHER D. THOMAS, C'
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RE:  TRI-STATE            )
CREMATORY LITIGATION      )  MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

JAMES JOHN JACONETTI

November 4, 2002

10:05 a.m.

300 The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia

John P. Payne, RPR, CRR, CCR A-1006

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309

580


FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

OCT 15 2003

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

IN RE:  TRI-STATE           )
CREMATORY LITIGATION        )  MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

JIMMIE JACKSON


May 23, 2003

1:29 p.m.


411 West Crawford Street
Dalton, Georgia


Penny J. McPherson, CCR-B-914, RPR




BROWN Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

OCT 15 2003

D. THOMAS, Clerk
By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

In Re: Tri State Crematory Litigation

Case No. 1467

## VIDEOTAPED DEPOSITION OF

## STACIE LAURICE BETHEL

February 10, 2003
10:30 o'clock a.m.

Crowne Plaza
33 East Nationwide
Columbus, Ohio

Shayna M. Storts, Registered Professional Reporter

Alexander Gallo Associates, Inc.
COURT REPORTING   VIDEO SERVICES

580

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

500 The Candler Building
127 Peachtree Street
Atlanta, Georgia 303