ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
OCT 15 2003
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE :
CREMATORY LITIGATION : MDL DOCKET NO. 1467
_____ :

### REQUEST FOR FILING OF ORIGINAL DISCOVERY

COMES NOW Kerby Funeral Home, L.L.C. and requests that Plaintiffs file the original deposition transcript of Kenneth Vaughn.

Respectfully submitted this 15th day of October, 2003.

                                                Respectfully submitted,

                                                SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
                        John W. Campbell
                        Georgia State Bar No. 002820
                        David C. King
                        Georgia State Bar No. 422220
                        Attorneys for Defendant Kerby Funeral Home, LLC.

SWIFT, CURRIE, McGHEE & HIERS
The Peachtree
1355 Peachtree Street, N.E.
Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800

BRINSON, ASKEW, BERRY, SEIGLER,
  RICHARDSON & DAVIS, LLP

Robert M. Brinson
Georgia Bar No. 082900
J. Anderson Davis
Georgia Bar No. 211077
The Omberg House
615 West First Street
Post Office Box 5513
Rome, GA 30162-5513
Phone 706/291-8853
Fax 706/234-3574

Lead and Liaison Counsel for Defendant Funeral Homes

120539.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Request for Filing Original Discovery** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
Liaison for Plaintiffs

| | |
|---|---|
| McCracken Poston, Jr., Esquire | Frank E. Jenkins, III, Esquire |
| OFFICE McCRACKEN POSTON | JENKINS & OLSON |
| Post Office Box 1130 | 15 Public Square, South |
| Ringgold, GA 30736 | Cartersville, GA 30120-3350 |

Liaison/Lead Counsel for Tri-State Crematory, Inc. and the Marsh Family

J. Anderson Davis
The Omberg House
615 West First Street
Post Office Box 5513
Rome, GA 30162-5513
Lead and Liaison Counsel for Defendant Funeral Homes

This _15th_ day of _October_, 2003.

_____
David C. King
Georgia Bar No. 422220
Counsel for Kerby Funeral Home, LLC

1193393v1