

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE  :
CREMATORY LITIGATION  :   MDL DOCKET NO. 1467
 :
This relates to all actions.  :

### R. DUDLEY BARTON & SON FUNERAL HOME, INC.'S, SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC.'S, ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC.'S, R. D. MOORE FUNERAL HOME INC.'S, TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED'S, AND THOMAS & SON FUNERAL HOME, INC.'S, REQUEST TO FILE ORIGINAL DISCOVERY

**COME NOW** R. DUDLEY BARTON & SON FUNERAL HOME, INC., SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC., ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC., R. D. MOORE FUNERAL HOME, INC., TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED, and THOMAS & SON FUNERAL HOME, INC., Defendants in the above-styled civil action, and pursuant to Fed. R. Civ. P. 56, request that the Plaintiffs file the following original discovery:

1. Deloris Headrick's Responses to Defendants' First Master Set of Interrogatories and Request for Production of Documents;

2. Original Deposition of Robert A. Ryan, Jr.;

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

597

3. Original Deposition of John Taylor;

4. Original Deposition of James C. Eggert;

5. Original Deposition of Robert Dudley Barton, IV;

6. Original Deposition of Durward Petitt; and

7. Original Deposition of Larry Moore.

Respectfully submitted this ___15___ day of October, 2003.

Respectfully Submitted,

GOODMAN, MCGUFFEY, LINDSEY & JOHNSON, LLP

By: _____
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075

By: _____
T. JEFFERY LEHMAN
Georgia State Bar No. 445725

(Signatures Continued on Next Page)

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

By: _____
ROBERT A. LUSKIN
Georgia State Bar No. 004383

Attorneys for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home Inc., R. D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Incorporated, and Thomas & Son Funeral Home, Inc.

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE                    :        MDL DOCKET NO. 1467
CREMATORY LITIGATION                :
                                    :
This relates to all actions.        :

### CERTIFICATE OF FONT AND POINT SIZE

The font and point style used in this **R. DUDLEY BARTON & SON FUNERAL HOME, INC.'S REQUEST TO FILE ORIGINAL DISCOVERY** is Times New Roman 14 Point.

This ___15___ day of October, 2003.

                                          Respectfully Submitted,

                                        GOODMAN, McGUFFEY, LINDSEY
                                        & JOHNSON, LLP

                                        EDWARD H. LINDSEY, JR.
                                        Georgia State Bar No. 453075

                                        T. JEFFERY LEHMAN
                                        Georgia State Bar No. 445725

(Signatures Continued on Next Page)

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

_____
ROBERT A. LUSKIN
Georgia State Bar No. 004383

Attorneys for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home Inc., R. D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Incorporated, and Thomas & Son Funeral Home, Inc.

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE  :
CREMATORY LITIGATION  :  MDL DOCKET NO. 1467
  :
This relates to all actions.  :

### CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel in the above captioned lawsuit a copy of the foregoing **R. DUDLEY BARTON & SON FUNERAL HOME, INC.'S, SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC.'S, ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC.'S, R. D. MOORE FUNERAL HOME INC.'S, TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED'S, AND THOMAS & SON FUNERAL HOME, INC.'S, REQUEST TO FILE ORIGINAL DISCOVERY** by depositing same in the United States Mail with proper postage affixed thereon and addressed to:

Robert H. Smalley, III, Esq.
McCamy, Phillips, Tuggle &
 Fordham, LLP
P.O. Box 1105
Dalton, GA 30720

McCracken K. Poston, Jr., Esq.
Office of McCracken Poston
PO Box 1130
Ringgold, GA 30736

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
 Richardson & Davis, LLP
The Omberg House
615 West First Street
P.O. Box 5513
Rome, GA 30162-5513

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

This  15  day of October, 2003.

By: _____
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075
Attorneys for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home Inc., R. D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Incorporated, and Thomas & Son Funeral Home, Inc.

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX