

ORIGINAL

OCT 15 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | : MDL DOCKET NO. 1467 |
| This relates to all actions. | : |

## R. DUDLEY BARTON & SON FUNERAL HOME, INC.'S, SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC.'S, ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC.'S, R. D. MOORE FUNERAL HOME INC.'S, TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED'S, AND THOMAS & SON FUNERAL HOME, INC.'S, NOTICE OF FILING ORIGINAL DISCOVERY

**COME NOW** R. DUDLEY BARTON & SON FUNERAL HOME, INC., SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC., ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC., R. D. MOORE FUNERAL HOME, INC., TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED, and THOMAS & SON FUNERAL HOME, INC., Defendants in the above-styled civil action, and pursuant to Fed. R. Civ. P. 56. hereby file the following original discovery:

1. Defendant Sequatchie Valley Memorial Funeral Home And Gardens, Inc.'s, Second Supplemental Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set Of Document Requests To

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

598

Funeral Home Defendants;

2. Defendant Erwin-Petitt Funeral Home, Inc.'s, Second Supplemental Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set Of Document Requests To Funeral Home Defendants;

3. Defendant R. Dudley Barton & Son Funeral Home Inc.'s, Supplemental Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set of Document Requests To Funeral Home Defendants;

4. Defendant Ryan Funeral Home Inc.'s, Supplemental Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set of Document Requests To Funeral Home Defendants;

5. Defendant R. D. Moore Funeral Home Inc.'s, Second Supplemental Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set of Document Requests To Funeral Home Defendants;

6. Defendant Taylor Funeral Home Of Chattanooga, Incorporated's Second Supplemental Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set of Document Requests To Funeral Home Defendants; and

7. Defendant Thomas & Son Funeral Home, Inc.'s, Responses To Plaintiffs' First Master Set Of Interrogatories and First Master Set of

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

Document Requests To Funeral Home Defendants.

Respectfully submitted this 15 day of October, 2003.

Respectfully Submitted,

GOODMAN, MCGUFFEY, LINDSEY & JOHNSON, LLP

By: *(signature)*

EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075

By: *(signature)*

T. JEFFERY LEHMAN
Georgia State Bar No. 445725

By: *(signature)*

ROBERT A. LUSKIN
Georgia State Bar No. 004383

Attorneys for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home Inc., R. D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Incorporated, and Thomas & Son Funeral Home, Inc.

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE ) MDL DOCKET NO. 1467
CREMATORY LITIGATION )
)

This relates to all actions.

### CERTIFICATE OF FONT AND POINT SIZE

The font and point style used in this **R. DUDLEY BARTON & SON FUNERAL HOME, INC.'S, SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC.'S, ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC.'S, R. D. MOORE FUNERAL HOME INC.'S, TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED'S, AND THOMAS & SON FUNERAL HOME, INC.'S, NOTICE OF FILING ORIGINAL DISCOVERY** is Times New Roman 14 Point.

This _15_ day of October, 2003.

Respectfully Submitted,

GOODMAN, MCGUFFEY, LINDSEY &
JOHNSON, LLP

_____
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075

(Signatures Continued on Next Page)

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

_____
T. JEFFERY LEHMAN
Georgia State Bar No. 445725


_____
ROBERT A. LUSKIN
Georgia State Bar No.  004383

Attorneys for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home Inc., R. D.Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Incorporated, and Thomas & Son Funeral Home, Inc.

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE<br>CREMATORY LITIGATION | MDL DOCKET NO. 1467 |
| This relates to all actions. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel in the above captioned lawsuit a copy of the foregoing **R. DUDLEY BARTON & SON FUNERAL HOME, INC.'S, SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME AND GARDENS, INC.'S, ERWIN-PETITT FUNERAL HOME, INC.'S, RYAN FUNERAL HOME INC.'S, R. D. MOORE FUNERAL HOME INC.'S, TAYLOR FUNERAL HOME OF CHATTANOOGA, INCORPORATED'S, AND THOMAS & SON FUNERAL HOME, INC.'S, NOTICE OF FILING ORIGINAL DISCOVERY** by depositing same in the United States Mail with proper postage affixed thereon and addressed to:

Robert H. Smalley, III, Esq.
McCamy, Phillips, Tuggle &
 Fordham, LLP
P.O. Box 1105
Dalton, GA 30720

McCracken K. Poston, Jr.,Esq.
Office of McCracken Poston
PO Box 1130
Ringgold, GA 30736

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
 Richardson & Davis, LLP
The Omberg House
615 West First Street
P.O. Box 5513
Rome, GA 30162-5513

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

This _15_ day of October, 2003.

By: _/s/ Edward H. Lindsey/_
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075
Attorneys for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home Inc., R. D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Incorporated, and Thomas & Son Funeral Home, Inc.

Goodman McGuffey
Lindsey & Johnson, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX



# ATTACHMENTS TO

# DOCKET # 598

# COULD NOT BE SCANNED BECAUSE OF THE FOLLOWING:

- ☐ Legal Size Documents
- ☐ Large Exhibits
- ☒ Double Sided Documents
- ☒ Other to many pages (discovery

(To be scanned in the place of the above attachments.)