

JTHER B. THOMAS, Clerk

Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| I RE:  TRI-STATE | ) |
| IEMATORY LITIGATION | )  MDL DOCKET NO. 1467 |

## VIDEOTAPE DEPOSITION OF
### RICHARD G. NAVA, JR.

May 19, 2003

1:30 p.m.

The Forum
2 Government Plaza
Rome, Georgia

John P. Payne, RPR, CRR, CCR A-1006

# B R O W N
## Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300



OCT 15 2003

LUTHER D. THOMAS, Clerk
By _____
Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION


RE:  TRI-STATE                )
EMATORY LITIGATION            ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

DEIDRE MAE NEHRENZ


May 19, 2003

10:00 a.m.


The Forum
2 Government Plaza
Rome, Georgia



John P. Payne, RPR, CRR, CCR A-1006



B R O W N
Reporting, INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

OCT 1 5 2003

LUTHER D. THOMAS, Clerk

Deputy Clerk

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

I RE:  TRI-STATE            )
REMATORY LITIGATION        ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

JAMES SHIRLEY

October 21, 2002

10:07 a.m.

300 The Peachtree
1355 Peachtree Street
Atlanta, Georgia

Carl R. Forte, CCR-A-597, RMR, CRR



B R O W N
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

OCT 15 2003

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

IN RE:  TRI-STATE                )
CREMATORY LITIGATION             ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

EDWARD E. WATTS

June 6, 2003

10:30

Suite 3000
950 East Paces Ferry Road
Atlanta, Georgia

Lisa A. Messina CCR A-421

# B R O W N
### Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

OCT 1 5 2003

UTHER D. THOMAS, Clerk
By:                    Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| RE:  TRI-STATE          )
EMATORY LITIGATION       )  MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

WALTER DEWAYNE WILSON


April 15, 2003

10:00 a.m.


The Forum
2 Government Plaza
Rome, Georgia


Lisa A. Messina CCR A-421


B R O W N
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300



LUTHER D. THOMAS, Clerk

Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

N RE:  TRI-STATE              )
REMATORY LITIGATION           )  MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

WILLIAM HAVENS WHEELER


June 24, 2003

10:06 a.m.


The Omberg House
615 West First Street
Rome, Georgia


Penny J. McPherson, CCR-B-914, RPR

B R O W N
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

OCT 1 5 2003

LUTHER D. THOMAS, Clerk

By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

IN RE:  TRI-STATE          )
CREMATORY LITIGATION     ) MDL DOCKET NO. 1467

## VIDEOTAPE DEPOSITION OF

## KATHI KELLY

### July 29, 2003

### 4:41 p.m.

**900 Republic Centre**
**633 Chestnut Street**
**Chattanooga, Georgia**

Penny J. McPherson, CCR-B-914, RPR

# B R O W N
## Reporting INC.

1740 Peachtree St. N.W.
Atlanta, GA 30309
404-876-8979



# THE DEPOSITION TRANSCRIPT IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the deposition transcript.)