ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 16 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

RECEIVED IN CLERK'S OFFICE
OCT 2003
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION      :      MDL DOCKET NO. 1467

## CONSENT ORDER FOR PARTIES TO EXCEED PAGE LIMITATIONS

The parties and the Court having recognized that there exist in this complex case numerous legal issues which will be addressed in motions for summary judgment and responses thereto, it is hereby

ORDERED that the Defendants may exceed the page limitations of the local rules and file briefs in support of motions for summary judgment not exceeding 65 pages and reply briefs not exceeding 25 pages. The Plaintiffs may exceed the page limitations and file responsive briefs not exceeding 75 pages.

This 16th day of October, 2003.

_____
The Honorable Harold L. Murphy
Judge, United States District Court
Rome Division

135176.1

616

**Consented to:**

By: /s/ Robert M. Brinson
Robert M. Brinson
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP
Post Office Box 5513
Rome, GA 30162-5513
(706) 291-8853

By: /s/ Robert H. Smalley, III (by JAD)
Robert H. Smalley, III (by J. Anderson Davis with permission)
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
(706) 278-4499

By: /s/ Jennifer J. Walker (by JAD)
Jennifer J. Walker (by J. Anderson Davis with permission)
JENKINS & OLSON
15 Public Square, South
Cartersville, GA 30120-3350
(770) 387-1373

135176.1