FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 16 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE                    :
CREMATORY LITIGATION                :        MDL DOCKET NO. 1467
                                    :

## CONSENT ORDER

The parties, including the GBI, by and through the undersigned counsel, hereby agree and consent that the content of the deposition of Dr. Kris Sperry taken on May 20, 2003 shall no longer be subject to the Consent Confidentiality Agreement and Protective Order entered on September 12, 2002, and that the parties may reference the deposition of Dr. Sperry without having to seal their briefs and other pleadings referencing citations to the Sperry deposition.   The Protective Order allows modification, and the parties having represented to the Court their agreement and consent to modify the Order and remove the deposition of Dr. Kris Sperry from the Order, the Court will grant this modification.  The deposition of Dr. Kris Sperry is no longer subject to the protective Order entered on September 19, 2002.

IT IS SO ORDERED, this 16th day of October, 2003.

HAROLD L. MURPHY, Judge
United States District Court

617

AGREED AND CONSENTED TO:

McCAMY, PHILLIPS, TUGGLE &
   FORDHAM, LLP

By: _Robert H. Smalley III_   *signed*
     Robert H. Smalley, III   *by _____*
     Georgia Bar No.: 653405   *w/ express*
     Post Office Box 1105   *permission*
     Dalton, GA  30722-1105
     Phone - 706/278-4499
     Fax - 706/278-5002
     Liaison Counsel for Plaintiffs

JENKINS & OLSON

By: _Jennifer Joy Walker_   *signed by _____*
     JENNIFER JOY WALKER   *with express*
     Georgia Bar No.: 732263   *permission*
     15 Public Square, South
     Cartersville, GA   30120-3350
     (770) 387-1373
     Lead Counsel for Marsh Family

BRINSON, ASKEW, BERRY, SEIGLER,
   RICHARDSON & DAVIS, LLP

By: _____
     J. Anderson Davis
     Georgia Bar No.:  211077
     Post Office Box 5513
     Rome, GA  30162-5513
     Phone - 706/291-8853
     Fax - 706/234-3574
     Liaison and Lead Counsel for Defendant Funeral Homes

135415.1

GEORGIA BUREAU OF INVESTIGATION
STATE OF GEORGIA

By: *Christopher S. Brasher*   signed by Anderson
with express
permission

Christopher S. Brasher
Georgia Bar No.: 078330
Sr. Asst. Attorney General
Dept. of Law
40 Capital Square, S.W.
Atlanta, GA 30334-1300
Phone - (404) 657-3983
Fax - (404) 463-8864

135415.1