CIVIL MINUTE SHEET





FILED IN CLERK'S OFFICE
U.S.D.C.
OCT 2 3 2003
By: _____ Deputy Clerk

ROME DIVISION

( ) IN OPEN COURT   (X) IN CHAMBERS   DATE: 10-17-03   TIME: 11:30 AM

Honorable HAROLD L. MURPHY

Dennis J. Reidy
**Court Reporter**

Samuel M Johnston
**Deputy Clerk**

---

IN RE: Tristate Litigation

Robert Smalley
**Counsel**

v.

Case No. 4:02-cv-41-HLM

Lisa Higgins
**Counsel**

Laura Bennington
J. Anderson Davis
J.J. Walker

Cause came on for ( ) Jury ( ) Non-Jury trial on the merits. Came the parties in person and/or as shown above.

Plaintiff(s)   ( ) Request to Charge   ( ) Voir Dire   ( ) Trial Memo/Brief   ( ) Statement of Contentions
Defendant(s)   ( ) Request to Charge   ( ) Voir Dire   ( ) Trial Memo/Brief   ( ) Statement of Contentions

Plaintiff(s)   ( ) Proposed Findings of Fact and Conclusions of Law
Defendant(s)   ( ) Proposed Findings of Fact and Conclusions of Law

( ) Whereupon the Court ordered that a jury be impaneled to try said issue, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issue came and were sworn, to wit:

(1) _____   (6) _____
(2) _____   (7) _____
(3) _____   (8) _____
(4) _____   (9) _____
(5) _____   (10) _____

( ) The Rule of Sequestration ( ) was   ( ) was not   invoked.

619

HEARINGS/PRE-TRIALS/EVIDENCE: __Preliminary Settlement for D's, Buckner-Rush and Putnam,__
- Filed: Partial Settlement Agreement RE Putnam Funeral Home; Partial Settlement Agreement RE: Buckner-Rush Defendants (12:30 Recessed to 3pm 3:00 (3:30 pm.)
- π has modified proposed order
- Ct will enter order for Preliminary Approval
- Ct sets hearing for final Approval Thurs - Dec 4, 2003 @ 3:00 p.m

VERDICT:

JUDGMENT:

Court adjourned at _____ until _____
( ) until further order
( ) jurors excused until the above time under the usual caution of the Court
( ) jurors excused for the term
( ) jurors excused and directed to return to the jury assembly room

Exhibits returned to counsel for ( ) Plaintiff(s)   ( ) Defendant(s)   ( ) Court Reporter

( ) Exhibits retained by the Court