UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

ORDER

This case is before the Court on the Funeral Home Defendants' Motion to Allow Substitution of Their Previous Response to Plaintiffs' Motion for Entry of "Common Benefit" Fund [569].

The Funeral Home Defendants seek permission to substitute a response to Plaintiffs' Motion for Entry of Common Benefit Fund. The Funeral Home Defendants state that their previous response contained cut-off words and phrases, and that the proposed substitute response corrects those errors.

The Court **GRANTS** the Funeral Home Defendants' Motion to Allow Substitution of Their Previous Response to Plaintiffs' Motion for Entry of "Common Benefit" Fund [569].

IT IS SO ORDERED, this the 20th day of October, 2003.

UNITED STATES DISTRICT JUDGE

1