IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION        :        MDL DOCKET NO. 1467

# FUNERAL HOME DEFENDANTS' RESPONSE
# TO PLAINTIFFS' MOTION FOR ENTRY OF AN
# ORDER ESTABLISHING A "COMMON BENEFIT" FUND

The Funeral Home Defendants respectfully submit this Response to Plaintiffs' Motion for Entry of an Order Establishing a "Common Benefit" Fund.

## I. ARGUMENT AND CITATIONS OF AUTHORITY

The Plaintiffs' Steering Committee ("PSC") has requested that the Court establish a "Common Benefit" Fund to pay for the cost of services and expenses incurred by the PSC on behalf of the class. The Funeral Home Defendants do not object to the creation of such a fund, but the Defendants raise one notable objection to the proposed procedure for implementing the fund.

The Funeral Home Defendants object to the role that they are required to accept with respect to the "Common Benefit" Fund. Specifically, paragraph 5 of the Proposed Case Management Order provides as follows:

> All amounts paid pursuant to this Order are to be withheld by the defendants from any payments made by or on behalf of defendants to settle claims or to satisfy judgments. The withheld sums are to be deposited into an account to be established by Plaintiffs' Liaison Counsel in this MDL litigation. When the account is established, Plaintiffs' Liaison Counsel shall provide the relevant routing

information to Defendants' Liaison Counsel.

The Funeral Home Defendants object to serving as the buffer between the PSC and counsel for individual Plaintiffs. The Funeral Home Defendants should not have the responsibility of calculating the amount of money that should be withheld, withholding the money and depositing it in a separate account. If any problems arise between Plaintiffs' counsel on this issue, the Funeral Home Defendants will be stuck in the middle of the dispute.

Instead, the Funeral Home Defendants propose that any settlement be paid to settling Plaintiffs' counsel with that counsel having the responsibility of depositing the correct amount in the "Common Benefit" Fund. Alternatively, the Funeral Home Defendants could deposit the entire settlement amount in the "Common Benefit" Fund with the escrow agent disbursing the funds as agreed between Plaintiffs' various counsel.

## II. CONCLUSION

For the reasons discussed herein, the Funeral Home Defendants respectfully request that the Court, when establishing the PSC's proposed "Common Benefit" Fund, require Plaintiffs' counsel, not Funeral Home Defendants, to insure that the proper amount of any gross monetary recovery is deposited in the "Common Benefit" Fund.

Respectfully submitted this __9th__ day of October, 2003.

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

By: ______________________
Robert M. Brinson
Georgia Bar No. 082900

By: ______________________
J. Anderson Davis
Georgia Bar No. 211077

The Omberg House
615 West First Street
Post Office Box 5513
Rome, GA 30162-5513
Phone 706/291-8853
Fax 706/234-3574

Lead and Liaison Counsel for
Defendant Funeral Homes

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Funeral Home Defendants' Response to Plaintiffs' Motion for Entry of an Order Establishing a "Common Benefit" Fund** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA 30736
Liaison/Lead Counsel for Tri-State
Crematory, Inc. and the Marsh Family

Frank L. Jenkins, Esquire
JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120-3350

This __9th__ day of October, 2003.

_____
J. Anderson Davis

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Funeral Home Defendants' Motion to Allow Substitution of Their Previous Response to Plaintiffs' Motion for Entry of "Common Benefit" Fund** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA   30736
Liaison/Lead Counsel for Tri-State
Crematory, Inc. and the Marsh Family

Frank L. Jenkins, Esquire
JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120-3350

This 14th    day of October, 2003.

J. Anderson Davis