UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

OCT 23 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN RE:  TRI-STATE CREMATORY
LITIGATION                         MDL DOCKET 1467

This relates to all actions.

ORDER

The Court having been informed that there is now no need to grant Layne Funeral Home, Inc.'s motion to file documents under seal, its motion filed on October 16, 2003 is DENIED.

IT IS SO ORDERED, this the ___23rd___ day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)

630