IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE  :
CREMATORY LITIGATION  :  MDL DOCKET NO. 1467
  :

## CONSENT ORDER

The parties, by and through their counsel, hereby agree and consent that Gilmore Funeral Home, LLC, be permitted to substitute the previously filed affidavit of Wayne Bush, which was attached as Exhibit "A" to Gilmore Funeral Home Defendant's Brief in Support of Motion for Summary Judgment, with the original affidavit of Wayne Bush.

IT IS SO ORDERED, this ___ day of October, 2003.

HAROLD L. MURPHY, Judge
United States District Court

135657.1

AGREED AND CONSENTED TO:

McCAMY, PHILLIPS, TUGGLE &
   FORDHAM, LLP

By: _____Robert H. Smalley, III_____ signed
   Robert H. Smalley, III                    by Judge Doub
   Georgia Bar No.: 653405                   w/ exp. permiss
   Post Office Box 1105
   Dalton, GA 30722-1105
   Phone - 706/278-4499
   Fax - 706/278-5002
   Liaison Counsel for Plaintiffs


JENKINS & OLSON

By: _____Jennifer Joy Walker_____ signed by Judge Doub
   JENNIFER JOY WALKER                       w/ exp. permission
   Georgia Bar No.: 732263
   15 Public Square, South
   Cartersville, GA 30120-3350
   (770) 387-1373
   Lead Counsel for Marsh Family


BRINSON, ASKEW, BERRY, SEIGLER,
   RICHARDSON & DAVIS, LLP

By: _____
   J. Anderson Davis
   Georgia Bar No.: 211077
   Post Office Box 5513
   Rome, GA 30162-5513
   Phone - 706/291-8853
   Fax - 706/234-3574
   Liaison and Lead Counsel for Defendant Funeral Homes


135657.1