FILED IN CLERK'S OFFICE
U.S.D.C. Rome
OCT 2 4 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | : : : | MDL DOCKET NO. 1467 |

## CONSENT ORDER

The parties, by and through their counsel, hereby agree and consent that Dean Lay d/b/a Cumberland Funeral Home, Cumberland Funeral Services, Inc., Cumberland Funeral Home-Tracey City, Foster & Lay Funeral Home and Bob Foster, f/d/b/a Foster & Son (hereinafter Defendants Lay and Foster), be permitted to substitute the previously filed affidavit of Dean Lay, which was attached as Exhibit "B" to these Defendants Motion for Summary Judgment, with the original affidavit of Dean Lay.

IT IS SO ORDERED, this _____ day of October, 2003.

_____
HAROLD L. MURPHY, Judge
United States District Court

633

AGREED AND CONSENTED TO:

McCAMY, PHILLIPS, TUGGLE &
    FORDHAM, LLP

By: _____
Robert H. Smalley, III
Georgia Bar No.: 653405
Post Office Box 1105
Dalton, GA 30722-1105
Phone - 706/278-4499
Fax - 706/278-5002
Liaison Counsel for Plaintiffs


JENKINS & OLSON

By: _____
JENNIFER JOY WALKER
Georgia Bar No.: 732263
15 Public Square, South
Cartersville, GA 30120-3350
(770) 387-1373
Lead Counsel for Marsh Family


BRINSON, ASKEW, BERRY, SEIGLER,
    RICHARDSON & DAVIS, LLP

By: _____
J. Anderson Davis
Georgia Bar No.: 211077
Post Office Box 5513
Rome, GA 30162-5513
Phone - 706/291-8853
Fax - 706/234-3574
Liaison and Lead Counsel for Defendant Funeral Homes


135658.1