

ORIGINAL

OCT 2 8 2003

UNITED STATES DISTRICT COURT   LUTHER D. THOMAS, Clerk
NORTHERN DISTRICT OF GEORGIA   By: _____
ROME DIVISION                        Deputy Clerk

IN RE: TRI-STATE                )     MDL DOCKET NO. 1467
CREMATORY LITIGATION            )
                                )
This relates to all actions.

## NOTICE OF DEPOSITION AND NOTICE TO PRODUCE
## AT DEPOSITION OF LUIS LLORENS


TO:   A1 Environmental Consulting Services
      c/o Joseph T. Lehman, Esq.
      Copedge & Leman, P.C.
      508 South Thornton Ave.
      Dalton, GA 30720


Please take notice that, pursuant to §§ 26 and 30 of the Federal Rules of Civil

Procedure the Funeral Home Defendants will take the deposition of **Luis Llorens**

upon oral examination on **Wednesday, October 29, 2003 beginning at 9:00 a.m.** at

the offices of **Goodman, McGuffey, Lindsey & Johnson, LLC., Suite 200, 1245**

**West Fairbanks Street, Winter Park, Florida 32789**.

The deposition will be taken before an officer duly authorized by law to

administer oaths, and will continue until completed.

You are also requested to bring with you to your deposition for inspection and

copying the following documents or other tangible things:

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

636

1.    Any and all documents provided to you by the law firm of Coppedge &
Leman or any other attorney including, but not limited to, invoices,
cancelled checks, purchase orders or other written instruments;

2.    Any and all documents relied upon by you in preparing your expert
report; and

3.    Any and all documents prepared by you, including worksheets,
memorandums, interview notes or summary documents.

4.    Any and all video tapes relied on by you in preparing your report.

5.    Copies of any and all deposition transcripts relied on by you in
preparing your report.

6.    Copies of any and all Affidavits provided to you in support of your
report.

7.    Any and all records or invoices showing purchases of gas by Tri-State
Crematory and relied on by you in preparing your report.

This __24th__ day of October, 2003.

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

(Signatures Continued on Next Page)

Respectfully Submitted,

GOODMAN, MCGUFFEY, LINDSEY &
JOHNSON LLP


By: _____
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075


By: _____
J. ANDERSON DAVIS, ESQ.
Georgia State Bar No. 211077

FUNERAL HOME DEFENDANTS LEAD/
LIASON COUNSEL


Attorneys for Defendants
R. Dudley Barton & Son Funeral Home, Inc.,
Erwin-Petitt Funeral Home, Inc., R. D. Moore
Funeral Home Inc., Ryan Funeral Home Inc.,
Sequatchie Valley Memorial Funeral Home and
Gardens, Inc., Taylor Funeral Home of
Chattanooga, Inc. and Thomas & Son Funeral
Home, Inc.

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE                )   MDL DOCKET NO. 1467
CREMATORY LITIGATION            )
                                )

This relates to all actions.

## CERTIFICATE OF FONT AND POINT SIZE

The font and point style used in this **NOTICE OF DEPOSITION AND**

**NOTICE TO PRODUCE AT DEPOSITION OF LUIS LIORENS** is Times New

Roman 14 Point.

This ___24th___ day of October, 2003.

Respectfully Submitted,

GOODMAN, McGUFFEY, AUST
& LINDSEY, LLP

_____
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

Attorneys for Defendants
R. Dudley Barton & Son Funeral Home, Inc.,
Erwin-Petitt Funeral Home, Inc., R. D. Moore
Funeral Home Inc., Ryan Funeral Home Inc.,
Sequatchie Valley Memorial Funeral Home and
Gardens, Inc., Taylor Funeral Home of
Chattanooga, Inc. and Thomas & Son Funeral
Home, Inc.

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE          )  MDL DOCKET NO. 1467
CREMATORY LITIGATION      )
                          )

This relates to all actions.

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel in the above captioned lawsuit a copy of the foregoing **NOTICE OF DEPOSITION AND NOTICE TO PRODUCE AT DEPOSITION OF LUIS LIORENS** by depositing same in the United States Mail with proper postage affixed thereon and addressed to:

Robert H. Smalley, III, Esq.
McCamy, Phillips, Tuggle &
  Fordham, LLP
P.O. Box 1105
Dalton, GA  30720

McCracken K. Poston, Jr.,Esq.
Office of McCracken Poston
PO Box 1130
Ringgold, GA 30736

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
  Richardson & Davis, LLP
The Omberg House
615 West First Street
P.O. Box 5513
Rome, GA 30162-5513

Joseph T. Lehman, Esq.
Copedge & Lehman, P.C.
508 South Thornton Ave.
Dalton, Ga. 30720

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX

This ___24th___ day of October, 2003.

By: _____
EDWARD H. LINDSEY, JR.
Georgia State Bar No. 453075

Attorneys for Defendants
R. Dudley Barton & Son Funeral Home, Inc.,
Erwin-Petitt Funeral Home, Inc., R. D. Moore
Funeral Home Inc., Ryan Funeral Home Inc.,
Sequatchie Valley Memorial Funeral Home and
Gardens, Inc., Taylor Funeral Home of
Chattanooga, Inc. and Thomas & Son Funeral
Home, Inc.

Goodman McGuffey
Aust & Lindsey, LLP
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737 FAX