UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION ) ) ) This relates to all actions. ) | MDL DOCKET NO. 1467 |

**[PROPOSED] ORDER GRANTING JONES FUNERAL HOME, INC.'S MOTION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT, BRIEF IN SUPPORT OF SUMMARY JUDGMENT (AND EXHIBITS ATTACHED THERETO), AND STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE FOR TRIAL**

A Motion having been made by Jones Funeral Home, Inc., a named Defendant in the above-styled civil action, and the Court having found that since Jones Funeral Home, Inc.'s Motion for Summary Judgment, Brief in Support (and exhibits) and Statement of Material Facts necessarily include the citation to the materials under a Protective Order of this Court; it is hereby

ORDERED that Jones Funeral Home, Inc.'s Motion to File Under Seal its Motion for Summary Judgment, Brief in Support of Summary Judgment (and exhibits attached thereto) and Statement of Material Facts as to Which There is No Genuine Issue for Trial is GRANTED.

This ___28___ day of ___October___, 2003.

_____
THE HONORABLE HAROLD L. MURPHY
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

1

226059-1

Order Prepared by:

**HALL, BOOTH, SMITH & SLOVER, P.C.**

*Roger S. Sumrall /MND*
ROGER S. SUMRALL
Georgia Bar Number 004490
1180 West Peachtree Street, N.W.,
Suite 900
Atlanta, Georgia 30309
404) 954-5000
Attorneys for Defendant
Jones Funeral Homes, Inc.

226059-1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **[Proposed] Order Granting Jones Funeral Home, Inc.'s Motion To File Under Seal Its Motion for Summary Judgment, Brief In Support Of Summary Judgment (and Exhibits Attached Thereto) And Statement Of Material Facts As To Which There Is No Genuine Issue For Trial** upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

**PLAINTIFFS' LIAISON COUNSEL:**
Robert H. Smalley, III, Esq.
**McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP**
P.O. Box 1105
Dalton, Georgia   30720-1105

**PLAINTIFFS' LEAD COUNSEL:**
Elizabeth J. Cabraser, Esq.
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California   94111

**COUNSEL FOR SCI DEFENDANTS AND LEAD AND LIAISON COUNSEL FOR FUNERAL HOME DEFENDANTS:**
J. Anderson Davis, Esq.
Robert M. Brinson, Esq.
**BRINSON, ASKEW, BERRY, SEIGLER,
   RICHARDSON & DAVIS, LLP**
The Omberg House
615 West First Street
P.O. Box 5513
Rome, Georgia   30162-5513

**LIAISON/LEAD COUNSEL FOR DEFENDANTS,**
**T. RAY BRENT MARSH & TRI-STATE CREMATORY:**
McCracken K. Poston, Jr., Esq.
**OFFICE OF MCCRACKEN POSTON, JR.**
P.O. Box 1130
Ringgold, Georgia 30736

Frank E. Jenkins, III, Esq.
**JENKINS & OLSON**
15 South Public Square
Cartersville, GA  30120-3350

This 14th day of October, 2003.

ROGER S. SUMRALL
Georgia Bar Number 004490
1180 West Peachtree Street, N.W.,
Suite 900
Atlanta, Georgia 30309
(404) 954-5000

4

226059-1