

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

ORDER

This case is before the Court on Plaintiffs' Motion to Withdraw Brief in Opposition to Funeral Home Defendants' Motion to Strike Affidavit of Luis Llorens [529-1] and to Substitute Proposed Corrected Brief [529-2].

The Court **GRANTS** Plaintiffs' Motion to Withdraw Brief in Opposition to Funeral Home Defendants' Motion to Strike Affidavit of Luis Llorens [529-1], and **GRANTS** Plaintiffs' Motion to Substitute Proposed Corrected Brief [529-2]. The Court observes that it already has ruled upon Funeral Home Defendants' Motion to Strike Affidavit of Luis Llorens. (Order of Oct. 7, 2003 (pertaining to Motion to Strike Affidavit).)

IT IS SO ORDERED, this the 30th day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE

1

AO 72A
(Rev.8/82)

640