FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

OCT 30 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

ORDER

This case is before the Court on Funeral Home Defendants' Motion for a Protective Order of Plaintiffs' Request for Discovery Responses [625].

On October 30, 2003, the Court held a telephone conference with counsel to discuss Funeral Home Defendants' Motion for a Protective Order of Plaintiffs' Request for Discovery Responses [625]. For the reasons stated during the October 30, 2003, telephone conference, the Court **GRANTS** Funeral Home Defendants' Motion for a Protective Order of Plaintiffs' Request for Discovery Responses [625].

IT IS SO ORDERED, this the 30th day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE

1

AO 72A
(Rev.8/82)