UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
NOV 03 2003
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION<br><br>This document relates to all cases. | MDL DOCKET NO. 1467 |

### NOTICE OF FILING OF ORIGINAL DEPOSITIONS

COMES NOW Plaintiffs, and herewith notifies the Court that it has this day filed, pursuant to Fed. R. Civ. P. 56, the original sealed depositions of the following:

1. Larry Moore

2. James C. Eggert

3. Durward Pettit

Respectfully submitted this ____ day of October, 2003.

McCAMY, PHILLIPS, TUGGLE &
FORDHAM, LLP
Robert H. Smalley, III
PO Box 1105
Dalton, Georgia 30720-1105
Telephone: (706) 278-4499
Facsimile: (706) 278-5002

*Plaintiffs'/Respondents' Liaison Counsel*

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs'/Respondents' Lead Counsel*

Kathryn Barnett
3319 West End Avenue, Suite 600
Nashville, TN 37203-1074
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

288253.1

646

BARRETT LAW OFFICE
Don Barrett
P.O. Box 987
Lexington, Mississippi 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

Charles Barrett
Marshall H. Smith, Jr.
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203
Telephone: (615) 386-8391
Facsimile: (615) 386-8392

DOFFERMYRE, SHIELDS, CANFIELD,
KNOWLES & DEVINE
Leslie Bryan
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007

SIMS, GRADDICK & DODSON, PC
Charles Graddick
Todd Strohmeyer
205 St. Emanuel Street
Mobile, Alabama 36602

SHUMAKER, WITT, GAITHER &
WHITAKER
William G. Colvin
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee 37402
Telephone: (423) 265-2214
Facsimile: (423) 266-1842

MABRY & McCLELLAND, LLP
Robert M. Darroch
Tenth Floor, 2200
Century Parkway, N.E.
Atlanta, Georgia 30345

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-3591
Facsimile: (423) 266-5455

DAVID RANDOLPH SMITH &
ASSOCIATES
David Randolph Smith
Hillsboro Village, 1910 Acklen Avenue
Nashville, Tennessee 37212
Telephone: (615) 742-1775
Facsimile: (615) 742-1223

COPPEDGE & LEMAN, PC
Joe Leman
508 South Thornton Avenue
Dalton, Georgia 30720
Telephone: (706) 226-0040
Facsimile: (706) 226-0040

*Plaintiffs' Steering Committee*

288253.1

## PROOF OF SERVICE BY MAIL

I hereby certify that a copy of the foregoing was served by postage prepaid United States mail on the 29th of October, 2003 addressed to those listed below.

_____
Kathryn Barnett

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA  30162

*Funeral Home Defendants Lead/Liaison Counsel*

Frank E. Jenkins, III                McCracken K. Poston, Jr., Esq.
Jenkins & Olson, PC                  Attorney at Law
15 South Public Square               62 Nance Lane
Cartersville, GA 30120               PO Box 1130
                                     Ringgold, GA  30736

*Counsel for Defendants T. Ray Brent Marsh & Tri-State Crematory*

Edward H. Lindsey, Jr.
T. Jeffery Lehman
Robert A. Luskin
Goodman, McGuffey, Lindsey & Johnson
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, GA  30326

*Counsel for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home, Inc., R.D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Inc., and Thomas & Son Funeral Home, Inc.*