IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RE: TRI-STATE                    )
EMATORY LITIGATION               ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

DURWARD PETITT


November 8, 2002

10:05 a.m.


The Forum
2 Government Plaza
Rome, Georgia


John P. Payne, RPR, CRR, CCR A-1006


BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

647

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE            )
CREMATORY LITIGATION        ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

JAMES C. EGGERT


October 31, 2002

2:00 p.m.


The Forum
2 Government Plaza
Rome, Georgia



John P. Payne, RPR, CRR, CCR A-1006



BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

647

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE            )
CREMATORY LITIGATION        ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

LARRY MOORE

October 31, 2002

10:05 a.m.

The Forum
2 Government Plaza
Rome, Georgia

John P. Payne, RPR, CRR, CCR A-1006

BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

647