# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



4:02-CV-041
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___

_____
UNITED STATES DISTRICT JUDGE

NAME OF PETITIONER: Elizabeth A. Alexander

Residence Address: 1809 Sweetbriar Avenue

Nashville, TN 37212

Business Address: Lieff, Cabraser, Heimann & Bernstein, LLP
Firm/Business Name

3319 West End Ave., Suite 600   Nashville, TN 37203
Street Address           City             State        Zip Code

same
Mailing Address if Other Than Street Address

(615) 313-9000
Telephone Number (Include area code)

649