**ORIGINAL**



FILED IN CLERK'S OFFICE
D-Rome
NOV - 7 2003
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE CREMATORY ) MDL DOCKET NO. 1467
LITIGATION )
 )  This document relates to all cases.
_____ )

### NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT

Plaintiffs hereby give Notice of filing with the Court the attached original deposition transcript of Robert A. Ryan, Jr., which was taken on October 16, 2002. Included in the filing, under separate seal, is the Confidential Excerpt of the Videotape Deposition of Robert A. Ryan, Jr.

/s/ Leslie J. Bryan
KENNETH S. CANFIELD
Georgia State Bar No. 107744
RALPH I. KNOWLES, JR.
Georgia State Bar No. 426721
LESLIE J. BRYAN
Georgia State Bar No. 091175

DOFFERMYRE, SHIELDS, CANFIELD,
 KNOWLES & DEVINE          Attorneys for Plaintiffs' Steering
1355 Peachtree Street       Committee
Suite 1600
Atlanta, Georgia 30309
(404) 881-8900

650

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION ) ) ) ) | MDL DOCKET NO. 1467<br><br>This document relates to all cases. |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with the foregoing Notice of Filing Original Deposition Transcript by depositing a copy of the same in the United States mail, postage prepaid and properly addressed as follows:

>J. Anderson Davis
>Brinson, Askew, Berry, Seigler,
>  Richardson & Davis, LLP
>The Omberg House
>P.O. Box 5513
>Rome, Georgia 30162
>
>McCracken K. Poston, Jr.
>62 Nance Lane
>P. O. Box 1130
>Ringgold, Georgia 30736
>
>Frank E. Jenkins, III
>Jenkins & Olson, P.C.
>15 South Public Square
>Cartersville, Georgia 30120

Robert H. Smalley, III
McCamy, Phillips, Tuggle & Fordham, LLP
Post Office Box 1105
Dalton, Georgia 30720-1105

This 5th day of November, 2003.

*Leslie J. Bryan*
Leslie J. Bryan
Georgia State Bar No. 091175

DOFFERMYRE, SHIELDS, CANFIELD,
 KNOWLES & DEVINE
1355 Peachtree Street
Suite 1600
Atlanta, Georgia 30309

Attorney for Plaintiffs' Steering Committee