

NOV - 7 2003

LUTHER D. THOMAS, Clerk
Deputy Clerk

61

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

IN RE:  TRI-STATE          )
CREMATORY LITIGATION       ) MDL DOCKET NO. 1467

CONFIDENTIAL EXCERPT OF THE

VIDEOTAPE DEPOSITION OF

ROBERT A. RYAN, JR.

October 16, 2002

10:30 a.m.

15 West First Street
Rome, Georgia

Lisa A. Messina CCR A-421

BROWN
Reporting INC.

/S/

NOV - 7 2003


LUTHER D. THOMAS, Clerk
By
Deputy Clerk

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

IN RE: TRI-STATE            )
CREMATORY LITIGATION        ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

ROBERT A. RYAN, JR.


October 16, 2002

10:30 a.m.


615 West First Street
Rome, Georgia

Lisa A. Messina, CCR A-421


BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979