UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

NOV 12 2003

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION<br><br>This document relates to all cases. | MDL DOCKET NO. 1467 |

### NOTICE OF FILING OF ORIGINAL DEPOSITIONS

COME NOW Plaintiffs, and herewith notify the Court that they have this day filed, pursuant to Fed. R. Civ. P. 56, the original sealed depositions of the following:

1. Julian Allen Peeples

2. John Wesley Peeples

3. Reverend Clarence Eugene Overstreet

4. William E. McGill

250767.1

652

Dated this 10th day of November, 2003.    Respectfully submitted,

*[signature]*

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Lead Counsel*

Kathryn E. Barnett
Alistair E. Newbern
3319 West End Avenue, Suite 600
Nashville, Tennessee 37203
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

McCAMY, PHILLIPS, TUGGLE &
FORDHAM, LLP
Robert H. Smalley, III
P.O. Box 1105
Dalton, Georgia
Telephone: (706) 278-4499
Facsimile: (706) 278-5002

*Plaintiffs' Liaison Counsel*

DOFFERMYRE, SHIELDS,
CANFIELD, KNOWLES & DEVINE
Ken Canfield
Ralph I. Knowles, Jr.
Leslie Bryan
David Hagy
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007

250767.1

BARRETT LAW OFFICE
Don Barrett
P.O. Box 987
Lexington, Mississippi 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

Charles Barrett
Marshall H. Smith, Jr.
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203
Telephone: (615) 386-8391
Facsimile: (615) 386-8392

Charles Graddick
Todd Strohmeyer
SIMS, GRADDICK & DODSON, P.C.
205 St. Emanuel Street
Mobile, Alabama 36602

DAVID RANDOLPH SMITH &
ASSOCIATES
David Randolph Smith
J. Allen Murphy, Jr.
1910 Acklen Avenue
Hillsboro Village
Nashville, Tennessee 37212
(615) 742-1775

*Plaintiffs' Steering Committee*

SHUMAKER, WITT, GAITHER &
WHITAKER
William G. Colvin
Christy Sell
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee 37402
Telephone: (423) 265-2214
Facsimile: (423) 266-1842

Robert M. Darroch
MABRY & MCCLELLAND, LLP
Tenth Floor, 2200
Century Parkway, N.E.
Atlanta, Georgia 30345

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402
(423) 756-3591

COPPEDGE & LEMAN
Warren N. Coppedge, Jr.
Joseph Leman
508 s. Thornton Ave.
Dalton, GA 30720
(706) 226-0040

250767.1

## PROOF OF SERVICE BY MAIL

I hereby certify that a copy of the foregoing was served by postage prepaid United States mail on the 10th of November, 2003 addressed to those listed below:

_____
Robert H. Smalley, III
Plaintiffs' Liaison Counsel

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA  30162

Funeral Home Defendants Lead/Liaison Counsel

Frank E. Jenkins, III
Jenkins & Olson, PC
15 South Public Square
Cartersville, GA 30120


McCracken K. Poston, Jr., Esq.
Attorney at Law
62 Nance Lane
PO Box 1130
Ringgold, GA  30736

Counsel for Defendants
T. Ray Brent Marsh &
Tri-State Crematory

250767.1