IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE             )
CREMATORY LITIGATION         ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

JULIAN ALLEN PEEPLES

October 24, 2002

2:50 p.m.

615 West First Street
Rome, Georgia

John P. Payne, RPR, CRR, CCR A-1006

BROWN
Reporting, INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE         )
CREMATORY LITIGATION     ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

JOHN WESLEY PEEPLES

October 24, 2002

10:10 a.m.

615 West First Street
Rome, Georgia

John P. Payne, RPR, CRR, CCR A-1006

BROWN
Reporting INC.

1609 Martha Berry Blvd.
Rome, GA 30165
706-235-8300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RE:  TRI-STATE            )
EMATORY LITIGATION        )  MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

REVEREND CLARENCE EUGENE OVERSTREET

November 14, 2002

10:07 a.m.

The Forum
2 Government Plaza
Rome, Georgia

Penny J. McPherson, CCR-B-914, RPR

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

653



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RE: TRI-STATE           )
EMATORY LITIGATION      ) MDL DOCKET NO. 1467


VIDEOTAPE DEPOSITION OF

WILLIAM E. McGILL


November 15, 2002

10:00 a.m.


615 West First Street
Rome, Georgia


Lisa A. Messina CCR A-421


BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

653

653