ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

NOV 1 2 2003

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

IN RE: TRI-STATE
CREMATORY LITIGATION                MDL DOCKET No. 1467

This Order relates to:

ALL CASES

## ORDER

The Court has received the Notice of Appearance in the captioned case of Coppedge & Leman, P.C., 508 South Thornton Avenue, Dalton, Georgia 30720 as contract counsel in this litigation on behalf of the plaintiffs listed on the Notice of Appearance, a copy of which is attached hereto.

Any service list in this case should include Coppedge & Leman, P.C., 508 South Thornton Avenue, Dalton, Georgia 30720.

IT IS SO ORDERED, this the ___12th___ day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)

658