RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Rome

NOV 17 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE

NOV 18 2003

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TRI-STATE CREMATORY ) | |
| LITIGATION ) | MDL DOCKET NO. 1467 |
| ) | |
| This Order relates to all actions. ) | |

## ORDER TO FILE UNDER SEAL EXHIBIT 6 OF PLAINTIFFS' CONSOLIDATED RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT OF FUNERAL HOME DEFENDANTS

It appearing that Exhibit 6 to Plaintiffs' Consolidated Response to Motions for Summary Judgment of Funeral Home Defendants contains information subject to the previously entered Protective Order regarding GBI documents hereunder and it further appearing that such Exhibit should be filed under seal,

IT IS HEREBY ORDERED that Exhibit 6 to Plaintiffs' Consolidated Response to Motions for Summary Judgment of Funeral Home Defendants shall be filed under seal.

Entered this 18 day of November, 2003.

_____
Hon. Harold L. Murphy
U.S. District Court Judge

258643.1

703