RECEIVED IN CLERK'S OFFICE
NOV 17 2003
LUTHER
By: _____ U.S. Clerk
Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C.
NOV 18 2003
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                    )
                                          )
TRI-STATE CREMATORY                       )
LITIGATION                                )   MDL DOCKET NO. 1467
                                          )
This Order relates to all actions.        )

## CONSENT ORDER PERMITTING THE FILING OF PLAINTIFFS' CONSOLIDATED RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT FILED BY CLARA C. MARSH, T. RAY BRENT MARSH, AND THE ESTATE OF T. RAY MARSH ON NOVEMBER 17, 2003

By Order of September 4, 2003, this Court established filing deadlines for dispositive motions in the above and foregoing matter for October 15, 2003, with responses thereto by November 14, 2003. It appearing that, due to technical difficulties, Plaintiffs were unable to file Plaintiffs' Consolidated Response to the Motions for Summary Judgment filed by Clara C. Marssh, T. Ray Brent Marsh, and the Estate of T. Ray Marsh on November 14, 2003, and it further appearing that Plaintiffs served Counsel for the Marsh Defendants on November 14, 2003 via electronic mail with a copy of said Response, and it finally appearing that Counsel for the Marsh Defendants consent hereto,

258643.1

704

IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file Plaintiffs' Consolidated Response to the Motions for Summary Judgment filed by Clara C. Marssh, T. Ray Brent Marsh, and the Estate of T. Ray Marsh on November 17, 2003 without penalty or forfeiture.

Entered this __18__ day of November, 2003, *nunc pro tunc for 11/17/03*

_____
Hon. Harold L. Murphy
U.S. District Court Judge

Prepared by:

_____
Robert H. Smalley, III
Plaintiffs' Liaison Counsel

Consented to by:

_____
Jennifer Joy Walker, (signed by Robert Smalley with express permission)
Jenkins & Olson
15 S. Public Square
Cartersville, Ga. 30120

258643.1