FILED IN CLERK'S OFFICE
U.S.D.C. Rome

Disney

NOV 2 0 2003

LUTHER D. THOMAS, Clerk

By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE:  TRI-STATE CREMATORY LITIGATION | MDL DOCKET NO. 1467 |
| This document relates to all cases. | |

## NOTICE OF FILING OF ORIGINAL DEPOSITIONS

COMES NOW Plaintiffs, and herewith notifies the Court that it has this day filed, pursuant to Fed. R. Civ. P. 56,  the original sealed depositions of the following:

1.     Wayne Bush; and

2.     Eugene Williams

Respectfully submitted this _____ 18th _____ day of November, 2003.

SHUMACKER, WITT, GAITHER & WHITAKER

_____

William G. Colvin (TN BPR # 006733)
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee  37402
Telephone:  (423) 425-7000
Facsimile:  (423) 266-1842

707

McCAMY, PHILLIPS, TUGGLE &
FORDHAM, LLP
Robert H. Smalley, III
PO Box 1105
Dalton, Georgia 30720-1105
Telephone: (706) 278-4499
Facsimile: (706) 278-5002
*Plaintiffs'/Respondents' Liaison
Counsel*

BARRETT LAW OFFICE
Don Barrett
P.O. Box 987
Lexington, Mississippi 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

Charles Barrett
Marshall H. Smith, Jr.
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203
Telephone: (615) 386-8391
Facsimile: (615) 386-8392

SIMS, GRADDICK & DODSON, PC
Charles Graddick
Todd Strohmeyer
205 St. Emanuel Street
Mobile, Alabama 36602

MABRY & McCLELLAND, LLP
Robert M. Darroch
Tenth Floor, 2200
Century Parkway, N.E.
Atlanta, Georgia 30345

DAVID RANDOLPH SMITH &
ASSOCIATES
David Randolph Smith
Hillsboro Village, 1910 Acklen Avenue
Nashville, Tennessee 37212
Telephone: (615) 742-1775
Facsimile: (615) 742-1223

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kathryn Barnett
3319 West End Avenue, Suite 600
Nashville, TN 37203-1074
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
*Plaintiffs'/Respondents' Lead Counsel*

DOFFERMYRE, SHIELDS, CANFIELD,
KNOWLES & DEVINE
Leslie Bryan
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-3591
Facsimile: (423) 266-5455

COPPEDGE & LEMAN, PC
Joe Leman
508 South Thornton Avenue
Dalton, Georgia 30720
Telephone: (706) 226-0040
Facsimile: (706) 226-0040

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon all parties and/or counsel listed below by placing it in the United States Mail, addressed to said parties with sufficient postage to carry the same to its destination, on this 18th day of November, 2003.

SHUMACKER WITT GAITHER & WHITAKER, P.C.

_____
William G. Colvin

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA 30162

*Funeral Home Defendants Lead/Liaison Counsel*

Frank E. Jenkins, III                  McCracken K. Poston, Jr., Esq.
Jenkins & Olson, PC                    Attorney at Law
15 South Public Square                 62 Nance Lane
Cartersville, GA 30120                 PO Box 1130
                                       Ringgold, GA 30736

*Counsel for Defendants T. Ray Brent Marsh & Tri-State Crematory*

Edward H. Lindsey, Jr.
T. Jeffery Lehman
Robert A. Luskin
Goodman, McGuffey, Lindsey & Johnson
2100 Tower Place
3340 Peachtree Road, NE
Atlanta, GA 30326

*Counsel for Defendants R. Dudley Barton & Son Funeral Home, Inc., Sequatchie Valley Memorial Funeral Home and Gardens, Inc., Ryan Funeral Home, Inc., R.D. Moore Funeral Home, Inc., Taylor Funeral Home of Chattanooga, Inc., and Thomas & Son Funeral Home, Inc.*