RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Rome

NOV 21 2003

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

NOV 24 2003

Luther D. Thomas, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | : : : | MDL DOCKET NO. 1467 |
| This Order relates to all actions.: | | |

## ORDER

This case is before the Court on Defendant Love Funeral Home, Inc.'s Motion for Relief from August 16, 2002 Order based upon the pending settlement between Love Funeral Home, Inc. and Plaintiffs. The Court conducted a preliminary fairness hearing on this Motion on November 20, 2003, and found the settlement to be fair.

The Court hereby relieves Defendant Love Funeral Home, Inc. from responsibility for, and liability for, payment of the fees and expenses of lead/liaison counsel accruing after November 20, 2003.

IT IS SO ORDERED, this 24th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE