FILED IN CLERK'S OFFICE
DEC 02 2003
THOMAS, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE CREMATORY : MDL DOCKET NO. 1467
LITIGATION :
   :
This document relates to all actions. :

## LOVE FUNERAL HOME, INC.'S
## MOTION TO HOLD ITS PENDING MOTIONS IN ABEYANCE

COMES NOW Love Funeral Home, Inc. ("LFH"), by and through its undersigned counsel, and hereby moves the Court for an Order holding in abeyance or staying the pending Motion for Summary Judgment and the Motion to Strike the Affidavit of James J. Jaconetti filed by LFH and currently pending, respectfully showing the Court as follows:

LFH has tentatively settled Plaintiffs' claims against it as of November 17, 2003. At a hearing on November 20, 2003, the Court preliminarily approved the proposed terms of the settlement. LFH and Plaintiffs are negotiating the exact terms of the Settlement Agreement and anticipate that they will be able to present the Settlement Agreement to the Court on December 4, 2003 for approval. If the Court approves of the Settlement Agreement, the parties shall commence the claims process, which is expected to take sixty to ninety days, culminating in a fairness hearing wherein anyone with an objection to the settlement may be heard. At that hearing, the Court will have the authority to provide final approval of the

727

settlement or to terminate the agreement returning the parties to the status quo ante.

LFH respectfully requests that its pending Motions be held in abeyance or stayed pending one of two possible outcomes of the settlement agreement. If the settlement agreement is approved and found to be fair after the fairness hearing, such that LFH may be dismissed from this litigation by Court Order, the pending Motions could be dismissed without prejudice as moot. Alternatively, in the event the settlement agreement is terminated, either by the Court or by the parties, the pending Motions could then be ruled upon by the Court without any prejudice to the parties.

Accordingly, LFH respectfully requests that the Court enter an Order granting this Motion and staying or holding in abeyance LFH's pending Motion for Summary Judgment and Motion to Strike Affidavit of James J. Jaconetti.

Respectfully submitted, this 1st day of December, 2003.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

_____
Paul L. Weisbecker
Georgia Bar No. 746464
John M. Hawkins
Georgia Bar No. 338698
Amber E. Tuggle
Georgia Bar No. 246719

950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433

Attorneys for Love Funeral Home, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing pleading via hand delivery or United States Mail, first class postage prepaid and affixed thereto, addressed to:

| **Attorney - Firm** | **Represented Party(ies)** |
|---|---|
| Robert H. Smalley, III<br>McCamy, Phillips, Tuggle & Fordham, LLP<br>P. O. Box 1105<br>Dalton, Georgia 30722 | Plaintiffs' Lead Counsel |
| J. Anderson Davis, Esq.<br>Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP<br>P. O. Box 5513<br>Rome, Georgia 30162-5513 | Defendants' Lead Counsel |
| Frank E. Jenkins, III, Esq.<br>Jenkins & Olson, P.C.<br>15 Public Square<br>Cartersville, Georgia 30120 | T. Ray Brent Marsh; Clara C. Marsh |

This 1st day of December, 2003.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

_____
Paul L. Weisbecker
Georgia Bar No. 746464

950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326          Attorneys for Love Funeral Home, Inc.
Telephone: (404) 876-2700
Facsimile: (404) 875-9433