**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.
DEC 02 2003
LUTHER D. ...
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: TRI-STATE ) | MDL DOCKET NO. 1467 |
| CREMATORY LITIGATION ) | |
| ) | |
| This relates to all actions. ) | |
| ) | |
| _____ ) | |

## FUNERAL HOME DEFENDANTS ADOPTION OF LOVE FUNERAL HOME, INC.'S RENEWED NOTICE OF OBJECTION, OR IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF JAMES J. JACONETTI AND BRIEF IN SUPPORT THEREOF

COME NOW FUNERAL HOME DEFENDANTS and adopt Love Funeral Home, Inc.'s (hereinafter referred to as "Love"), Renewed Notice of Objection, or in the Alternative, Motion to Strike[1] Portions of the Affidavit of James J. Jaconetti [2] and the Brief in Support Thereof, as if Defendant Funeral Homes had filed said notice and motion themselves.

---

[1] Several judges in the Northern District of Georgia have held that a notice of objection, not a motion to strike, is the proper method for challenging the admissibility of evidence in an affidavit. See, e.g., Morgan v. Sears, Roebuck and Co., 700 F. Supp. 1574, 1576 (N.D. Ga. 1988)(Forrester, J.); Pinkerton and Laws Co. v. Roadway Express, Inc., 650 F. Supp. 1138, 1141 (N.D. Ga. 1986)(Ward, J.).

[2] The Jaconetti Affidavit is attached to the Love Notice marked as Exhibit "A."

120539.1

730

WHEREFORE FUNERAL HOME DEFENDANTS respectfully request that its Notice of Objection, or in the Alternative, Motion to Strike Portions of the Affidavit of James Jaconetti be granted.

This 2nd day of December, 2003.

                                BRINSON, ASKEW, BERRY, SEIGLER,
                                RICHARDSON & DAVIS, LLP

                          By: *Robert M. Brinson* (by JAD)

The Omberg House                 Robert M. Brinson
615 West First Street             Georgia Bar No. 082900
Post Office Box 5513
Rome, GA 30162-5513     By: *J. Anderson Davis*
Phone 706/291-8853          J. Anderson Davis
Fax 706/234-3574              Georgia Bar No. 211077

                                Lead and Liaison Counsel for
                                Defendant Funeral Homes

120539.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Funeral Home Defendants' Adoption of Love Funeral Home's Notice of Objection, etc...** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire         Frank E. Jenkins, III, Esquire
OFFICE McCRACKEN POSTON         JENKINS & OLSON
Post Office Box 1130                           15 Public Square, South
Ringgold, GA   30736                          Cartersville, GA   30120-3350
Liaison/Lead Counsel for Tri-State Crematory, Inc. and the Marsh Family

This _2nd_ day of December, 2003.

_____
J. Anderson Davis

120539.1