# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

DEC 04 2003

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| In Re: | § |
| | § |
| TRI-STATE CREMATORY | § |
| LITIGATION | § |

MDL DOCKET NO: 1467

## SUPPLEMENT TO JULIAN PEEPLES MEMORIAL CHAPEL, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Julian Peeples Memorial Chapel, Inc. (hereinafter referred to as "JPMC") and supplements its Motion for Summary Judgment by providing citations to the testimony of Thomas J. Edkins, referenced in the Brief in Support of the Motion for Summary Judgment, and by attaching relevant portions of Dr. Edkins' deposition transcript hereto.

The portion of Dr. Edkins' deposition testimony referenced on page 6 of JPMC's Brief can be found at pages 27-28, copies of which are attached hereto.

This 3d day of December, 2003.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

John M. Hawkins
Georgia Bar No. 338698

950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700

731

BOVIS, KYLE & BURCH, LLC

John H. Peavy, Jr. (by John M. Hawkins with
express permission)
Georgia Bar No. 569610

53 Perimeter Center East
3rd Floor
Atlanta, Georgia 30346-2298
(770) 391-9100

Attorneys for Julian Peeples Memorial
Chapel, Inc.

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION


IN RE:  TRI-STATE          )
CREMATORY LITIGATION       )  MDL DOCKET NO.  1467




DEPOSITION OF

TOM EDKINS



October 6, 2003

10:05 a.m.


Suite 3000

950 East Paces Ferry Road

Atlanta, Georgia



Carl R. Forte, RMR, CRR, CCR-A-597


B R O W N

*Reporting* INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979

1      Q.     And do you know what Diane did with them?

2      A.     I believe she brought them to the -- is it

3   Walker County Civic Center.  I believe that's what

4   it's called, to the best of my ability.  And handed

5   those over to the Georgia Bureau of Investigation.

6      Q.     Do you know why?

7      A.     Because they had forensic scientists to

8   test it to help determine what type of cremains they

9   were.

10      Q.     You say what type of cremains?

11      A.     (Witness nods head affirmatively.)

12      Q.     Tell me what you mean by that.

13      A.     I believe the decision was that they're

14   human, there are some human cremains in the box that

15   I have in our home, but it's not -- cannot be

16   determined at this point whether they're our father's

17   or not.

18      Q.     So, can -- it cannot be confirmed that

19   it's your father.

20      A.     I believe it cannot be confirmed, yes.

21      Q.     But then, again, it also cannot be denied

22   that it's your father, then, correct?

23      A.     At this point, it's possible that it

24   cannot be denied, yes.

25      Q.     Okay.  Do you know of any way that you'd

28

1   be able to tell with any certainty whether or not

2   that was your father's cremains?

3       A.    I'm not aware of any scientific techniques

4   that can tell us at this point.

5       Q.    Did the G.B.I. return that portion of

6   cremains that it tested?

7       A.    I believe so.  I believe they returned it

8   to my sister.

9       Q.    Have you received those cremains back?

10      A.    I don't believe so.

11      Q.    So, to your knowledge, they -- your sister

12  still has them?

13      A.    Yes.

14      Q.    Have you had any additional testing of the

15  cremains at all?

16      A.    No.

17      Q.    Do you have any intention to do so?

18      A.    At this time, I haven't thought about

19  doing anything.

20          MR. SMALLEY:  Obviously, we may test

21      those as a part of the Court's order for

22      forensic testing.  But if we do, you'll

23      certainly be made aware of it.

24          MR. HAWKINS:  Let's go ahead and mark

25      this.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Supplement to Julian Peeples Memorial Chapel, Inc.'s Motion for Summary Judgment** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE of McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA 30736-1130
Lead Counsel for
Tri-State Crematory, Inc.

Frank E. Jenkins, III, Esquire
JENKINS & OLSON
15 Public Square, South
Cartersville, GA 30120-3350
Lead Counsel for
the Marsh Family

This 4th day of December 2003.

J. Anderson Davis