UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

ORDER

This case is before the Court on Defendant Love Funeral Home, Inc.'s Motion to Hold its Pending Motions in Abeyance [727].

Defendant Love Funeral Home, Inc. has filed a Motion for Summary Judgment and a Motion to Strike the Affidavit of James J. Jaconetti. Those Motions remain pending. Defendant Love Funeral Home, Inc., however, has reached a tentative settlement with Plaintiffs. Defendant Love Funeral Home, Inc. requests that the Court hold its pending Motions in abeyance pending final approval of the settlement or the termination of the settlement agreement.

The Court **GRANTS** Defendant Love Funeral Home, Inc.'s Motion to Hold its Pending Motions in Abeyance [727]. The Court will delay ruling on those Motions until the final approval of the settlement

or the termination of the settlement agreement.

IT IS SO ORDERED, this the _4th_ day of December, 2003.

_____
UNITED STATES DISTRICT JUDGE