```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN  DISTRICT OF GEORGIA
                          ROME DIVISION

  ------------------------------       CIVIL DOCKET NUMBER
  IN RE:  TRI-STATE CREMATORY )            MDL 1467
  LITIGATION                  )
  ------------------------------           ROME, GEORGIA
                                       THURSDAY, OCTOBER 16, 2003
                                              2:05 P.M.


                      TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE HAROLD L. MURPHY,
                     UNITED STATES DISTRICT JUDGE


  APPEARANCES:


       FOR THE DEFENDANTS:           J. ANDERSON DAVIS
                                     615 WEST FIRST STREET
                                     ROME, GEORGIA   30162-5513
                                     (706) 291-8853












       COURT REPORTER:               DENNIS J. REIDY
                                     309 U.S. DISTRICT COURTHOUSE
                                     600 EAST FIRST STREET
                                     ROME, GEORGIA   30161
                                     (706) 291-5610


                  PROCEEDINGS RECORDED BY STENOGRAPHY
                    TRANSCRIPT PRODUCED BY COMPUTER
```