```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN  DISTRICT OF GEORGIA
 2                          ROME DIVISION

 3   ------------------------------        CIVIL DOCKET NUMBER
     IN RE:   TRI-STATE CREMATORY )              MDL 1467
 4   LITIGATION                   )
     ------------------------------             ROME, GEORGIA
 5                                        THURSDAY, OCTOBER 30, 2003
                                                  10:05 A.M.
 6
                    TRANSCRIPT OF TELEPHONIC PROCEEDINGS
 7                BEFORE THE HONORABLE HAROLD L. MURPHY,
                       UNITED STATES DISTRICT JUDGE
 8
     APPEARANCES:
 9
         FOR THE PLAINTIFFS:            ROBERT H. SMALLEY
10                                      411 WEST CRAWFORD STREET
                                        DALTON, GEORGIA  30720-1105
11                                      (706) 278-4499

12                                      ELIZABETH J. CABRASER
                                        EMBARCADERO CENTER WEST
13                                      275 BATTERY STREET
                                        30TH FLOOR
14                                      SAN FRANCISCO, CALIFORNIA
                                                      94111-3339
15                                      (415) 956-1000

16       FOR THE DEFENDANTS:            J. ANDERSON DAVIS
                                        615 WEST FIRST STREET
17                                      ROME, GEORGIA   30162-5513
                                        (706) 291-8853
18
                                        BRANDON BOWEN
19                                      15 SOUTH PUBLIC SQUARE
                                        CARTERSVILLE, GEORGIA  30120
20                                      (770) 387-1373

21       COURT REPORTER:                DENNIS J. REIDY
                                        309 U.S. DISTRICT COURTHOUSE
22                                      600 EAST FIRST STREET
                                        ROME, GEORGIA   30161
23                                      (706) 291-5610

24
                    PROCEEDINGS RECORDED BY STENOGRAPHY
25                    TRANSCRIPT PRODUCED BY COMPUTER
```