UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.
JAN 27 2004
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TRI-STATE CREMATORY | ) |
| LITIGATION | ) MDL DOCKET NO. 1467 |
| | ) |
| This Order relates to all actions. | ) |

### CONSENT ORDER PERMITTING THE FILING OF PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF ROBERT RESSLER ON JANUARY 27, 2004

By Order of September 4, 2003, this Court established filing deadlines for Motions in Limine in the above and foregoing matter for January 21, 2004. The Funeral Home Defendants named Robert K. Ressler as a proposed expert witness beyond the date previously set by the court for expert disclosures, but Plaintiffs consented to the late filing with the understanding that Plaintiffs would be permitted to depose Mr. Ressler and would further be permitted to name an expert to counter the expected testimony. The Court reminded all parties that such agreements would not delay the trial of this matter. Mr. Ressler was deposed on January 23, 2004.

IT IS THEREFORE HEREBY ORDERED that Plaintiffs shall be permitted to file Plaintiffs' Motion in Limine to Exclude the Testimony of

258643.1

932

Robert Ressler, and memorandum of law in support thereof, on January 27, 2004 without penalty or forfeiture.

Entered this \_\_27\_\_ day of January, 2004.

_____
Hon. Harold L. Murphy
U.S. District Court Judge

Prepared by:

_____
Robert H. Smalley, III
Plaintiffs' Liaison Counsel

Consented to by:

_____
J. Anderson Davis
Funeral Home Defendants Lead/Liaison Consel

258643.1