

FILED IN CLERK'S OFFICE
U.S.D.C. R---
FEB 0 9 2004
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: Tri-State Crematory Litigation | MDL Docket No. 1467 |
| Carol A. Bechtel, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Tri-State Crematory, Inc., et. al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> FILE NO. 4:02-CV-041-HLM |

## MARSH DEFENDANTS' SECOND AMENDMENT TO THE

## PRETRIAL ORDER

COME NOW, the Marsh Defendants and, upon direction of the Court file this amendment to the pretrial order:

1.

Any reference to either "T. Ray Marsh" or "the estate of T. Ray Marsh" as a party should be changed to state the properly named party as

956

"Clara C. Marsh, as the administratrix of the estate of T. Ray Marsh".

                Respectfully Submitted,

                JENKINS & OLSON, P.C.

                */s/ Jennifer Joy Walker*

                Frank E. Jenkins, III
                Georgia Bar Number: 390550
                Jennifer Joy Walker
                Georgia Bar Number: 732263

15 South Public Square
Cartersville, Georgia 30120
(770) 387-1373

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Marsh Defendants' Second Amendment to the Pretrial Order** upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

> J. Anderson Davis
> Mark Maynard Jackson Webb
> Brinson Askew Berry Siegler
> Richardson & Davis
> Post Office Box 5513
> Rome, GA  30162-5513
>
> Robert Harris Smalley, III
> McCamy Phillips Tuggle & Fordham
> Post Office Box 1105
> Dalton, Georgia  30720-1105
>
> McCracken Poston
> Post Office Box 1130
> Ringgold, Georgia 30736

This the 6th day of February, 2004.

JENKINS & OLSON, P.C.

Jennifer Joy Walker

15 South Public Square
Cartersville, Georgia  30120
(770) 387-1373