FILED IN CLERK'S OFFICE
U.S.D.C. Rome

FEB 17 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE              :
CREMATORY LITIGATION          :    MDL DOCKET NO. 1467
This relates to all actions   :
                              :

## WANN FUNERAL HOME, INC.'S OFFER OF JUDGMENT TO: ROBERT H. SMALLEY, III, ESQUIRE, MCKAMEY, PHILLIPS, TUGGLE AND FORDHAM, LLP P.O. BOX 1105, DALTON, GEORGIA 30720

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Wann Funeral Home, Inc. hereby offers to allow judgment to be taken against it in this action collectively by all class members who are the appropriate representatives of the decedents whose bodies were sent to Tri-State Crematory by this defendant for cremation between July 14, 1988, and February 15, 2002, and any other individuals that claim a right of action in this matter, in the total amount of $402,000.00 to be distributed among the class members and the claimants as follows:

$10,000.00 per each body which has been identified at Tri-State Crematory by the Georgia State Medical Examiner's Office or the Georgia Bureau of Investigation;

$5,000.00 per each body which was sent to Tri-State Crematory after January 1, 1997, but has not been identified by the Georgia State Medical Examiner's Office or the Georgia Bureau of Investigation; and

$1,000.00 per each body which was sent to Tri-State Crematory before January 1, 1997, but has not been identified by the Georgia State Medical Examiner's Office or the Georgia Bureau of Investigation.

This total offer of $402,000.00 includes attorney's fees together with cost accrued to date and represents a global resolution of all claims which have been or may be brought against this defendant as a result of the operation of Tri-State Crematory between January 1, 1988, and February 15, 2002, and judgment shall so provide.

This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that this defendant is liable in this action nor that the plaintiffs have suffered any damages.

[signatures on next page]

2

This 9 day of February, 2004

Respectfully Submitted,

*/s/ Clifton M. Patty*
Clifton M. Patty, Jr.
Attorney for Wann Funeral Home, Inc.

*/s/ Douglas M. Campbell (by CMP w/express permission)*
Douglas M. Campbell
Attorney for Wann Funeral Home, Inc.

3

## CERTIFICATE OF FONT AND POINT SIZE

The font and point size used in this Wann Funeral Home, Inc.'s Offer of Judgment is Times New Roman 14 point.

So certified this 9 day of February, 2004

_____
Clifton M. Patty, Jr.
Attorney for Wann Funeral Home, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing W.L. Wilson & Sons Funeral Home's Motion for Summary Judgment by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

David Randolph Smith, Esquire
J. Allen Murphy, Esquire
Hillsboro Village
1910 Acklen Avenue
Nashville, Tennessee 37212
Counsel for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA  30736

Frank E. Jenkins, III, Esquire
JENKINS & OLSON
15 Public Square, South
Cartersville, GA  30120-3350

Liaison/Lead Counsel for Tri-State Crematory, Inc. and the Marsh Family

5

This 9 day of February, 2004.

                                      Clifton M. Patty, Jr.
                                      Georgia Bar No. 567350