FILED IN CLERK'S OFFICE
U.S.D.C. Rome

FEB 19 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | MDL DOCKET NO. 1467 |

## PLAINTIFFS' SECOND AMENDMENT/SUPPLEMENT TO PRETRIAL ORDER

**Come Now** Plaintiffs, by and through Class Counsel, and herewith respectfully file the within and foregoing amendments and/or supplements (shown in **bold** herein) to the Consolidated Pretrial Order filed in this Court on January 28, 2004, and to the First Amendment/Supplement thereto filed February 5, 2004, as follows, by paragraph as numbered in the Pretrial Order:

17.

The legal issues to be tried are as follows:

Plaintiff's Contend:

Plaintiffs object to the characterization of issues by Defendants and instead contend that the issues to be tried during Phase I are as follows:

1.     Was any **one or more** funeral home defendant negligent in their selection, supervision, and/or monitoring of Tri-State Crematory?

2.     Did any **one or more** funeral homes mishandle remains during the class period?

1009

3.    Did any **one or more** funeral homes breach its contracts with class members?

4.    Was the conduct of **any one or more of** the **funeral home** defendants wanton and/or reckless?

5.    Was any Marsh defendant, **either individually or formerly doing business as Tri-State Crematory**, negligent?

6.    Did any Marsh defendant, **either individually or formerly doing business as Tri-State Crematory**, mishandle remains?

7.    Was the conduct of any Marsh defendant, **either individually or formerly doing business as Tri-State Crematory**, wanton and/or reckless?

8.    Are the funeral home **defendants** liable for the acts and omissions of **any Marsh defendant, either individually or formerly doing business as Tri-State Crematory**?

18.

Attached hereto as Attachment "F-1" for the plaintiff,

Attachment "F-2" for the defendant, and Attachment "F-3", etc. for all other parties

is a list of all the witnesses and their addresses for each party.  The list must

designate the witnesses whom the party will have present at trial and those

witnesses whom the party may have present at trial.  Expert (any witness who

might express an opinion under Rule 702), impeachment and rebuttal witnesses

whose use as a witness can be reasonably anticipated must be included.  Each party

shall also attach to the list a reasonable specific summary of the expected

testimony of each expert witness.

All of the other parties may rely upon a representation by a designated party that a witness will be present unless notice to the contrary is given ten (10) days prior to trial to allow the other party(s) to subpoena the witness or to obtain the witness' testimony by other means.  Witnesses who are not included on the witness list (including expert, impeachment and rebuttal witnesses whose use should have been reasonably anticipated) will not be permitted to testify, unless expressly authorized by court order based upon a showing that the failure to comply was justified.  The parties agree that the respective witness lists may be amended up to ten days prior to the start of the trial, provided that the proposed witness has been previously disclosed in some manner.

**Plaintiffs herewith submit an amended and restated Attachment "F-1" Witness List.**

19.

Attached hereto as Attachment "G-1" for the plaintiff, "G-2" for the defendant, and "G3", etc. for all other parties are the typed lists of all documentary and physical evidence that will be tendered at trial.  Learned treatises which are expected to be used at trial shall not be admitted as exhibits.  Counsel are required, however, to identify all such treatises under a separate heading on the party's exhibit list.

Each party's exhibits shall be numbered serially, beginning with 1, and without the inclusion of any alphabetical or numerical subparts. Adequate space must be left on the left margin of each party's exhibit list for court stamping purposes. A courtesy copy of each party's list must be submitted for use by the judge.

Prior to trial, counsel shall mark the exhibits as numbered on the attached lists by affixing numbered yellow stickers to plaintiffs exhibits, numbered blue stickers to defendant's exhibits, and numbered white stickers to joint exhibits. When there are multiple plaintiffs or defendants, the surname of the particular plaintiff or defendant shall be shown above the number on the stickers for that party's exhibits.

Specific objections to another party's exhibits must be typed on a separate page and must be attached to the exhibit list of the party against whom the objections are raised. Objections as to authenticity, privilege, competency, and, to the extent possible, relevancy of the exhibits shall be included. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties and shall be admitted at trial without further proof of authenticity.

Unless otherwise noted, copies rather than originals of documentary evidence may be used at trial. Documentary or physical exhibits may not be submitted by counsel after filing of the pretrial order, except upon consent of all the parties or permission of the court. Exhibits so admitted must be numbered, inspected by counsel, and marked with stickers prior to trial.

Counsel shall familiarize themselves with all exhibits (and the numbering thereof) prior to trial. Counsel will not be afforded time during trial to examine exhibits that are or should have been listed.

**Plaintiffs herewith submit an amended and restated Attachment "F-1" Witness List.**

Respectfully Submitted, this 19 day of February, 2004.

Dated this 19 day of February, 2004.

McCAMY, PHILLIPS, TUGGLE &
FORDHAM, LLP
Robert H. Smalley, III
P.O. Box 1105
Dalton, Georgia 30722
Telephone: (706) 278-4499
Facsimile: (706) 278-5002

*Plaintiffs'/Respondents' Liaison
Counsel*

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs'/Respondents' Lead Counsel*

Kathryn E. Barnett
Elizabeth A. Alexander
3319 West End Avenue, Suite 600
Nashville, Tennessee 37203
Telephone: (615) 313-9000
Facsimile: (615) 313-9965q

BARRETT LAW OFFICE
Don Barrett
Charles Barrett
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203

DOFFERMYRE, SHIELDS,
CANFIELD, KNOWLES & DEVINE
Leslie Bryan
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309

SIMS, GRADDICK & DODSON, PC
Charles Graddick
Todd Strohmeyer
205 St. Emanuel Street
Mobile, Alabama 36602

SHUMAKER, WITT, GAITHER &
WHITAKER
William G. Colvin
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee 37402

MABRY & McCLELLAND, LLP
Robert M. Darroch
Tenth Floor, 2200
Century Parkway, N.E.

