IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: Tri-State Crematory Litigation | MDL Docket No. 1467 |
| Carol A. Bechtel, et. al., | |
| Plaintiffs, | |
| | CIVIL ACTION |
| v. | |
| | FILE NO. 4:02-CV-041-HLM |
| Tri-State Crematory, Inc., et. al., | |
| Defendants. | |

## MARSH DEFENDANTS' THIRD AMENDMENT TO THE PRETRIAL ORDER

COME NOW, the Marsh Defendants and file this third amendment to their portion of the pretrial order:

1.

Under Paragraph 17 of the pretrial order, the Marsh Defendants contend that the issues to be tried are as follows:

As to Clara Marsh, individually:

1. Whether Clara Marsh participated in any of Tri-State Crematory's alleged improper activities before 1997;

2. Whether Clara Marsh participated in any of Tri-State Crematory's alleged improper activities after 1996;

3. Whether Clara Marsh had any knowledge of any alleged improper activities of Tri-State Crematory before 1997;

4. Whether Clara Marsh had any knowledge of any alleged improper activities of Tri-State Crematory after 1996;

5. Whether Clara Marsh had or exercised control over the operation of the crematory at Tri-State before 1997;

6. Whether Clara Marsh had or exercised control over the operation of the crematory at Tri-State after 1996;

7. Whether it was if foreseeable by Clara Marsh that the alleged improper or criminal acts would occur in the operation of the crematory.

<u>As to Clara Marsh, as the Administratrix of the Estate of Ray Marsh:</u>

1. Whether Ray Marsh willfully interfered with remains and mishandled corpses prior to 1997;

2. Whether Ray Marsh willfully interfered with remains and mishandled corpses after 1996;

3. Whether Ray Marsh had knowledge of any alleged improper activities of Tri-State Crematory after 1996;

4. Whether Ray Marsh participated in any alleged improper activities of Tri-State Crematory after 1996;

5. Whether Ray Marsh negligently interfered with remains and mishandled corpses prior to 1997;

6. Whether Ray Marsh negligently interfered with remains and mishandled corpses after 1996;

7. Whether Ray Marsh had or exercised control over the operation of the crematory at Tri-State after 1996;

8. Whether it was if foreseeable by Ray Marsh that the alleged improper or criminal acts would occur in the operation of the crematory.

As to Brent Marsh:

1. Whether Brent Marsh willfully interfered with remains and mishandled corpses prior to 1997;

2. Whether Brent Marsh willfully interfered with remains and mishandled corpses after 1996;

3. Whether Brent Marsh participated in any alleged improper activities of Tri-State Crematory prior to 1997;

4. Whether Brent Marsh negligently interfered with remains and mishandled corpses prior to 1997;

5. Whether Brent Marsh negligently interfered with remains and mishandled corpses after 1997; and,

6. Whether Brent Marsh had or exercised control of the operation of the crematory at Tri-State after 1996.

2.

The Marsh Defendants add the following to their list of "may call" witnesses:

1. John Massey; and,

2. Carrie Anne Berryman.

3.

The Marsh Defendants add the following to their exhibit list:

1. Chart(s) comparing the number of bodies sent to Tri-State by the funeral homes for each year of the class period with the number of bodies recovered and identified.

This the 19th day of February, 2004.

        Respectfully Submitted,

        JENKINS & OLSON, P.C.

        */s/ Frank E. Jenkins, III / Jennifer J. Walker*
        Frank E. Jenkins, III
        Georgia Bar Number: 390550
        Jennifer Joy Walker
        Georgia Bar Number: 732263

15 South Public Square
Cartersville, Georgia 30120
(770) 387-1373

## *CERTIFICATE OF SERVICE*

I hereby certify that I have this day served a copy of the within and foregoing **Marsh Defendants' Third Amendment to the Pretrial Order** upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

J. Anderson Davis
Mark Maynard Jackson Webb
Brinson Askew Berry Siegler
Richardson & Davis
Post Office Box 5513
Rome, GA  30162-5513

Robert Harris Smalley, III
McCamy Phillips Tuggle & Fordham
Post Office Box 1105
Dalton, Georgia  30720-1105

McCracken Poston
Post Office Box 1130
Ringgold, Georgia 30736

This the 19th day of February, 2004.

JENKINS & OLSON, P.C.

Jennifer Joy Walker

15 South Public Square
Cartersville, Georgia  30120
(770) 387-1373