# ORIGINAL



FILED ... COURT
... 19 2004
Luther ... nas. Clerk
By: _____
Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

IN RE: TRI-STATE           )
CREMATORY LITIGATION       )      MDL DOCKET NO. 1467
                           )

---

## FUNERAL HOME DEFENDANTS' AMENDMENT AND SECOND SUPPLEMENT TO THE PRE-TRIAL ORDER

The FUNERAL HOME DEFENDANTS respectfully amend and supplement the Pre-Trial Order as follows:

17.

The legal issues to be tried are as follows:

**As indicated by the Court in the Pretrial Conference on February 5, 2004, the Funeral Home Defendants have revised their contentions of the issues to be tried, without waiving the previously stated contentions, and they are:**

### Funeral Home Defendants' Outline of Legal Issues

1. Whether each individual Plaintiff can prove that the Funeral Home Defendant that dealt with that specific Plaintiff breached the funeral service contract between the parties?

2. Whether Plaintiffs can prove that each individually named Funeral Home Defendant had any legal duty to Plaintiffs with respect to the

1019

cremations at Tri-State during the years that the specific Funeral Home Defendant utilized the services of Tri-State?  Depending on the Funeral Home and the years the Funeral Home sent remains to Tri-State for cremation, the legal duty must be examined for the years 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

3.   Whether Plaintiffs can prove that each individually named Funeral Home Defendant breached any standard of care during the years that the Funeral Home Defendant sent remains to Tri-State?

4.   Whether each individually named Funeral Home Defendant had a nondelegable duty with respect to the remains sent to Tri-State based on the express language of the contract utilized by that Funeral Home Defendant?

5.   Whether each individually named Funeral Home Defendant had a nondelegable duty with respect to the remains sent to Tri-State based on the Georgia statutes in effect during the years the Funeral Home Defendant sent remains to Tri-State?

6.   Whether the events at Tri-State were reasonably foreseeable by each individually named Funeral Home Defendant?

7.   Whether any criminal activity by the Marshes qualifies as an intervening criminal act, thereby ending liability?

8.   Whether each individually named Funeral Home Defendant can be held liable for the action of the Tri-State Defendants if and when these independent contractors willfully interfered with or mishandled specific remains?

9.   Whether Plaintiffs can prove that each individually named Funeral Home Defendant acted in a willful and wanton manner under Plaintiffs' willful interference claim?

10.  Whether each Plaintiff is the next of kin with a quasi-property right in a decedent sent to Tri-State for cremation?

11.  Whether the Plaintiffs can prove that each individually named Funeral Home Defendant negligently breached the contract to carry out the expressed wishes of the next of kin regarding cremation?

18.

Attached hereto as Attachment "F-l" for the plaintiff, Attachment "F-2" for the defendant, and Attachment "F-3", etc. for all other parties is a list of all the witnesses and their addresses for each party.

Funeral Home Defendants attach a Revised Witness List, marked as Revised Attachment F-2.

20.

The following designated portions of the testimony of the persons listed below may be introduced by deposition:

Funeral Home Defendants submit the designations of the depositions as shown on Attachment F-2, Deposition Designations.

23.

Funeral Home Defendants request that the Verdict Form be submitted to the Court on Monday, February 23, 2004.

Respectfully submitted, this 19th day of February, 2004.

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

By: _Robert M. Brinson_

    Robert M. Brinson
    Georgia Bar No. 082900

By: _J. Anderson Davis_

    J. Anderson Davis
    Georgia Bar No. 211077

The Omberg House
615 West First Street
Post Office Box 5513
Rome, GA  30162-5513
Phone  706/291-8853
Fax 706/234-3574

Lead and Liaison Counsel for Defendant Funeral Homes

4



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



# EXHIBIT / ATTACHMENT

_2_

(To be scanned in place of tab)

