FILED IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FEB 23 2004

LUTHER D. T...
By: /s/ Deputy Clerk

| | |
|---|---|
| IN RE: Tri-State Crematory Litigation | MDL Docket No. 1467 |
| Carol A. Bechtel, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 4:02-CV-041-HLM |
| Tri-State Crematory, Inc., et. al., ) | |
| ) | |
| Defendants. ) | |

## MARSH DEFENDANTS' FOURTH AMENDMENT TO THE PRETRIAL ORDER

COME NOW, the Marsh Defendants and file this fourth amendment to their portion of the pretrial order:

1.

The Marsh Defendants add the attached as Attachment "D" listing relevant cases, statutes and regulations.

This the 23rd day of February, 2004.

Respectfully Submitted,

JENKINS & OLSON, P.C.

*/s/ Jennifer Walker*

Frank E. Jenkins, III
Georgia Bar Number: 390550
Jennifer Joy Walker
Georgia Bar Number: 732263

15 South Public Square
Cartersville, Georgia 30120
(770) 387-1373

ATTACHMENT "D" TO PRETRIAL ORDER

## Marsh Defendants' Applicable Statutes and Case Law

1. O.C.G.A. § 43-18-1 through 43-18-79 (including earlier statutory versions);

2. O.C.G.A. § 51-1-2;

3. O.C.G.A. § 51-2-4;

4. O.C.G.A. § 51-2-5;

5. Regulations governing funeral homes and crematories in Georgia from 1988 to 2002;

6. Amos v. City of Butler, 242 Ga. App. 505, 506, 529 S.E.2d 420, 421 (2000);

7. Board of Regents v. Oglesby, No. 103A137, 2003 WL 22746216 (Ga. Ct. App. Nov. 21, 2003);

8. Corp. of Mercer University v. National Gypsum Co., 258 Ga. 365, 368 S.E.2d 732 (1988);

9. Dry Storage Corp. v. Piscopo, 249 Ga.App. 550 S.E.2d 419;

10. Flanders v. Garlock, Inc., 2003 WL 22697241 (S.D.Ga. 2003);

11. Grijalava v. U.S., 289 F.Supp.2d 1372 (M.D.Ga. 2003);

12. Hang v. Wages & Sons Funeral Home, Inc., 262 Ga. App. 177, 585 S.E.2d 118 (June 19, 2003);

13. Harris v. Wall Tire Co., 197 Ga. App. 818, 399 S.E.2d 580 (1990);

14. Hodges v. Putzel Electric Contractors, 260 Ga. App. 590, 580 S.E.2d 243 (2003);

15. Jackson v. Post Properties, Inc., 236 Ga. App. 701, 513 S.E.2d 259 (1999);

16. Johnson v. American Nat'l Red Cross, 253 Ga.App. 587, 569 S.E.2d 242 (2002);

17. Johnson v. American Nat'l Red Cross, 276 Ga. 270, 578 S.E.2d 106 (2003);

18. Mears v. Gulfstream Aerospace Corp., 225 Ga. App. 636, 484 S.E.2d 659 (1997);

19. Metlife v. Wright, 220 Ga. App. 827, 470 S.E.2d 717 (1996);

20. Mitchell v. Austin, 261 Ga. App. 585, 587, 583 S.E.2d 249, 251 (2003);

21. Russaw v. Martin, 221 Ga. App. 683, 472 S.E.2d 508 (1996);

22. Ryckeley v. Callaway, 261 Ga. 828, 829, 412 S.E.2d 826, 826 (1992);

23. Sletto v. Hospital Authority of Houston County, 239 Ga. App. 203, 521 S.E.2d 199 (1999);

24. Smith v. Poteet, 127 Ga. App. 735, 195 S.E.2d 213 (1972);

25. Whitaker v. Jones, McDougald, Smith, Pew Co., 69 Ga. App. 711(1), 26 S.E.2d 545 (1943);

26. Wilson v. Mallard Creek Holdings, 238 Ga. App. 746, 519 S.E.2d 925 (1999);

27. Bauer v. North Fulton Medical Center, Inc., 241 Ga. App. 568, 527 S.E.2d 240 (1999);

28. Habersham Memorial Park, Inc. v. Moore, 164 Ga. App. 676, 297 S.E.2d 315 (1982);

29. Hill v. City of Fort Valley, 251 Ga. App. 615, 554 S.E.2d 783 (2001);

30. McNeal Loftis, Inc. v. Helmey, 218 Ga. App. 628, 462 S.E.2d 789 (1995);

31. Pollard v. Phelps, 56 Ga. App. 408, 193 S.E. 102 (1937); and

32. Rivers v. Greenwood Cemetery, 194 Ga. 524, 22 S.E.2d 134 (1942).

## *CERTIFICATE OF SERVICE*

I hereby certify that I have this day served a copy of the within and foregoing **Marsh Defendants' Fourth Amendment to the Pretrial Order** upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

    J. Anderson Davis
    Mark Maynard Jackson Webb
    Brinson Askew Berry Siegler
    Richardson & Davis
    Post Office Box 5513
    Rome, GA  30162-5513

    Robert Harris Smalley, III
    McCamy Phillips Tuggle & Fordham
    Post Office Box 1105
    Dalton, Georgia  30720-1105

    McCracken Poston
    Post Office Box 1130
    Ringgold, Georgia 30736

This the 23rd day of February, 2004.

                                                      JENKINS & OLSON, P.C.

                                                      Jennifer Joy Walker
                                                      Georgia Bar No. 732263

15 South Public Square
Cartersville, Georgia  30120
(770) 387-1373