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402

Atlanta, Georgia  30345

| | |
|---|---|
| DAVID RANDOLPH SMITH & ASSOCIATES | COPPEDGE & LEMAN, PC |
| David Randolph Smith | Joe Leman |
| Hillsboro Village, 1910 Acklen Avenue | 508 South Thornton Avenue |
| Nashville, Tennessee  37212 | Dalton, Georgia  30720 |

*Plaintiffs' Steering Committee*

## PROOF OF SERVICE BY MAIL

I hereby certify that a copy of the foregoing was served by postage prepaid United States mail on the _____ of February, 2004 addressed to those listed below:

_____
Robert H. Smalley, III

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA  30162

*Funeral Home Defendants Lead/Liaison
Counsel*

Frank E. Jenkins, III
Jenkins & Olson, PC
15 South Public Square
Cartersville, GA 30120

McCracken K. Poston, Jr., Esq.
Attorney at Law
62 Nance Lane
PO Box 1130
Ringgold, GA  30736

299307.1 -

## Attachment "F-1"
# TRI-STATE CREMATORY
## PLAINTIFFS' WITNESS LIST

| NAME | ADDRESS |
|---|---|
| **WILL CALL:** | |
| Crawford, Charles | Crawford Mortuary & Crematory, 2714 Grandview Avenue, Nashville, TN 37211-2233 |
| | |
| **MAY CALL:** | |
| | |
| Adams, Catherine | 154 Raulston Ave., Monteagle, TN 37356 |
| Amidon, Yvonne | 8721 Hidden Branches Road, Harrison, TN 37341 |
| Anderson, Larry | EPA Special Agent, 61 Forsyth St., Atlanta, GA. |
| Ashburn, David | Walker County Emergency Management Agency, PO Box 445, LaFayette, GA 30728 |
| Ashworth, F.L. | 51 Fortune Street, LaFayette, GA. 30728 |
| Barkley, Mary Sue | 562 County Road 783, Ider, AL 35981 |
| Barkley, Roosevelt | 71 North Center Point Road, LaFayette, GA. 30728 |
| Bass, William (Expert) | The Department of Pathology, UT Graduate School of Medicine, 1924 Alcoa Highway, Knoxville, TN 37921 |
| Bauman, Douglas (Expert) | 5305 Pineview Way, Apopka, FL 32703 |
| Bechtel, Carol | 4153 Sky Harbor Drive, Coeur d'Alene, ID 83816 |
| Blackburn, Mary | 2731 Haywood Avenue, Chattanooga, TN 37415 |
| Blackburn, Robert | 2731 Haywood Avenue, Chattanooga, TN 37415 |
| Blevins, Mary | 1124 Fernway Road, Chattanooga, Tn 37405 |
| Blevins, Woodrow | 313 Drake Avenue, Huntsville, AL 35801 |
| Bodkin, Tom | |
| Brewer, Charles P. | 631 Erin Way, Brooksville, FL 34601 |
| Brown, Bob | Manager, Blossman Gas, PO Box 216, LaFayette, GA 30728 |
| Bryant, Marsha | P.O. Box 8576, Chattanooga, TN. |
| Cagle, Robert | Cagle Funeral Home, 665 Church Street, Jasper, GA 30143 |
| Cochran, Max | Henry-Cochran Funeral Home, East Main Street, Blue Ridge, GA 30513 |
| Cochran, Stephen | Cochran Funeral Home, PO Box 338, Blairsville, GA 30512 |
| Conner, Ken | GFB Claims investigator, 602-1619 |
| Conyers, Thomas | 1552 Tremont Street, Cincinnati, OH 45214 |
| Cook, Gerald | Employee, Blossman Gas, PO Box 216, LaFayette, GA. 30728 |
| Cordell, Kathryn | 3610 5th Avenue, Chattanooga, TN 37407 |
| Cornwell, Charles | 118 Center Point Road, LaFayette, GA. 30728 |
| Corriher, Syble | 205 Road Runner Boulevard, LaFayette, GA 30728 |
| Crisp, Linda | Rising Fawn, GA |
| Crox, Walter | Covenant Funeral Services, 2114 Chapman Road, Chattanooga, TN 37421 |
| Custodian of records for GA State Funeral Board | Joanne Lyde, Georgia State Board of Funeral Service, 237 Coliseum Drive, Macon, GA 31217 |
| Custodian of records | Robert Gribble, Davy Crockett Tower, 2nd floor, 500 James Robertson Parkway, |