**In re: Tri-State Crematory Litigaton**
**MDL Docket No. 1467**

# REVISED ATTACHMENT F-2
# FUNERAL HOME DEFENDANTS
# MAY CALL WITNESS LIST
# 2/19/04

| NAME | ADDRESS |
| --- | --- |
| Allen, Patrica | 211 Center Point Rd.<br>706-764-2913 |
| Anderson, Glenda | 17 Sunset Dr.<br>LaFayette, GA 30728 |
| Anderson, Lois | 293 Forrest Way Drive<br>LaFayette, GA   706-764-0067 |
| Arnold, Dorothy | 427 Loughridge Lane<br>LaFayette, GA 30728     706-764-2828 |
| Autry, Janet | 192 Forrest Way Dr.<br>LaFayett, GA 30728     706-764-9919 |
| Barbee, David | 784 Staniford Gap Rd.<br>Chattanooga, TN 423-899-2091 |
| Barrett, Larry | Barrett & Associates-<br>Lafayette Sq. 706-638-5884 |
| Barrow, Brian | Hardwick & Sons Funeral Home-<br>913 E. ML King Blvd.<br>Chattnooga, TN 37403 423-267-1244 |
| Barton, James | 338 Miller Mt. Rd. N.W.<br>Lindale, GA |
| Bates, Gloria | East Tennessee State Funeral Directors and<br>Mortician Association, Inc.- |
| Bellenfant, Larry | J. Avery Bryan Funeral Home-<br>747 McCallie Ave<br>Chattanooga, GA 37403 423-266-2131 |
| Bennett, Eric | 49 Ray Marsh Lane 706-764-2071- |

1

**In re: Tri-State Crematory Litigaton**
**MDL Docket No. 1467**

# REVISED ATTACHMENT F-2
# FUNERAL HOME DEFENDANTS
# MAY CALL WITNESS LIST
# 2/19/04

| | |
|---|---|
| Bingham, Shane | 2938 Dug Gap Rd<br>Dalton, GA   706-217-5344 |
| Blevins, Mike | Chattanooga Funeral Home |
| Boyd, Byron | 24 Mountain View Drive<br>Jasper, TN 37347   423-942-2887 |
| Boyd, Harrell | 24 Mountain View Drive<br>Jasper, TN 37347   423-942-2887 |
| Boyle, Ruth | 471 Loughridge Lane<br>LaFayette, GA 30728     706-764-1711 |
| Brown, Barbara | 201 Center Point Rd.<br>LaFayette, GA  706-764-1874 |
| Brown, Lawerence &<br>Betty | 26 Forrest Way Drive<br>LaFayette, GA 30728  706-764-1492 |
| Brown, Steve | 212 Halls Mill Rd<br>Chickamauga, GA 30707  706-539-1572 |
| Buckmon, Brian | 3521 Selma Ave.<br>Knoxville, TN    865-540-4441 |
| Bush, Wayne | 1600 McArthur  Dr.<br>Manchester, TN   931-728-2936 |
| Cagle, Bob | Cagle Funeral Home<br>364 E. Chruch St<br>Jasper, GA 30143 706-692-6615 |
| Cagle, David | Cagle Funeral Home<br>364 E. Chruch St<br>Jasper, GA 30143 706-692-6615 |
| Carter, Majorie | W.L. Wilson Funeral Home<br>555 W. Coould Spring Rd<br>Rossville, GA 30741 706-866-5555 |