### Attachment "F-1"
## TRI-STATE CREMATORY
## PLAINTIFFS' WITNESS LIST

| | |
|---|---|
| for TN State Funeral Board | Nashville, TN 37243 |
| Custodian of records for Walker County Messenger | Angie Deering, Walker County Messenger, 120 East Patton Street, LaFayette, GA 30728 |
| Douthit, Donald (Expert) | Standard of care expert |
| Draper, Carol | 7624 Hawthorne Drive, Knoxville, TN 37919 |
| Edkins, Thomas | 518 West Beech Tree Lane, Wayne, PA  19087 |
| Edmisten, Gretchen | Walker County, GA. |
| Edwards, Bobby | PO Box 72, Rock Springs, GA  30739 |
| Eggert, James | Sequatchie Valley Funeral Home, PO Box 488, Jasper, TN  37347 |
| Elder, Brent | 66 South Georgianna Street, Jasper, GA  30143 |
| Ferraro, Bruno (Expert) | Grove Scientific & Engineering, 6140 Edgewaer Drive, Suite F, Orlando, FL 32810 |
| Fleeman, Mollie | Professional Licensing Board Division, 237 Coliseum Drive, Macon, GA  31217-3858 |
| Foster, Robert | Foster & Son Funeral Home, 116 St. Clair Street, Tracy City, TN 37387 |
| Friberg, Russell | Heritage Funeral Home, 7454 E. Brainerd Rd., Chattanooga, TN 37421 |
| Fulginetti, Laura | 15015 South 14th Place, Phoeniz, AZ  95048 |
| Goldizen, Robert | 1507 Hickory Valley Rd. Apt. H53, Chattanooga, TN  37421 |
| Goodman, Joan | 307 Cavender Street, LaFayette, GA  30739 |
| Green, Daniel | 12226 S. Roy Rd., Beloit, WI  53511 |
| Hargis, John | Wann Funeral Home, 4000 Tennessee Avenue, Chattanooga, TN  37409-1321 |
| Harmon, Judy Kay | |
| Harris, Vallee | 1313 Radmoor Circle, Chattanooga, TN 37421 |
| Haynes, Paula | 6021 Old Dayton Pike, Chattanooga, TN  37415 |
| Hedden, Larry | EPA Special Agent, 61 Forsyth St., Atlanta, GA |
| Heiskell, Bebe | Walker County Commissioner, PO Box 445, LaFayette, GA  30728 |
| Hensley, Jerry | Logan Funeral Home, PO Box 485, Ellijay, GA  30540 |
| Higdon, Charles | 311 Center Street, Stone Mountain, GA  37377 |
| Higdon, James | 2626 Berkley Drive, Chattanooga, TN  37415 |
| Higdon, Michael | 2511 Crescent Club Drive, Hixson, TN  37343 |
| Highfield, Ronnie | J.D. Hill Funeral Home, 833 Chickamauga Avenue, Rossville, GA  30741 |
| Hunziker, Bessie | Route 1 Box 644 3rd St., Tracy City, TN  37387 |
| Irvin, Robert | 1212 W. North Main Street, LaFayette, GA  30728 |
| Jaconetti, James | 2734 Bradberry Hill Road, Rocky Face, GA  30740 |
| Jeffries, Gloria | 207 Holly Avenue, S. Pittsburgh, TN 37380 |
| Jones, Trudy | Post Office Box 355, Sugar Valley, GA  30746 |
| Kelly, Kathi | 101 Pleasant St., New London, NH 03257 |
| Kidd, Charles | |
| Kile, Lee | 8288 Chula Creek Road, Chattanooga, TN. 37421 |
| Kirkland, David (epxert) | 2201 South Cobb Drive SE, Smyrna, GA  30080 |

### Attachment "F-1"
## TRI-STATE CREMATORY
## PLAINTIFFS' WITNESS LIST

| | |
|---|---|
| Kitchens, Alex | PO Box 368, Monteagle, TN  37365 |
| Knoedler, Rick | 2970 Skyland Drive;  Atlanta, GA. 30341 |
| Laderman, Gary (Expert) | Emory University, Department of Religion, American Studies, Atlanta, GA  30322 |
| Lasater, Herman | 834 Chatfield Street, Lakeland, FL  33803 |
| Lay, Dean | Cumberland Funeral Home, PO Box 247, Monteagle, TN  37356 |
| Lazarus, Richard | 201 Baltusrol Road; Franklin, TN.  37069 |
| Lehman, Joe | J. Avery Bryan, 747 McCallie Avenue, Chattanooga, TN  37403 |
| Lindley, Chris | 112 Live Oak Drive, Wrightsville Beach, NC 28480 |
| Llorens, Luis (Expert) | AI Environmental Consulting Services, 1401 Devon Road, Winter Park, FL 32789-5418 |
| Lowrance, Kristine | 314 Wiseman Road, Tullahoma, TN  37388 |
| Mandell, Robbie | PO Box 1402, Ringgold, GA  30736 |
| Marsh, Clara | 375 Center Point Road, LaFayette, GA  30728-6609 |
| Marsh, James | |
| Marsh, LeShea | 19 Marsh Lane, LaFayette, GA  30728 |
| Marsh, Ray Brent | |
| Mason, Tim | |
| Massey, John | Georgia State Funeral Board, 237 Coliseum Drive, Macon, GA  31217-3858 |
| McConnell, Gary | Former GEMA Director |
| McGill, William | 3807 Airport Road, GA  30728 |
| Minger, Marguerite | Post Office Box 632, Manchester, TN  37349 |
| Mitchell, Adolphus | 1401 Market Street, Apt. 307, Chattanooga, TN 37402 |
| Mitchell, Doris | |
| Moore, Larry | R.D. Moore Funeral Home, 11910 South Main Street, Trenton, GA  30752-0816 |
| Neri, Joe | 107-56 122 Street, Richmond Hill, NY  11419 |
| O'Toole, Mary | 10220 Big Canoe, Big Canoe, GA  30143 |
| Oden, Joe | 4433 Live Oak Lane, Chattanooga, TN  37411 |
| Overstreet, Eugene | House of Overstreet Mortuary, 501 North Hamilton Street, Dalton, GA  30720 |
| Parker, Jonathan | Georgia State Patrol, 1166 Lovers Lane Road, Calhoun, GA  30701 |
| Patterson, Deloris | PO Box 218, Winston, GA  30187 |
| Pettit, Durward | Erwin-Petitt Funeral Home, 12855 US 27 North, Summerville, GA  30747 |
| Phillips, Eloise | 21 Lost Tree Lane, Columbia, SC  29223 |
| Ponders, Stoney | Ponders Funeral Home, 5012 North Hamilton Street, Dalton, GA  30720 |
| Price, Peggy | Route 1 Box 644 3rd St., Tracy City, TN  37387 |
| Rahill, Paul | IEE, 2501 John Young Pkwy., Orlando, FL. |
| Rainwater, William | J.D. Hill Funeral Home, 833 Chickamauga Avenue, Rossville, GA  30741 |
| Ramey, Greg | Georgia Bureau of Investigation, PO Box 279, Buchanan, GA  30113 |
| Rankin, Preston | 5339 Marion Avenue, East Ridge, TN  37412 |
| Reynolds, William | 3529 Dell Trail;  Chattanooga, TN. 37411 |
| Risley, Janice | PO Box 43, Fairmount, GA  30139 |
| Rollins, Paul | 131 Raulston Avenue, Monteagle, TN  37356-9573 |
| Ross, Heather | 707 Ohio Avenue, Belpre, OH  45714 |
| Ryan, Robert | Ryan Funeral Home, PO Box 506, Trenton, GA  30752 |