**In re: Tri-State Crematory Litigaton**
**MDL Docket No. 1467**

# REVISED ATTACHMENT F-2
# FUNERAL HOME DEFENDANTS
# MAY CALL WITNESS LIST
# 2/19/04

| | |
|---|---|
| Coleman, Gwyndolyn, | Hardwick & Sons Funeral Home<br>913 ML King Blvd.<br>Chattanooga, TN 37403   423-267-1244 |
| Cook, Howard | |
| Cornwell, Rev. Charles | 118 Center Point Rd.<br>LaFayette GA 30728   706-764-1447 |
| Coulter, Bennie | |
| Crews, Dave<br>Stamp, Brad<br>Threabold, David | David Threabold<br>148 Black Fountain Circle<br>Flintstone, GA 706-820-4002<br>Industrial Heating Systems |
| Crox, Walt | Covenant Funeral Home |
| Day, Brady | 102 Sparks St.<br>LaFayette, GA   706-638-2676 |
| Day, Louise | 49 Forrest Way Drive<br>LaFayette, GA 30728 706-764-1737 |
| Dunford, Charles, R. | 300 Forrest Way Drive<br>LaFayette, GA 30728        706-764-1946 |
| Earwood, James | Rt.1 Box 912<br>Summerville, GA |
| Eggert, James C. | 532 Highway 28<br>Dunlap, TN   423-949-2112 |
| Edwards, Bobby | 7154 Hwy 27<br>Rock Springs, GA   706-764-1983 |
| Farley, Edwin | P.O. Box 288<br>Pikeville, TN   423-533-2487 |
| Ferguson, Rev. Steve | 28 Stone Edge Court<br>Ft. Oglethrope, GA 30742 |

3

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Fickey-Clark, Brandy | 114 West Lafayette Sq.<br>LaFayette, GA   30728   706-638-2811 |
| Foster, Robert H. | Foster & Sons's Funeral Home<br>116 St. Clair St.<br>Tracy City, TN 913-592-3691 |
| Galloway, Chris | 515 Loughridge Lane<br>LaFayette, GA 30728   706-764-2792 |
| Garmon, Agent James | GBI |
| Garrett, Lee | 718 North Holly Street<br>Chattanooga, TN |
| Goddard, Bruce | SCI Georgia |
| Gilbert, Henry | Bank of LaFayette 706-638-2520<br>101 Patton Ave<br>LaFayette, GA 30728 |
| Gregg, James Christopher | 2011 Matin Luther King Jr. Dr.<br>Dalton, Georgia 30720 |
| Guinn, Don | 2009 Gail Street<br>Roseville, Georgia 30741 |
| Hagler, Thomas | Hagler & Associates, LLC<br>1207 E. 23rd St.<br>Chattanooga, TN 37408   423-265-2281 |
| Hale, Mark & Cindy | 23 Forest Way Drive<br>LaFayette, GA 30728   706-764-2524 |
| Hancock, Terry | 385 Stanfield Rd.<br>LaFayett, GA 30728 |
| Hargis, John | Wann Funeral Home<br>4000 Tennessee Ave.<br>Chattanooga, TN 37409 |

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Haywood, Paul | Blossman Gas Company<br>HWY 27 North<br>Layfette, GA 30728 |
| Hedrick, Richard | Chattanooga Funeral Home-East Chapel<br>S. Moore Rd & 124<br>Chattanooga, TN   37402   423-698-2541 |
| Hill, Frank | Hardwick & Sons-see Brian Barrow |
| Hollimon, Harold | Chickamauga Railroad<br>Villanow St,<br>LaFayett, GA |
| Hughes, Paul | 1128 Ben Hill Rd.<br>Dalton, GA 30720   706-313-2702 |
| Huskie, Randy | 2011 Martin Luther King Jr. Drive<br>Dalton, Georgia 30720 |
| Jefferson, Bobby | Taylor Funeral Home<br>3417 Wilcox Blvd.<br>Chattanooga, TN 423-622-8152 |
| Jennings, Parnick Sr. | Parnick Jennings Funeral Home<br>430 Cassville, Rd<br>Carterville, GA 30120 770-382-0034 |
| Jennings, Parnick, Jr. | Parnick Jennings Funeral Home<br>430 Cassville, Rd<br>Carterville, GA 30120 770-382-0034 |
| Johnson, Ken | Erwin-Petit Funeral Home<br>Summerville, GA |
| Johnson, Johnny | 320 Center Point Rd<br>LaFayette, GA 30728<br>706-764-1645 |