## Attachment "F-1"
## TRI-STATE CREMATORY
## PLAINTIFFS' WITNESS LIST

| | |
|---|---|
| Sanchez, Renee | 195 Valley View Dr., Tyrone, GA   30290 |
| Schrader, Robert | Turner Funeral Home, 1101 Dodds Avenue, Chattanooga, TN  37416 |
| Shenk, Mary Ann | 936 Mountain Creek Road, Apt. L-95, Chattanooga, Tennessee 37421 |
| Sicignano, Ann | 42 Chateau Drive SE, Apt. 112, Rome, GA  30161 |
| Smartt, Maggie | 102 Talley Road, Chattanooga, TN. 37411 |
| Smith, Gearldean | 429 Center Point Road, LaFayette, GA. 30728 |
| Snow, Bobbie | 128 Sparrow Drive, Trenton, GA |
| Spearman, Walter | 262 Joyland Place SW, Building 2 – Apt. 2, Atlanta, GA  30315 |
| Sperry, Kris | GBI, Medical Examiner's Office, PO Box 370808, Decatur, GA  30037-0808 |
| Tamburello, Tom | 728 Stallings Road, Trenton, GA  30752 |
| Taylor, Crystal | 1904 Tibbs Terrace, Dalton, GA 30720 |
| Taylor, John | Taylor Funeral Home, 3417 Wilcox Boulevard, Chattanooga, TN  37411 |
| Thomas, Bruce | 535 Red Bud Road NE, Calhoun, GA  30752 |
| Trammell, Gertrude | Hardwick & Sons Funeral Home, Inc., 736 MLK Blvd., Chattanooga, TN  37403 |
| Tucker, Randy | Rucker Investigations, PO Box 299, Varnell, GA  30756 |
| Turner, Mike | Turner Funeral Home, 1101 Dodds Avenue, Chattanooga, TN  37416 |
| Waller, Romona | 1048 Hurricane Creek Road, Chattanooga, TN  37421 |
| Wessells, Joy | 711 Key Hulse Road, Signal Mtn., TN 37377 |
| Wilbanks, Richard | Wallis-Wilbanks Funeral Home, 121 West Villanow Street, LaFayette, GA  30728 |
| Williams, John (Expert) | Department of Anthropology, Western Carolina University, Cullowhee, NC 28723 |
| Wilson, Dewayne | Walker County Coroner, PO Box 1063, LaFayette, GA  30728 |
| Wilson, Leroy | W.L. Wilson & Sons Funeral Home, PO Box 2093, Ft. Oglethorpe, GA  37402-0093 |
| Wilson, Steve | Walker County Sheriff's Department, PO Box 767, LaFayette, GA  30728 |
| Wolff, Kevin R. | Atlanta Gas & Light and GA Natural Gas, 10 Peachtree Street, Suite 100, Atlanta, GA  30309 |
| Wood, Jr., Llewellyn | PO Box 1857, LaFayette, GA  30728 |
| Woodall, Charlotte | 2608 East 39th Street, Chttanooga, TN  37407 |
| Yockel, Paula | 72 Transvaal Ave., Pittsburgh, PA  15212 |
| **All witnesses listed by any other Party** | |

**Attachment "G-1"**
# TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 1) | Collective exhibit of all client files produced by all defendants.<br><br>    a) death certificates<br>    b) transit permits<br>    c) cremation authorizations<br>    d) contracts | | |
| 2) | Summary of chart of decedents sent to Tri-State Crematory (sorted first by funeral home and then by year of death) | | |
| 3) | Collective exhibit of photographs of Tri-State grounds taken by Georgia Bureau of Investigation (GBI;) | | |
| 4) | Collective exhibit of photographs of remains discovered on Tri-State grounds taken by GBI; | | |
| 5) | GBI aerial diagram of site; | | |
| 6) | Collective exhibit of photographs of Tri-State grounds taken on June 20, 2002; | | |
| 7) | Collective exhibit of photographs of the wood chipper taken on June 20, 2002; | | |
| 8) | Collective exhibit of photographs of remains discovered on Tri-State grounds taken on June 20, 2002; | | |
| 9) | Box containing purported remains of Thomas J. Conyers | | |
| 10) | Exhibits 4-7 to the deposition of Eugene Williams, indicating the view from the Marsh home to the place where the bodies were recovered. | | |
| 11) | Collective exhibit of photographs of Charles Crawford's facility; | | |
| 12) | Metal identification disk (exemplar); | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 13) | Collective exhibit of photographs David Kirkland's facility; | | |
| 14) | 1995 article from the Funeral Service Business & Legal Guide, stating that one of the "Ten Commandments of Cremation Practice" is "THOU SHALL NOT CREMATE THE WRONG BODY AND, TO AVOID THAT OCCURRENCE, THOU SHALL ESTABLISH AN IDENTIFICATION PROCEDURE." | | |
| 15) | "Avoiding Cremation Liability" from the Funeral Service Business and Legal Guide, 1996, issue 7-8 | | |
| 16) | "An Identification of Human Remains Procedure to Avoid Litigation" from Funeral Service Business and Legal Guide 1995, issue 4 | | |
| 17) | Mortuary Management publication dated October 1984 titled "Cremation Ethics" | | |
| 18) | The International Order of the Golden Rule: Standards of Ethical Conduct; | | |
| 19) | Code of Cremation Practice published by CANA (Exhibit 90 from Plaintiffs' Bench Book for the Class Certification Hearing) | | |
| 20) | The Cremationist of North America, Vol. 38, No. 1, 2002, February/March/April issue | | |
| 21) | CANA website page titles, "CANA and Its Funeral Director Member" | | |
| 22) | CANA Recommended Procedures for Handling Dead Human Bodies by an Authorized Crematory Authority | | |
| 23) | CANA Crematory Operations Seminar for Owners and Managers dated 11/06-07/02 | | |
| 24) | CANA Guidelines for Funeral Directors Who Do Not | | |