**In re: Tri-State Crematory Litigaton**
**MDL Docket No. 1467**

# REVISED ATTACHMENT F-2
# FUNERAL HOME DEFENDANTS
# MAY CALL WITNESS LIST
# 2/19/04

| | |
|---|---|
| Jones, Keith | Former Employee- Tri-State-Unknown |
| Lay, Dean | 116 St. Clair St.<br>Tracy City, TN |
| Lee, Kenny | 224 Sagebrush Lane<br>Rossville, GA 30741      706-865-2858 |
| Lehman, Joe T. | J. Avery Bryan-see Larry Bellenfant |
| Lombari, Tony | Matthew Cremation<br>P.O. Box 547796<br>Orlando, FL   10800-327-2831 |
| Long, Alvin | |
| Looker, Steve | Matthew Cremation<br>P.O. Box 547796<br>Orlando, FL 1-800-327-2831 |
| Lovin, Dan | Chattanooga Funeral Home-see Mike Blevins |
| Large, John | 252 Loughridge Lane<br>LaFayette, GA 30728    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 |
| Large, Maryann | 8056 Hwy. 337<br>LaFayette, GA 30728    706-638-1290 |
| Mabrey, Carroll | Chattanooga Funeral Home |
| Mandall, Agent Robbie | GBI |
| Marsh, Brent | |
| Marsh, Clara | |
| Marsh, James | 222Waktgakk Av.<br>Chickamauga, GA    706-375-5457 |

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Marsh LaShae Rhames | |
| Marsh, Minnie | 2011 Martin Luther King, Jr. Drive Dalton, Georgia 30720 |
| Marsh, Vanessa | |
| Massey, John | Funeral Board |
| Mavity, Kenneth & Margaret | 305 Loughridge Lane LaFayette, GA 30728 |
| McDaniel, Louie | Chattanooga Funeral Home |
| McGill, W.E. "Bill" | Ex-Walker County Corner |
| Mitchell, Rosa | 1135 Campbell Ave, Apt. B15 LaFayette, GA 30728   706-638-3332 |
| Moore, Larry | P.O. Box 816 Trenton, GA 706-657-4382 |
| Moore, Mary | P.O. Box 816 Trenton, GA 706-657-4382 |
| Morrison, Major Hill | Walker County Sheriff Department |
| Motley, Mark | 277 Forrest Way Drive LaFayette, GA 30728    423-595-3008 |
| Oliver, Steve | 403 Park Canuin Dr. Dalton, GA   706-280-9395 |
| Overstreet, Rev. Clarence E. | House of Overstreet |
| Oxford, Rich | Turner22 Lexington Rd. Crawfordville, GA  30631 |

7

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

## REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Pettit, Durward | Erwin- Pettit |
| Pettyjohn, Lynn | 417 Loughridge Lane<br>LaFayette, GA 30720   706-764-2489 |
| Pike, Eugene M. | SCI Tennessee |
| Pickard, Nathaniel | 3536 Cottonwood Lane<br>Chattanooga, TN |
| Ponders, Stonewall | Kenemer Brothers Funeral Home |
| Price, Rev. Frank | 874 Highland Ave<br>Summervill, GA   706-857-2477 |
| Rainwater, Earle | J.D. Hill Funeral Home<br>Summerville, GA |
| Ramey, Greg | GBI |
| Revell, Dr. | GBI |
| Rush,Greg | 220 Wilwood Ave<br>Clevelad, TN |
| Russell, Robert | P.O. Box 506; Highway 11 South<br>Trenton, GA 30752 706-657-7525 |
| Ryan, David | P.O. Box 506; Highway 11 South<br>Trenton, GA 30752   706-657-7525 |
| Ryan, Robert | P..O. Box 506<br>Highway ll South<br>Trenton, GA 30752   706-657-7525 |
| Schrader, Robert | 607 Eagle View Dr.<br>Ringgold, GA   706-965-5162 |

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Shelby, Robert | 250 Forrest Way Drive<br>LaFayette, GA 30728   706-764-2758 |
| Smith, Vadie | 371 Center Point Dr. 706-764-1206<br>LaFayette, GA |
| Snow, Mike | |
| Solomon, Carolyn | 185 Forrest Way Dr.<br>LaFayetee, GA 30728   706-764-1838 |
| Sperry, Kris Dr. | Medical Examiner Walker Co. |
| Stanfield, Mark | Walker County Sheriff |
| Stone, James | 148 Forrest Way Drive<br>LaFayette, GA 30728   706-764-2682 |
| Suttles, Mary | 2011 Martin Luther King Jr. Dr.<br>Dalton, GA 30720 |
| Suttles, Robert | |
| Tate, Randy | 950 Mel Dixon Lane<br>Jasper, TN 37347   423-942-9500 |
| Taylor, Anita | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411  615-622-8152 |
| Taylor, Carl | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411  615-622-8152 |
| Taylor, Dorothy | Taylor Funeral Home |
| Taylor, Jackie | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411  615-622-8152 |
| Taylor, John | 3417 Wilcox Blvd.<br>Chattanooga, TN 615-622-8152 |