**Attachment "G-1"**
# TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Have A Crematory – What To Inspect | | |
| 25) | CANA Tri-State press release | | |
| 26) | 1990 U.S. Income Tax Return, Tri-State Crematory (TSC-0072, TSC-0073, TSC-0074, TSC-0075, TSC-0076, TSC-0077, TSC-0078, TSC-0079, TSC-0080) | | |
| 27) | 1991 U.S. Income Tax Return, Tri-State Crematory (TSC-0307, TSC-0308, TSC-0309, TSC-0310, TSC-0311, TSC-0312, TSC-0313, TSC-0314, TSC-0315, TSC-0316, TSC-0326) | | |
| 28) | Blossman Gas Service Work Order – 10/28/92 | | |
| 29) | Blossman Gas Service Work Order – 11/7/98 | | |
| 30) | Blossman Gas 200 gallon tank Renewal Agreement – 11/27/87 | | |
| 31) | Blossman Gas 500 gallon tank Renewal Agreement – 6/1/82 | | |
| 32) | Blossman Gas 120 gallon tank Renewal Agreement – 6/1/83 | | |
| 33) | Northwest Georgia Service Agreement (2) 500 gallon tanks dated 6/1/82 | | |
| 34) | Engineering drawing of Power-Pak II Model IE43-PPII | | |
| 35) | Updated Blossman Gas purchases and consumption records | | |
| 36) | Operation and Maintenance Manual, Power-Pak II, Model IE43-OOII, Industrial Equipment Engineering Company, © 1992 | | |
| 37) | Emissions Testing, Power-Pak II IE43-PPII, Report from Florida EPD dated 07/15/91 | | |
| 38) | Emissions Testing Report – Aycock Funeral Home – similar unit | | |

301335.1

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 39) | Emissions Testing Report – Scobee Ireland Potter Funeral Home – similar unit | | |
| 40) | Emissions Testing Report – Curlew Hill Memory Gardens | | |
| 41) | EPA pamphlet regarding BTU per gallon propane | | |
| 42) | National Propane Gas pamphlet regarding BTU per gallon propane | | |
| 43) | Production data documents, A-1 Environmental Consulting Services | | |
| 44) | Particulate Emissions Data, A-1 Environmental Consulting Services | | |
| 45) | AP-42 Table 1.5-1, A-1 Environmental Consulting Services | | |
| 46) | Affidavit of Charles Cornwell (for impeachment purposes only) | | |
| 47) | Affidavit of Gearldean Smith (for impeachment purposes only) | | |
| 48) | Affidavit of Roosevelt Barkley (for impeachment purposes only) | | |
| 49) | Summary Exhibit – Gas Purchase and Consumption Chart | | |
| 50) | Telephone Directory advertisements of Tri-State Crematory (a portion of Exhibit 84 from Plaintiffs' Bench Book for the Class Certification Hearing) | | |
| 51) | Certified copy of Articles of Incorporation of Tri-State Crematory, Inc. | | |
| 52) | Certified copy of corporate dissolution of Tri-State Crematory, Inc. | | |
| 53) | Application for Judicial Declaration of Indigency and Certificate of Financial Resources of Ray Brent | | |

- 4 -

**Attachment "G-1"**
## TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Marsh, Walker County Superior Court | | |
| 54) | Brent Marsh Indigency Questionnaire | | |
| 55) | Brent Marsh's apprentice application | | |
| 56) | Checks signed by Ray Marsh as late as 1999 | | |
| 57) | "Agreement Pertaining to Identification Procedures" between J.D.Hill Funeral Home and Tri-State Crematory, dated August 10, 2001, signed by Ray Marsh | | |
| 58) | Ray Marsh work orders for Blossman Gas, Inc. in 2001 | | |
| 59) | Invoices from Industrial Equipment & Engineering, Co., to the attention of Clara Marsh | | |
| 60) | Documents regarding Clara Marsh's procurement of the liability and property coverage insurance for the period of February 19, 1998 through February 19, 1999 for the property | | |
| 61) | Photographs of Alan Kroboth's facility (a portion of Exhibit 90 to Plaintiffs' Bench Book for the Class Certification Hearing) | | |
| 62) | Attorney General Opinion Letter dated 06/08/1981 | | |
| 63) | Georgia Bureau of Investigation photographs: 49(a) Disk #1 GBI 005-P22 GBI 008-P06 GBI 009-P04 GBI 009-P10 GBI 1010-P01 GBI 1012-P02 | | |
| 64) | 49(b) Disc #2 GBI 1015-P02 GBI 1014-P03 GBI 1014-P01 | | |