9

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Thomas, Bruce | 535 Red Bud Rd<br>Calhoun, GA 30701   706-629-2832 |
| Thompson, David | Chattanooga Funeral Home |
| Thompson, R.C. | Wann Funeral Home<br>4000 Tennessee Ave.<br>Chattanooga, TN 37409 |
| Trammell, Gertrude | 765 MLK Blvd.<br>Chattanooga, TN 37403 |
| Trammell, Sandra | Hardwick & Sons Funeral Home |
| Walker, Don | 197 Lougridge Lane<br>LaFayette, GA 30728    706-764-2446 |
| Walker, Paula | 197 Laugridge Lane<br>LaFayette, GA 30728 |
| Ware, Thomas | 205 South Chattanooga St<br>LaFayette, GA 30728   706-581-6989 cell |
| Waters, Lonnie | 40 Eastwood Circle<br>Jasper, GA 706-692-3716 |
| Wilbanks, Richard | 121 West Villanow St.<br>LaFayett, GA    706-638-2222 |
| Wilbanks, Sherman | 2807 Josh Ward Rd.<br>Summerville, GA 706-859-2285 |
| Wilhite, Darlene | 217 Williams Park<br>Flintsone, GA 30725   423-280-4418 |
| Williams, Eugene | Franklin-Strickland Funeral Home |
| Willis, Willie James | 765 MLK Blvd.<br>Chattanooga, TN 37403 |

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Willis, William, Jr. | 2011 Martin Luther King Dr, Dalton, GA 30720 |
| Willis, William, Sr. | 2011 Martin Luther King Dr. Dalton, GA 30720 |
| Wilson, David | c/o W.L. Wilson & Sons Funeral Home 555 West Cloud Springs Road Ft. Oglethorpe, GA 30742 |
| Wilson, Dwayne | Walker County Coroner |
| Wilson, Glenda | c/o W.L. Wilson & Sons Funeral Home 555 West Cloud Springs Road Ft. Oglethorpe, GA 30742 |
| Wilson, Leroy | W. L. Wilson & Sons Funeral Home |
| Wilson, Sheriff Stephen | Walker County Sheriff Department |
| Winston, Cory | 3417 Wilcox Blvd. Chattanooga, TN 37411 |
| Wolf, Darren | Chattanooga Funeral Home |
| Worthington, Mike | 19445 Hwy 157 Raising Fawn, GA 30738   706 398-0690 |
| Wright, Jeff | 180 Ferndale Dr. Rossville, GA 30741 |
| Yates, Randy | 63 Loughridge Lane LaFayette, GA 30728   760-764-2041 |
| | |

11

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | DEFENDANTS' EXPERTS |
|---|---|
| Baden, Dr. Michael | 15 West 53rd St.<br>New York, NY 100019<br>212-397-2732 |
| Ballantyne, Dr. Jack | |
| Bell, Dr. Garry L. DDS | |
| Bonanno, Dr. George Ph.D. | Columbia University<br>106 Morningside Drive<br>Apartment 89<br>New York, NY 10027<br>212-678-4769 |
| Davis, Dr. Dave M. | Piedmont Psychiatric Clinic<br>1938 Peachtree Road, N.W.<br>Suite 505<br>Atlanta, GA 30309-1258<br>404-355-2914 |
| Dietz, Park | 537 Newport Center Dr. #300<br>Newport Beach, CA 92660 |
| Falsetti, Anthony B. Ph.D. | Department of Anthropology<br>University of Florida<br>P.O. Box 112545<br>Gainesville, FL 32611<br>352-392-6772<br>1510 NW 28th St<br>Gainesville, FL 32605 |
| Green, Keith M. | Hayworth-Miller FH<br>220 Heatherton Way<br>Winston-Salem, NC 27104 |