301335.1

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | 49(c) Disc #2A<br>    GBI 1019-P01 | | |
| | 49(d) Disc #4<br>    GBI 1020-P10<br>    GBI 1021-P03<br>    GBI 1031-P01 | | |
| | 49(e) Disc #5<br>    GBI 1038-P15<br>    GBI 046-P15 | | |
| | 49(f) Disc #6<br>    GBI 053-P17<br>    GBI 049-P30<br>    GBI 049-P28 | | |
| | 49(g) Disc #7<br>    GBI 060-P01<br>    GBI 060-P05<br>    GBI 061-P05<br>    GBI 061-P07<br>    GBI 062-P19<br>    GBI 068-P08<br>    GBI 069-P08<br>    GBI 069-P13<br>    GBI 070-P09 | | |
| | 49(h) Disc #8<br>    GBI 090-P03<br>    GBI 095-P23<br>    GBI 095-P24 | | |
| | 49(i) Disc #9<br>    GBI 096-P05 | | |

- 6 -

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | GBI 096-P06 | | |
| | GBI 101-P07 | | |
| | GBI 105-P06 | | |
| | GBI 107-P01 | | |
| | GBI 108-P04 | | |
| | GBI 109-P04 | | |
| | GBI 109-P18 | | |
| | GBI 109-P26 | | |
| | 49(j) Disc #10 | | |
| | GBI 110-P29 | | |
| | GBI 110-P34 | | |
| | GBI 110-P37 | | |
| | GBI 111-P15 | | |
| | GBI 113-P05 | | |
| | GBI 118-P13 | | |
| | GBI 118-P17 | | |
| | GBI 119-P08 | | |
| | GBI 119-P21 | | |
| | GBI 120-P19 | | |
| | 49(k) Disc #11 | | |
| | GBI 121-P05 | | |
| | GBI 127-P31 | | |
| | GBI 127-P47 | | |
| | GBI 129-P08 | | |
| | 49(l)Disc #12 | | |
| | GBI 136-P43 | | |
| | GBI 136-P51 | | |
| | 49(m)Disc #13 | | |
| | GBI 146-P01-P07 | | |
| | GBI 147-P17 | | |
| | GBI 149-P01 | | |

- 7 -

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | 49(n) Disc #14<br>GBI 156-P01<br>GBI 158-P15-P23<br>GBI 158-P24 | | |
| | 49(o) Disc #17<br>GBI 188-P008<br>GBI 189-P002<br>GBI 192-P013<br>GBI 193-P003<br>GBI 193-P007<br>GBI 194-P015<br>GBI 194-P022 | | |
| 65) | W.L. Wilson & Sons Funeral Home price list | | |
| 66)<br>67) | Moore Funeral Home General Price List effective 01/01/02 | | |
| 68) | Jennings Funeral Home General Price List effective 01/13/97 | | |
| 69)<br>70) | Parnick Jennings Funeral Home General Price List effective 01/06/97 | | |
| | Parnick Jennings Funeral Home General Price List effective 01/13/97 | | |
| 71) | Fike Funeral Home General Prices List effective 10/26/01 | | |
| 72) | Fike Funeral Home General Prices List effective 01/01/02 | | |
| 73) | Chattanooga Funeral Home-West Chapel General | | |

- 8 -

**Attachment "G-1"**
# TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Price list effective 10/24/01 | | |
| 74) | Chattanooga Funeral Home-West Chapel General Price list effective 01/01/02 | | |
| 75) | Chattanooga Funeral Home-Valley View Chapel General Price list effective 10/24/01 | | |
| 76) | Chattanooga Funeral Home-Valley View Chapel General Price list effective 01/01/02 | | |
| 77) | 11/03/92 correspondence from Gloria Bates of the East Tennessee State Funeral Directors and Morticians Association, Inc. to Bill Teague with attached newspaper article | | |
| 78) | Written complaint regarding Tri-State Crematory submitted to Walker County Coroner's Office from W.E. McGill to the Georgia Secretary of State Examining Boards | | |
| 79) | 08/11/1995 correspondence from County Coroner's Office to the Georgia Examining Board | | |
| 80) | Pronouncement of Death for James B. Westmoreland dated 09/16/1993 (TSC 1922) | | |
| 81) | W.L. Wilson & Sons Funeral Home Disposition of Cremation Authorization dated 07/22/1993 (TSC 1911) | | |
| 82) | Cremation Authorization for James Edward Bowmgartner dated 10/14/1993 (TSC 1902) | | |
| 83) | Cremation Authorization for John P. Brannon dated 02/12/1995 (TSC 1868) | | |
| 84) | Cremation Authorization dated 11/23/1993 (TSC 2027) | | |
| 85) | Remains receipt (TSC 1929) | | |
| 86) | Footnotes to CANA Sample Cremations | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Authorization and Disposition Form | | |
| 87) | Memo to Jack Springer from Alan Kroboth dated 03/25/2002 | | |
| 88) | Correspondence dated 06/14/02 to Robert Brinson regarding "SCI Litigation: from Alan Kroboth | | |
| 89) | Correspondence dated 11/16/2002 to Robert Brinson from Alan Kroboth with invoice | | |
| 90) | Memo to Bob Brinson from Alan Kroboth dated 05/30/2002 | | |
| 91) | Mobile Home Application for Placement in Walker County, Georgia (TSC 3058-3060) | | |
| 92) | State of Georgia Motor Vehicle Registration for a 1988 Dodge Dakota (TSC 4096) | | |
| 93) | Insurance Identification Card for a 1974 Oldsmobile Hearse effective 08/18/1988 (TSC 3048) | | |
| 94) | Contract for Directory Advertising Service dated 06/10/1998 (TSC 3521) | | |
| 95) | L.M. Berry & Company regarding advertising in the yellow pages (TSC 3587) | | |
| 96) | Blossman Gas Bill to Ray Marsh dated 05/31/1994 (TSC 1700-1701) | | |
| 97) | 1981-1982 CANA Certificate of Membership issued to Tommy Ray Marsh (TSC 2402) | | |
| 98) | Industrial Equipment schematics (TSC 1682-1687, 1689, 1690, 1690, 1691-1694) | | |
| 99) | Note "need a pet cremated" (TSC 1090) | | |
| 100) | Note to "Ray" "LaShae and Clara have gone to Manchester … to Gilmore . . . I have gone to Buckner" signed "Ray" (TSC 1111) | | |
| 101) | Correspondence dated 01/17/1994 from Henry- | | |