In re: Tri-State Crematory Litigaton
MDL Docket No. 1467

# REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
## 2/19/04

| | |
|---|---|
| Hayworth, Terry M. | Hayworth-Miller FH<br>220 Heatherton Way<br>Winston-Salem, NC 27104 |
| Holland, Dr. Thomas | U.S. Army Central Identification Laboratory, Hawaii<br>310 Worchester Ave<br>Hickman, AFB, Hl 96853-5530<br>808-448-8062 x 51 |
| Kroboth, Alan J | Rosedale & Rosehehill Cemetery<br>355 East Linda Ave<br>Linden, NJ 07036<br>908-523-2368<br>146 W.5th Ave<br>Roselle, NJ 07203 |
| Levine, Lowell, DDS | 240 Brentwood Court West<br>Albany, NY 12203<br>518-452-8830 |
| Murad, Turhon A. Ph.D. | Department of Anthropology<br>California State University<br>Chico, FA 95929-0400<br>530-898-6192 |
| Ressler, Robert K. | P.O. Box 187<br>Spotsylvania, VA 22553-0187<br>540-582-0219 |
| Van Beck, Todd W. | 555 Butterfield Rd. Apt. 919<br>Houston, TX 77090 281-895-6096 |
| | |
| 142423 | |

13

In re: Tri-State Crematory
MDL Docket No. 1467

## DEFENDANT'S EXCERPTS FROM JOHN TAYLOR'S DEPOSITION

Deposition of John Taylor: 18:2-5; 22: 23 - 23: 16; 24: 12-25: 11; 27: 15-21; 29: 2-9; 28: 23-29: 1-3; 29: 24-30: 5; 30: 10-25; 31: 23-32: 22; 33: 5-12; 34: 14-18; 35: 1-7; 35: 19-23; 36: 13-21; 38: 10-19; 38: 20; 39: 14; 39: 17-40: 6; 40: 13-23; 41: 10-42: 8; 42: 20-43: 6; 44: 6-14; 105: 11-16; 132: 3-8; 132: 16-19; 134: 9; 134: 22-135: 10; 139: 22; - 140: 1; 148: 19-149: 11; 149: 18-25; 150: 1-18; 150: 22-151: 1-4; 151: 5-12; 154: 15;- 155: 17; 158: 25-159: 1-3.

## JAMES EGGERT'S DEPOSITION EXCERPTS

Deposition of James Eggert: 19: 10;-20: 7; 20: 13-22:16; 25: 25-27:5; 31: 10-31:20; 41: 17-43: 16; 45: 16-24; 46: 12-49:1; 56: 5-58: 15; 60: 4-62: 24; 64: 14-66:18; 67: 14-68:19; 93: 4-8; 93: 11-22; 93: 25-94: 1.

## ROBERT A. RYAN, JR.'S DEPOSITION EXCERPTS

Deposition of Robert A. Ryan, Jr.: Defendants designate the entire deposition EXCEPT: 23: 9-35: 7; 43: 24-45: 1; 73: 1-74:1; 94: 25-97: 1.

142358

## WAYNE BUSH'S VIDEO DEPOSITION DESIGNATIONS

Video Deposition of Wayne Bush: 6:2-7:22; 18:6-19:2; 19:10-21:20; 33:16-36:7; 45:13-46:3; 74:1-75:16; 95:10-24; 101:9-102:1.


## JOHN HARGIS (ODEN) DEPOSITION DESIGNATIONS

Oden Deposition of John Hargis: **11:11-12; 26:12-16; 12:1-14; 13:25-14:8; 14:22-15:8; 15:13-17; 16:11-14;** 25:1-18; 27:21-28:2; 28:10-17; 30:21-31:6; 38:11-15; 71:10-23; 40:14-17; 58:17-59:16; 69:25-70:6; and 71:14-20.