- 10 -

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Cochran Funeral Home to "Funeral Director" announcing the opening of its licensed crematory (TSC 1460) | | |
| 102) | Receipt for cremation of Phyllis Cunningham to Ms. Constance Smith signed by Rhames L. Marsh dated 03/23/1995 (TSC 1871) | | |
| 103) | Receipt for cremation of Carl Diehn to Mr. Barney Westner signed by Rhames L. Marsh dated 10/09/1993 (TSC 1928) | | |
| 104) | Invoice for legal services provided by Boyce, Ekonomou & Atkinson to Ray Marsh (TSC 1945-1947) | | |
| 105) | Correspondence from the Betsy Cohen, Assistant Attorney General for the State of Georgia to Ray Marsh dated 06/06/1995 regarding operation of Tri-State without a license and Voluntary Cease and Desist Order (TSC 1958-1963) | | |
| 106) | Industrial Equipment & Engineering Co. invoice dated 05/28/1982 for Econ-O-Pak cremator (TSC 4027) | | |
| 107) | Business cards for Marsh businesses (TSC 4023) | | |
| 108) | Funeral Service Institute "Unit One Introduction & History" (TSC 4705, 4710-4712, 4714-4716, 4750-4784) | | |
| 109) | Funeral Service Institute "Unit Two Funeral Home Basics" (TSC 4986-5013) | | |
| 110) | City of Chickamauga v. Sam & Tommy Marsh, Tax Execution dated 10/25/1999 | | |
| 111) | Income Tax documents for 1995 (TSC 1078, 1083, 1084, 1087) | | |
| 112) | Disclosure Statement from Bankers First dated 8/2/1994 for Tommy Ray Marsh and Clara Chestnut | | |

301335.1

**Attachment "G-1"**
# TRI-STATE CREMATORY
# PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Marsh for "remodel house" (TSC 2986) | | |
| 113) | Kerby Defendants' Responses to Plaintiffs' First Master Interrogatories | | |
| 114) | Kerby Defendants' Response to Plaintiffs' First Master Set of Document Requests | | |
| 115) | Defendant J. Avery Bryan Responses to Plaintiffs' First Master Interrogatories | | |
| 116) | Defendant J. Avery Bryan Funeral Home's Responses to Plaintiffs' First Master set of Requests for Production of Documents | | |
| 117) | Defendant J. Avery Bryan Funeral Home's Amended Response to Plaintiffs' First Master Set of Interrogatories | | |
| 118) | Franklin Strickland Funeral Home's Supplemental Responses to Plaintiffs' First Master Interrogatories | | |
| 119) | Defendant Willis Funeral Home's Responses to Plaintiffs' First Master Interrogatories | | |
| 120) | Defendant Willis Funeral Home's Responses to Plaintiffs' First Master set of Document Requests | | |
| 121) | Defendant Willis Funeral Home's Amended Responses to Plaintiffs' First Master Interrogatories | | |
| 122) | Defendant Turner Funeral Home's Responses to Plaintiffs' First Master Interrogatories | | |
| 123) | Defendant Gilmore Funeral Home, LLC's Responses to Plaintiffs' First Master Interrogatories | | |
| 124) | Defendant Gilmore Funeral Home, LLC's Responses to Plaintiffs' First Master set of Document Requests | | |
| 125) | Defendant R. D. Moore Funeral Home, Inc.'s Responses to Plaintiffs' First Master Interrogatories | | |
| 126) | Defendant R. D. Moore Funeral Home, Inc.'s | | |

### Attachment "G-1"
### TRI-STATE CREMATORY
### PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
|  | Responses to Plaintiffs' First Master set of Document Requests |  |  |
| 127) | Defendant Taylor Funeral Home of Chattanooga, Incorporated's Second Supplemental Responses to Plaintiffs' First Master Interrogatories |  |  |
| 128) | Defendant Taylor Funeral Home of Chattanooga, Incorporated's Responses to Plaintiffs' First Master set of Document Requests |  |  |
| 129) | Defendant Sequatchie Valley Memorial Funeral Home and Gardens Inc.'s Responses to Plaintiffs' First Master Interrogatories |  |  |
| 130) | Defendant Sequatchie Valley Memorial Funeral Home and Gardens Inc.'s Second Supplemental Responses to Plaintiffs' First Master Document Requests |  |  |
| 131) | Defendant Erwin Pettit Funeral Home, Inc.'s Responses to Plaintiffs' First Master Set of Interrogatories |  |  |
| 132) | Defendant Erwin Pettit Funeral Home, Inc.'s Responses to Plaintiffs' First Master set of Document Requests |  |  |
| 133) | Defendant Ewton Funeral Home Inc.'s Responses to Plaintiffs' First Master Set of Interrogatories |  |  |
| 134) | Defendant Ewton Funeral Home Inc.'s Responses to First Master set of Document Requests |  |  |
| 135) | Defendant W.L. Wilson and Sons, Inc.'s Responses to Plaintiffs' First Master Set of Interrogatories |  |  |
| 136) | Defendant W.L. Wilson and Sons, Inc.'s Responses to First Master set of Document Requests |  |  |
| 137) | Defendant Layne Funeral Home, Inc.'s Confidential Response to Plaintiffs' First Master Set of |  |  |