## JOHN HARGIS (MDL) DEPOSITION DESIGNATIONS

Deposition of John Hargis:  7:11-16; 8:19-9:10; 11:2-7; 33:22-34:13; 37:8-25; 15:10-12; 15:20-16:1; 19:23-20:13; 21:14-22:8; 25:4-16; 23:21-24:20; 31:20-31:19; 38:3-20; 44:16-46:1; 46:6-48:16; 54:1-14; 54:22-55:6; 57:1-13; 57:25-58:12; 60:23-62:24; 65:17-23; 67:1-12; 68:14-69:8; 82:21-83:8; and 91:6-11.


## DEFENDANT'S EXCERPTS FROM DURWARD PETITT'S DEPOSITION

Deposition of Durward Petitt: 6:8-7:23; 8:7-9:23; 10:2-9; 11:13-12:16; 19:20-20:2; 21:5-20; 22:11-23:12; 27:17-23; 28:11-29:3; 29:18-25; 32:4-33:4; 34:7-35:16; 38:3-24; 39:14-20; 40:16-25; 41:7-43:8; 45:24-46:18;

48:12-49:1; 50:9-14; 52:18-54:6; 55:16-59:21; 59:25-60:6; 60:12-23; 62:4-15; 62:25-63:13; 65:11-66:20; 68:8-12; 69:12-25; 70:20-71:5; 75:24-76:2; 76:16-77:24; 79:4-9; 80:2-22.

## LEROY WILSON - DEFENDANT WL WILSON'S DEPOSITION CLIPS

(From Depo #1 - 10/3/02)

7:17 - 8:5; 13:34 - 14:2; 30:24 - 31:1; 46:14 - 47:2; 47:10 - 48:2; 59:2 - 59:10; 64:22 -25; 72:10-20; 73:21 - 74:2; 74:10-16; 80:18-23; 81:16 - 82:3; 82:14-19; 90:12-16; 91:11-23; 92:10-16.

## DEPOSITION OF EUGENE PIKE

p. 5: l. 13 thr/ p. 7: l. 5: Rule of Completeness: p. 4: l. 20- thr/ p. 5: l. 9

p. 7: l. 25 thr/ p. 8: l. 7: Rule of Completeness: p. 8: l.8-13

p. 13: l. 17 thr/ p. 14: l. 4: Rule of Completeness: p. 14: l. 19 thr/ p. 15: l. 1

p. 17: l. 22 thr/ p. 18: l. 15: Rule of Completeness: p. 18: l. 16 thr/ p. 19: l. 4

p. 19: l. 11 thr/ p. 20: l. 10: Rule of Completeness: p. 21: l. 2-9; p. 62: l. 20 thr/ p. 63: l. 4

p. 39: l. 15-19: Objection: Relevance

p. 58: l. 24 thr/ p. 60: l. 16: Rule of Completeness: p. 60: l. 17-23

p. 61: l. 2-10: Rule of Completeness: p. 60: l. 17-23

142358

## DEPOSITION OF BRUCE GODDARD

P. 4: l. 10-13: Rule of Completeness: p. 4: l. 14-16

P. 5: l. 6-9: Objection: Relevance to liability; individual funeral homes are defendants, not entire SCI

P. 6: l. 15-22: Objection: Referencing insurance for SCI Georgia; line 22 is first line of next 3 line question

P. 6: l. 4-11: Objection: Relevance

P. 7: l. 3-7: Objection: Relevance

P. 7: l. 16 thr/ p. 9: l. 6: Objection: Relevance; prejudicial

P. 10: l. 4-18: Objection: Relevance

P. 11: l. 9-21: Objection: Relevance; International is not a party but individual funeral homes; Objection: Prejudicial

P. 15: l. 4-25: Objection: Relevance; Attorney Client Privilege

P. 16: l. 12 thr/ p. 17: l. 23: Objection: Relevance; prejudicial for p. 17: l. 13-23; A. Davis objected to form of question