- 13 -

## Attachment "G-1"
## TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Interrogatories | | |
| 138) | Defendant Layne Funeral Home, Inc.'s Confidential Response to Plaintiffs' First Master Set Document Requests | | |
| 139) | Defendant Wann Funeral Home's Answers to Plaintiffs' First Master Set of Interrogatories | | |
| 140) | Defendant Wann Funeral Home's Responses to Plaintiffs' First Master Set of Document Requests | | |
| 141) | Defendants Buckner Rush Enterprises, Inc., Prime Succession Holdings, Inc., Prime Succession, Inc. and Prime Succession of Tennessee, Inc.'s Responses and Objections to Plaintiffs' First Master Set of Interrogatories | | |
| 142) | Defendant Love Funeral Home, Inc.'s Second Supplemental Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 143) | Defendant Jesse Jones Funeral Home, Inc.'s Objections and Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 144) | Defendant Burt Funeral Home, Inc.'s Objections and Response to Plaintiffs' First Master Set of Interrogatories | | |
| 145) | Responses of Foster & Sons Funeral Home and Foster & Lay Funeral Home, Inc. to Plaintiffs' First Interrogatories | | |
| 146) | Answers to Plaintiffs' First Set of Master Interrogatories to Defendants By Defendant House of Overstreet Mortuary, Inc. and Family Mortuary, Inc. | | |
| 147) | Response to Plaintiffs' First Master Set of Document Requests to Funeral Home Defendants by Defendant House of Overstreet Mortuary, Inc. and Family Mortuary, Inc. | | |

- 14 -

301335.1

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 148) | Defendant Wallis-Wilbanks Funeral Home, LLC Responses to Plaintiffs' First Master Set of Interrogatories (dated 11/11/02) | | |
| 149) | Defendant Wallis-Wilbanks Funeral Home, LLC Responses to Plaintiffs' First Master Set of Interrogatories (dated 7/23/03) | | |
| 150) | Defendant R. Dudley Barton & Son Funeral Home, Inc.'s Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 151) | SCI Funeral Home Defendants' Responses and Objections to Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 152) | SCI Funeral Home Defendants' Responses and Objections to Responses to Plaintiffs' First Master Set of Document Requests | | |
| 153) | Defendant Ryan Funeral Home, Inc.'s Supplemental Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 154) | Defendant Ryan Funeral Home, Inc.'s Supplemental Responses to Plaintiffs' First Master Set of Document Requests | | |
| 155) | Defendant Julian Peeples Memorial Chapel, Inc. d/b/a Julian Peeples Funeral home's Objections and Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 156) | Defendant Peeples Funeral Home, Inc. d/b/a Peeples Funeral Home's Objections and Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 157) | Defendant Peeples Funeral Home, Inc. d/b/a Peeples Funeral Home's Responses and Objections to Plaintiffs' First Master Set of Document Requests | | |
| 158) | Defendant Thomas & Son Funeral Home, Inc.'s | | |

- 15 -

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | Responses to First Master Set of Interrogatories | | |
| 159) | Defendant Thomas & Son Funeral Home, Inc.'s Responses to First Master Set of Document Requests | | |
| 160) | Response of Dean Lay d/b/a Cumberland Funeral Home – Tracy City Responses to Plaintiffs' First Interrogatories and Request for Production of Documents | | |
| 161) | Defendant Cagle Funeral Home's Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 162) | Defendant Hardwick Funeral Home's Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 163) | Defendant Hardwick Funeral Home's Responses to Plaintiffs' First Master Set of Document Requests | | |
| 164) | Handwritten map of facility dated 06/02/2002 | | |
| 165) | Business card of Bruce Goddard of SCI Georgia Funeral Services, Inc. | | |
| 166) | Complaint filed with Georgia State Board of Funeral Services, 1996 | | |
| 167) | Correspondence to Assistant Attorney General Ellen Thompson from Lori Gold of the Georgia State Board of Funeral Services dated 10/24/1986 | | |
| 168) | Industrial Equipment & Engineering Letter from Paul F. Rahill to Marsh Vault & Grave, dated January 9, 1980 (TSC 6990) | | |
| 169) | "You Are Not Alone" information sheet provided by Taylor Funeral Home to family members. | | |
| 170) | Photographs taken by Dr. John Williams, January 29, 2004, of wood chippers; | | |
| 171) | Photographs taken by Dr. John Williams, January 29, 2004, of remains found on Tri State Crematory grounds; | | |
| 172) | Data regarding cremated remains examined by Dr. | | |

- 16 -

**Attachment "G-1"**
# TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | John Williams; | | |
| 173) | Data regarding cremated remains examined by Dr. William Bass; | | |
| 174) | Empty plastic box in which remains were returned from Tri-State Crematory | | |
| 175) | No. 5 Standard Test Sieve (4 mm) (for demonstrative purposes only) | | |
| 176) | No. 10 Standard Test Sieve (2 mm) (for demonstrative purposes only) | | |
| 177) | samples of burned bones (for demonstrative purposes only) | | |
| 178) | cremated remains from Tri-State Crematory sorted by particle size | | |
| 179) | Photographs of and materials removed from remains returned to Gretchen Edmiston | | |
| 180) | Cremated remains from facility other than Tri-State (for demonstrative purposes only) | | |
| 181) | G.B.I. evidence receipt regarding adulterated remains of loved one of class member Bryant, date of death 1996 | | |
| 182) | Exhibits from the deposition of Kris Sperry taken 5/20/03 | | |
| 183) | Summary Chart of adulterated remains based upon G.B.I. documents (Exhibits to Sperry's deposition) | | |
| 184) | Documents listed by other parties | | |
| 185) | Documents from GBI discs from Walker County | | |
| 186) | | | |
| 187) | | | |
| 188) | | | |
| 189) | | | |

301335.1