P. 20: l. 11-14: Rule of Completeness: p. 18: l. 1 thr/ p. 20: l. 10; P. 20: l. 15-18

P. 21: l. 13 thr/ p. 23: l. 12: Objection: Relevance ; Rule of Completeness: p. 18: l. 1 thr/ p. 20: l. 10

142358

P. 24: l. 24 thr/ p. 26: l. 6: Objection: Relevance; corporate setup at SCI not relate to individual funeral homes; certainly does not prove liability

P. 26: l. 13-18: Objection: Relevance; corporate setup at SCI not relate to individual funeral homes; certainly does not prove liability

P. 27: l. 5-23: Objection: Relevance; prejudicial; has first line (23) on 2 line sentence

P. 28: l. 21 thr/ p. 30: l. 12: Objection: Relevance; corporate setup at SCI not relate to individual funeral homes; certainly does not prove liability

P. 35: l. 7-25: Objection: Relevance

P. 36: l. 14 thr/ p. 37: l. 14: Objection: Relevance for part

P. 43: l. 8-10: Rule of Completeness: p. 43: l. 11-14

P. 43: l. 23 thr/ p. 44: l. 8: Rule of Completeness: p. 16: l. 12-22

P. 46; l. 3-7: Rule of Completeness: p. 46: l. 9-11

P. 49: l. 10-18: Objection: Relevance

P. 51: l. 21 thr/ p. 54: l. 5: Objection: Relevance

P. 56: l. 24 thr. P. 58: l. 3: Objection: Relevance

P. 58: l. 24 thr/ p. 63, l. 16: Rule of Completeness: p. 63: l. 17-19 Objection: Relevance

P. 63: l. 20 thr/ p. 64: l. 6: Objection: Relevance

142358

P. 64: l. 18-22: Objection: Relevance

P. 65: l. 1 thr/ p. 67: l. 6: Objection: Relevance; not show manuals in effect during time used Tri-State or when manuals in effect

P. 68: l. 15 thr/ p. 69: l. 2: Objection: Relevance

P. 69: l. 7 thr/ p. 70: l. 6: Objection: Relevance

P. 70: l. 12 thr/ p. 74: l. 7: Objection: Relevance

P. 75: l. 3-21: Objection: Relevance; post 2002 actions [maybe remedial measures]

P. 76; l. 21 thr/ p. 77: l. 11: Objection: Relevance; post 2002 actions [maybe remedial measures];  Rule of Completeness: p. 77: l. 12-14

P. 77: l. 15 thr/ p. 78: l. 7: Objection: Relevance; post 2002 actions [maybe remedial measures]

**FUNERAL HOME DEFENDANTS' COUNTER-DESIGNATIONS
FROM NOVEMBER 13, 2002 DEPOSITION OF RICHARD WILBANKS**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| p. 35 | Tri-State was only crematory in area while SCI owned Wallis & Sons (pp. 46-47) |
| p. 64 | Saw situation at Lane South Crest where there was body in retort and body brought had to wait until other completed (pp. 65-66) |
| pp. 68-69 | Even after procedure changed, Wilbanks took bodies to Tri-State (p. 70) |
| pp. 79-80 | Left the permit and cremation authorization form with the Marshes (p. 85) |
| p. 87 | Wilbanks "figured" the state would take care of whether Tri-State needed to be licensed (p. 88) |
| p. 102 | Wilbanks "figured" the state would take care of whether Tri-State needed to be licensed (p. 88) |
| pp. 115-117 | Did not see protective clothing at Lane South Crest; at Lane South Crest, persons placing bodies in retorts did not wear protective masks (p. 117) |

142358

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a

copy of the within and foregoing **Funeral Home Defendants' Supplement to the**

**Pre-Trial Order** by causing a copy of same to be placed in first class U.S. mail

with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire            Frank E. Jenkins, III, Esquire
OFFICE McCRACKEN POSTON               JENKINS & OLSON
Post Office Box 1130                              15 Public Square, South
Ringgold, GA  30736                              Cartersville, GA  30120-3350
Liaison/Lead Counsel for                       Liaison/Lead Counsel for
Tri-State Crematory, Inc.                        the Marsh Family

This 19th day of February, 2004.

J. Anderson Davis

142434.1

5