

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

## PLAINTIFFS' THIRD AMENDMENT/SUPPLEMENT
## TO PRETRIAL ORDER

**Come Now** Plaintiffs, by and through Class Counsel, and herewith

respectfully file the within and foregoing amendments and/or supplements (shown

in **bold** herein) to the Consolidated Pretrial Order filed in this Court on January 28,

2004, and to the First Amendment/Supplement thereto filed February 5, 2004, and

to the Second Amendment/Supplement thereto filed February 19, 2004, as follows,

by paragraph as numbered in the Pretrial Order:

18.

Attached hereto as Attachment "F-l" for the plaintiff,

Attachment "F-2" for the defendant, and Attachment "F-3", etc. for all other parties

is a list of all the witnesses and their addresses for each party.  The list must

designate the witnesses whom the party will have present at trial and those

witnesses whom the party may have present at trial.  Expert (any witness who

*1027*

might express an opinion under Rule 702), impeachment and rebuttal witnesses whose use as a witness can be reasonably anticipated must be included.  Each party shall also attach to the list a reasonable specific summary of the expected testimony of each expert witness.

All of the other parties may rely upon a representation by a designated party that a witness will be present unless notice to the contrary is given ten (10) days prior to trial to allow the other party(s) to subpoena the witness or to obtain the witness' testimony by other means.  Witnesses who are not included on the witness list (including expert, impeachment and rebuttal witnesses whose use should have been reasonably anticipated) will not be permitted to testify, unless expressly authorized by court order based upon a showing that the failure to comply was justified.  The parties agree that the respective witness lists may be amended up to ten days prior to the start of the trial, provided that the proposed witness has been previously disclosed in some manner.

**Plaintiffs herewith submit an amended and restated Attachment "F-1" Witness List.**

19.

Attached hereto as Attachment "G-1" for the plaintiff, "G-2" for the defendant, and "G3", etc. for all other parties are the typed lists of all documentary

and physical evidence that will be tendered at trial.  Learned treatises which are expected to be used at trial shall not be admitted as exhibits.  Counsel are required, however, to identify all such treatises under a separate heading on the party's exhibit list.

Each party's exhibits shall be numbered serially, beginning with 1, and without the inclusion of any alphabetical or numerical subparts.  Adequate space must be left on the left margin of each party's exhibit list for court stamping purposes.  A courtesy copy of each party's list must be submitted for use by the judge.

Prior to trial, counsel shall mark the exhibits as numbered on the attached lists by affixing numbered yellow stickers to plaintiffs exhibits, numbered blue stickers to defendant's exhibits, and numbered white stickers to joint exhibits. When there are multiple plaintiffs or defendants, the surname of the particular plaintiff or defendant shall be shown above the number on the stickers for that party's exhibits.

Specific objections to another party's exhibits must be typed on a separate page and must be attached to the exhibit list of the party against whom the objections are raised.  Objections as to authenticity, privilege, competency, and, to the extent possible, relevancy of the exhibits shall be included.  Any listed

document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties and shall be admitted at trial without further proof of authenticity.

Unless otherwise noted, copies rather than originals of documentary evidence may be used at trial.  Documentary or physical exhibits may not be submitted by counsel after filing of the pretrial order, except upon consent of all the parties or permission of the court.  Exhibits so admitted must be numbered, inspected by counsel, and marked with stickers prior to trial.

Counsel shall familiarize themselves with all exhibits (and the numbering thereof) prior to trial.  Counsel will not be afforded time during trial to examine exhibits that are or should have been listed.

**Plaintiffs herewith submit an amended and restated Attachment "F-1" Witness List.**

Respectfully Submitted, this _23_ day of February, 2004.

McCAMY, PHILLIPS, TUGGLE &
FORDHAM, LLP
Robert H. Smalley, III
P.O. Box 1105
Dalton, Georgia 30722
Telephone: (706) 278-4499
Facsimile: (706) 278-5002

*Plaintiffs'/Respondents' Liaison
Counsel*

Dated this 23 day of February, 2004.

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs'/Respondents' Lead Counsel*

Kathryn E. Barnett
Elizabeth A. Alexander
3319 West End Avenue, Suite 600
Nashville, Tennessee 37203
Telephone: (615) 313-9000
Facsimile: (615) 313-9965q

BARRETT LAW OFFICE
Don Barrett
Charles Barrett
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203

DOFFERMYRE, SHIELDS,
CANFIELD, KNOWLES & DEVINE
Leslie Bryan
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309

SIMS, GRADDICK & DODSON, PC
Charles Graddick
Todd Strohmeyer
205 St. Emanuel Street
Mobile, Alabama 36602

SHUMAKER, WITT, GAITHER &
WHITAKER
William G. Colvin
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee 37402

MABRY & McCLELLAND, LLP
Robert M. Darroch
Tenth Floor, 2200
Century Parkway, N.E.

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402

291656.1

-5-

Atlanta, Georgia  30345

DAVID RANDOLPH SMITH &          COPPEDGE & LEMAN, PC
ASSOCIATES                      Joe Leman
David Randolph Smith            508 South Thornton Avenue
Hillsboro Village, 1910 Acklen Avenue   Dalton, Georgia  30720
Nashville, Tennessee  37212

*Plaintiffs' Steering Committee*

## PROOF OF SERVICE BY MAIL

   I hereby certify that a copy of the foregoing was served by postage prepaid United States mail on the _23_ of February, 2004 addressed to those listed below:


              _____
              Robert H. Smalley, III


J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA  30162

*Funeral Home Defendants*
*Lead/Liaison Counsel*

Frank E. Jenkins, III
Jenkins & Olson, PC
15 South Public Square
Cartersville, GA 30120

McCracken K. Poston, Jr., Esq.
Attorney at Law
62 Nance Lane
PO Box 1130
Ringgold, GA  30736


- 1 -

299307.1 –

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 1) | Collective exhibit of all client files produced by defendants. | | |
| 2) | Summary of chart of decedents sent to Tri-State Crematory (sorted first by funeral home and then by year of death) | | |
| 3) | Collective exhibit of photographs of Tri-State grounds taken by Georgia Bureau of Investigation (GBI) | | |
| 4) | Collective exhibit of photographs of remains discovered on Tri-State grounds taken by GBI; | | |
| 5) | GBI aerial diagram of site; | | |
| 6) | Exhibits from the deposition of Kris Sperry taken 5/20/03 regarding adulterated remains; GBI document numbers 874, 61, 55, 573, 878, 407, 467-469, 376, 423, 859, 515, 694, 74/1301, 38, 13, 368, 49, 51, 130, 65, 24, 378, 253-255, 413, 361, 610, 668, 435, 417, 418, 440, 717, 480, 570, 825, 345-347, 372, 785, 629, 895, 190, 592, 540, 370, 882, 443, 935, 697, 808, 584, 704, 58, 59, 725, 837, 852, 26, 67, 409, 5/1303, 374, 403, 420, 421, 466, 538, 714, 761, 47, 397, 679, 910, 383, 384, 864, 364, 30, 57, 43, 21, 712, 889, 357, 53, 844, 16, 405, 736, 737, 40, 32, 680, 415, 433, 434, 552, 69, 395. | | |
| 7) | Summary chart of adulterated remains from GBI investigation | | |
| 8) | G.B.I. evidence receipt regarding adulterated remains of loved one of class member Bryant, date of death 1996 | | |
| 9) | Collective exhibit of photographs of remains discovered on Tri-State grounds taken on June 20, | | |

## Attachment "G-1"
### TRI-STATE CREMATORY
### PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | 2002; | | |
| 10) | Box containing purported remains of Thomas J. Conyers | | |
| 11) | Collective exhibit of photographs of Charles Crawford's facility; | | |
| 12) | Metal identification disk (exemplar); | | |
| 13) | Collective exhibit of photographs David Kirkland's facility; | | |
| 14) | Funeral Service Institute "Unit One Introduction & History" (TSC 4705, 4710-4712, 4714-4716, 4750-4784) | | |
| 15) | Funeral Service Institute "Unit Two Funeral Home Basics" (TSC 4986-5013) | | |
| 16) | "Avoiding Cremation Liability" from the Funeral Service Business and Legal Guide, 1996, issue 7-8 | | |
| 17) | "An Identification of Human Remains Procedure to Avoid Litigation" from Funeral Service Business and Legal Guide 1995, issue 4 | | |
| 18) | Mortuary Management publication dated October 1984 titled "Cremation Ethics" | | |
| 19) | The International Order of the Golden Rule: Standards of Ethical Conduct; | | |
| 20) | CANA Guide to Correct Cremating Procedures (42048), copyright 1980 recovered from Tri-State by the GBI | | |
| 21) | CANA Code of Cremation Practice | | |
| 22) | Operators Manual for Tri-State Crematory retort (I.E.E.) GBI "crematory records" disc, numbers 42103 - 42146. | | |
| 23) | The Cremationist of North America, Vol. 38, No. 1, 2002, February/March/April issue | | |

## Attachment "G-1"
## TRI-STATE CREMATORY
## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 24) | CANA website page titles, "CANA and Its Funeral Director Member" | | |
| 25) | CANA Recommended Procedures for Handling Dead Human Bodies by an Authorized Crematory Authority | | |
| 26) | CANA Crematory Operations Seminar for Owners and Managers dated 11/06-07/02 | | |
| 27) | CANA Guidelines for Funeral Directors Who Do Not Have A Crematory – What To Inspect | | |
| 28) | CANA Tri-State press release | | |
| 29) | 1990 U.S. Income Tax Return, Tri-State Crematory (TSC-0072, TSC-0073, TSC-0074, TSC-0075, TSC-0076, TSC-0077, TSC-0078, TSC-0079, TSC-0080) | | |
| 30) | 1991 U.S. Income Tax Return,  Tri-State Crematory (TSC-0307, TSC-0308, TSC-0309, TSC-0310, TSC-0311, TSC-0312, TSC-0313, TSC-0314, TSC-0315, TSC-0316, TSC-0326) | | |
| 31) | Tri-State 1993 Georgia and Federal tax returns | | |
| 32) | Income Tax documents for 1995 (TSC 1078, 1083, 1084, 1087) | | |
| 33) | Blossom Gas 200 gallon tank Renewal Agreement – 11/27/87 | | |
| 34) | Industrial Equipment schematics (TSC 1682-1687, 1689, 1690, 1690, 1691-1694) | | |
| 35) | Blossman Gas computer business records documenting gas purchases for Tri-State | | |
| 36) | Operation and Maintenance Manual, Power-Pak II, Model IE43-OOII, Industrial Equipment Engineering Company, © 1992 | | |
| 37) | Matthews Equipment (f/n/a Industrial Engineering Equipment) calculations of gallons/cremation, GBI | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | "crematory records' disc, document # 46570 | | |
| 38) | Summary Exhibit – Gas Purchase and Consumption Chart | | |
| 39) | GBI Forensic Auditor reports from Special Agent Rumery | | |
| 40) | Attorney General Opinion Letter dated 06/08/1981 | | |
| 41) | Contract for Directory Advertising Service dated 06/10/1998 (TSC 3521) | | |
| 42) | L.M. Berry & Company regarding advertising in the yellow pages (TSC 3587) | | |
| 43) | Telephone Directory advertisements of Tri-State Crematory | | |
| 44) | Receipts of remains delivered by Tri-State (GBI documents 47645 - 47709) | | |
| 45) | Day Planners recovered from Tri-State | | |
| 46) | State of Georgia Motor Vehicle Registration for a 1988 Dodge Dakota (TSC 4096) | | |
| 47) | Insurance Identification Card for a 1974 Oldsmobile Hearse effective 08/18/1988 (TSC 3048) | | |
| 48) | 1981-1982 CANA Certificate of Membership issued to Tommy Ray Marsh (TSC 2402) | | |
| 49) | Note "need a pet cremated" (TSC 1090) | | |
| 50) | Note to "Ray" "LaShae and Clara have gone to Manchester … to Gilmore . . . I have gone to Buckner" signed "Ray" (TSC 1111) | | |
| 51) | "Agreement Pertaining to Identification Procedures" between J.D.Hill Funeral Home and Tri-State Crematory, dated August 10, 2001, signed by Ray Marsh | | |
| 52) | Ray Marsh work orders for Blossman Gas, Inc. in | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | 2001 | | |
| 53) | Industrial Equipment & Engineering Letter from Paul F. Rahill to Marsh Vault & Grave, dated January 9, 1980 (TSC 6990) | | |
| 54) | Industrial Equipment & Engineering Co. invoice dated 05/28/1982 for Econ-O-Pak cremator (TSC 4027) | | |
| 55) | Disclosure Statement from Bankers First dated 8/2/1994 for Tommy Ray Marsh and Clara Chestnut Marsh for "remodel house" (TSC 2986) | | |
| 56) | Fike Funeral Home General Prices List effective 01/01/02 | | |
| 57) | Chattanooga Funeral Home-West Chapel General Price list effective 10/24/01 | | |
| 58) | Chattanooga Funeral Home-West Chapel General Price list effective 01/01/02 | | |
| 59) | Chattanooga Funeral Home-Valley View Chapel General Price list effective 10/24/01 | | |
| 60) | Chattanooga Funeral Home-Valley View Chapel General Price list effective 01/01/02 | | |
| 61) | 11/03/92 correspondence from Gloria Bates of the East Tennessee State Funeral Directors and Morticians Association, Inc. to Bill Teague with attached newspaper article | | |
| 62) | Written complaint regarding Tri-State Crematory submitted to Walker County Coroner's Office from W.E. McGill to the Georgia Secretary of State Examining Boards | | |
| 63) | Correspondence from the Betsy Cohen, Assistant Attorney General for the State of Georgia to Ray Marsh dated 06/06/1995 regarding operation of Tri-State without a license and Voluntary Cease and Desist Order (TSC 1958-1963) | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 64) | 08/11/1995 correspondence from County Coroner's Office to the Georgia Examining Board | | |
| 65) | Complaint filed with Georgia State Board of Funeral Services, 1996 | | |
| 66) | Correspondence to Assistant Attorney General Ellen Thompson from Lori Gold of the Georgia State Board of Funeral Services dated 10/24/1996 | | |
| 67) | Defendant Turner Funeral Home's Responses to Plaintiffs' First Master Interrogatories | | |
| 68) | Photographs of uncremated decedent entrusted to Turner discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 05366, 05369, 05370, 05371) | | |
| 69) | Defendant R. D. Moore Funeral Home, Inc.'s Responses to Plaintiffs' First Master Interrogatories | | |
| 70) | Defendant R. D. Moore Funeral Home, Inc.'s Responses to Plaintiffs' First Master set of Document Requests | | |
| 71) | Photographs of uncremated decedent entrusted to R.D.Moore discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 00639, 00641, 00644, 00652) | | |
| 72) | Defendant Taylor Funeral Home of Chattanooga, Incorporated's Second Supplemental Responses to Plaintiffs' First Master Interrogatories | | |
| 73) | Defendant Taylor Funeral Home of Chattanooga, Incorporated's Responses to Plaintiffs' First Master set of Document Requests | | |
| 74) | Photographs of uncremated decedent entrusted to Taylor discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 01477, 01478, 01479, 01489) | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 75) | Defendant Sequatchie Valley Memorial Funeral Home and Gardens Inc.'s Responses to Plaintiffs' First Master Interrogatories | | |
| 76) | Defendant Sequatchie Valley Memorial Funeral Home and Gardens Inc.'s Second Supplemental Responses to Plaintiffs' First Master Document Requests | | |
| 77) | Photographs of uncremated decedent entrusted to Sequatchie Valley discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 09863, 09865, 09867, 09876) | | |
| 78) | Defendant Erwin Pettit Funeral Home, Inc.'s Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 79) | Defendant Erwin Pettit Funeral Home, Inc.'s Responses to Plaintiffs' First Master set of Document Requests | | |
| 80) | Photographs of uncremated decedent entrusted to Erwin Pettit discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 10096, 10101, 10108, 10120) | | |
| 81) | Defendant W.L. Wilson and Sons, Inc.'s Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 82) | Defendant W.L. Wilson and Sons, Inc.'s Responses to First Master set of Document Requests | | |
| 83) | Defendant Wann Funeral Home's Answers to Plaintiffs' First Master Set of Interrogatories | | |
| 84) | Defendant Wann Funeral Home's Responses to Plaintiffs' First Master Set of Document Requests | | |
| 85) | Photographs of uncremated decedent entrusted to Wann discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | numbers 00547, 00549, 00556, 00574) | | |
| 86) | Responses of Foster & Sons Funeral Home and Foster & Lay Funeral Home, Inc. to Plaintiffs' First Interrogatories | | |
| 87) | Photographs of uncremated decedent entrusted to Foster & Sons discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 07109, 07110, 07117, 07118) | | |
| 88) | Answers to Plaintiffs' First Set of Master Interrogatories to Defendants By Defendant House of Overstreet Mortuary, Inc. and Family Mortuary, Inc. | | |
| 89) | Response to Plaintiffs' First Master Set of Document Requests to Funeral Home Defendants by Defendant House of Overstreet Mortuary, Inc. and Family Mortuary, Inc. | | |
| 90) | Photographs of uncremated decedents entrusted to House of Overstreet and Family Mortuary discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 10720, 10725, 10726, 10730, 12604, 12630, 12638, 12640) | | |
| 91) | SCI Funeral Home Defendants' Responses and Objections to Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 92) | SCI Funeral Home Defendants' Responses and Objections to Responses to Plaintiffs' First Master Set of Document Requests | | |
| 93) | Photographs of uncremated decedent entrusted to SCI discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 17391, 17398, 17400, 17413) | | |
| 94) | Defendant Ryan Funeral Home, Inc.'s Supplemental Responses to Plaintiffs' First Master Set of Interrogatories | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| 95) | Defendant Ryan Funeral Home, Inc.'s Supplemental Responses to Plaintiffs' First Master Set of Document Requests | | |
| 96) | Photographs of uncremated decedent entrusted to Ryan discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 03720, 03725, 03735, 03754) | | |
| 97) | Defendant Thomas & Son Funeral Home, Inc.'s Responses to First Master Set of Interrogatories | | |
| 98) | Defendant Thomas & Son Funeral Home, Inc.'s Responses to First Master Set of Document Requests | | |
| 99) | Photographs of uncremated decedent entrusted to Thomas & Sons discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 06861, 06869, 06872, 06874) | | |
| 100) | Response of Dean Lay d/b/a Cumberland Funeral Home – Tracy City Responses to Plaintiffs' First Interrogatories and Request for Production of Documents | | |
| 101) | Photographs of uncremated decedent entrusted to Cumberland discovered and identified on the Tri-State grounds (GBI "identified bodies disc," photograph numbers 10503, 10513, 10519, 10540) | | |
| 102) | Defendant Hardwick Funeral Home's Responses to Plaintiffs' First Master Set of Interrogatories | | |
| 103) | Defendant Hardwick Funeral Home's Responses to Plaintiffs' First Master Set of Document Requests | | |
| 104) | Photographs taken by Dr. John Williams, January 29, 2004, of wood chippers; | | |
| 105) | Photographs taken by Dr. John Williams, January 29, 2004, of remains found on Tri State Crematory grounds; | | |
| 106) | Data regarding cremated remains examined by Dr. | | |

**Attachment "G-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' EXHIBIT LIST**

| Exh. No. | Description | Tendered | Admitted |
|---|---|---|---|
| | John Williams; | | |
| 107) | Data regarding cremated remains examined by Dr. William Bass; | | |
| 108) | Empty plastic box in which remains were returned from Tri-State Crematory | | |
| 109) | No. 5 Standard Test Sieve (4 mm) (for demonstrative purposes only) | | |
| 110) | No. 10 Standard Test Sieve (2 mm) (for demonstrative purposes only) | | |
| 111) | samples of burned bones (for demonstrative purposes only) | | |
| 112) | cremated remains from Tri-State Crematory sorted by particle size | | |
| 113) | Photographs of and materials removed from remains returned to Gretchen Edmiston | | |
| 114) | Cremated remains from facility other than Tri-State (for demonstrative purposes only) | | |
| 115) | Documents listed by other parties | | |

304973.1

### Attachment "F-1"
### TRI-STATE CREMATORY
### PLAINTIFFS' WITNESS LIST

| NAME | ADDRESS |
|---|---|
| **WILL CALL:** | |
| Crawford, Charles | Crawford Mortuary & Crematory, 2714 Grandview Avenue, Nashville, TN 37211-2233 |
| Kirkland, David | 2201 South Cobb Drive SE, Smyrna, GA 30080 |
| **MAY CALL:** | |
| | |
| Adams, Catherine | 154 Raulston Ave., Monteagle, TN 37356 |
| Anderson, Larry | EPA Special Agent, 61 Forsyth St., Atlanta, GA. |
| Ashburn, David | Walker County Emergency Management Agency, PO Box 445, LaFayette, GA 30728 |
| Barkley, Mary Sue | 562 County Road 783, Ider, AL 35981 |
| Barkley, Roosevelt | 71 North Center Point Road, LaFayette, GA. 30728 |
| Bass, William (Expert) | The Department of Pathology, UT Graduate School of Medicine, 1924 Alcoa Highway, Knoxville, TN 37921 |
| Bechtel, Carol | 4153 Sky Harbor Drive, Coeur d'Alene, ID 83816 |
| Blackburn, Robert | 2731 Haywood Avenue, Chattanooga, TN 37415 |
| Blevins, Woodrow | 313 Drake Avenue, Huntsville, AL 35801 |
| Bodkin, Tom | |
| Brewer, Charles P. | 631 Erin Way, Brooksville, FL 34601 |
| Brown, Bob | Manager, Blossman Gas, PO Box 216, LaFayette, GA 30728 |
| Bryant, Marsha | P.O. Box 8576, Chattanooga, TN. |
| Cochran, Max | Henry-Cochran Funeral Home, East Main Street, Blue Ridge, GA 30513 |
| Cochran, Stephen | Cochran Funeral Home, PO Box 338, Blairsville, GA 30512 |
| Conyers, Thomas | 1552 Tremont Street, Cincinnati, OH 45214 |
| Cook, Gerald | Employee, Blossman Gas, PO Box 216, LaFayette, GA. 30728 |
| Cordell, Kathryn | 3610 5th Avenue, Chattanooga, TN 37407 |
| Cornwell, Charles | 118 Center Point Road, LaFayette, GA. 30728 |
| Corriher, Syble | 205 Road Runner Boulevard, LaFayette, GA 30728 |
| Crisp, Linda | Rising Fawn, GA |
| Custodian of records for GA State Funeral Board | Joanne Lyde, Georgia State Board of Funeral Service, 237 Coliseum Drive, Macon, GA 31217 |
| Custodian of records for TN State Funeral Board | Robert Gribble, Davy Crockett Tower, 2nd floor, 500 James Robertson Parkway, Nashville, TN 37243 |
| Custodian of records for Walker County Messenger | Angie Deering, Walker County Messenger, 120 East Patton Street, LaFayette, GA 30728 |
| Douthit, Donald (Expert) | Standard of care expert |
| Edkins, Thomas | 518 West Beech Tree Lane, Wayne, PA 19087 |

## Attachment "F-1"
# TRI-STATE CREMATORY
## PLAINTIFFS' WITNESS LIST

| | |
|---|---|
| Edmisten, Gretchen | Walker County, GA. |
| Eggert, James | Sequatchie Valley Funeral Home, PO Box 488, Jasper, TN 37347 |
| Fleeman, Mollie | Professional Licensing Board Division, 237 Coliseum Drive, Macon, GA 31217-3858 |
| Foster, Robert | Foster & Son Funeral Home, 116 St. Clair Street, Tracy City, TN 37387 |
| Friberg, Russell | Heritage Funeral Home, 7454 E. Brainerd Rd., Chattanooga, TN 37421 |
| Fulginetti, Laura | 15015 South 14th Place, Phoenix, AZ 95048 |
| Goldizen, Robert | 1507 Hickory Valley Rd. Apt. H53, Chattanooga, TN 37421 |
| Green, Daniel | 12226 S. Roy Rd., Beloit, WI 53511 |
| Hargis, John | Wann Funeral Home, 4000 Tennessee Avenue, Chattanooga, TN 37409-1321 |
| Harmon, Judy Kay | |
| Harris, Vallee | 1313 Radmoor Circle, Chattanooga, TN 37421 |
| Hedden, Larry | EPA Special Agent, 61 Forsyth St., Atlanta, GA |
| Heiskell, Bebe | Walker County Commissioner, PO Box 445, LaFayette, GA 30728 |
| Hensley, Jerry | Logan Funeral Home, PO Box 485, Ellijay, GA 30540 |
| Highfield, Ronnie | J.D. Hill Funeral Home, 833 Chickamauga Avenue, Rossville, GA 30741 |
| Hunziker, Bessie | Route 1 Box 644 3rd St., Tracy City, TN 37387 |
| Jaconetti, James | 2734 Bradberry Hill Road, Rocky Face, GA 30740 |
| Jeffries, Gloria | 207 Holly Avenue, S. Pittsburgh, TN 37380 |
| Jones, Trudy | Post Office Box 355, Sugar Valley, GA 30746 |
| Kelly, Kathi | 101 Pleasant St., New London, NH 03257 |
| Kidd, Charles | |
| Kile, Lee | 8288 Chula Creek Road, Chattanooga, TN. 37421 |
| Knoedler, Rick | 2970 Skyland Drive; Atlanta, GA. 30341 |
| Laderman, Gary (Expert) | Emory University, Department of Religion, American Studies, Atlanta, GA 30322 |
| Lasater, Herman | 834 Chatfield Street, Lakeland, FL 33803 |
| Lay, Dean | Cumberland Funeral Home, PO Box 247, Monteagle, TN 37356 |
| Lindley, Chris | 112 Live Oak Drive, Wrightsville Beach, NC 28480 |
| Mandell, Robbie | PO Box 1402, Ringgold, GA 30736 |
| Marsh, Clara | 375 Center Point Road, LaFayette, GA 30728-6609 |
| Marsh, James | |
| Marsh, LeShea | 19 Marsh Lane, LaFayette, GA 30728 |
| Marsh, Ray Brent | |
| Mason, Tim | |
| Massey, John | Georgia State Funeral Board, 237 Coliseum Drive, Macon, GA 31217-3858 |
| McConnell, Gary | Former GEMA Director |
| McGill, William | 3807 Airport Road, GA 30728 |
| Mitchell, Adolphus | 1401 Market Street, Apt. 307, Chattanooga, TN 37402 |
| Mitchell, Doris | |
| Moore, Larry | R.D. Moore Funeral Home, 11910 South Main Street, Trenton, GA 30752-0816 |
| Neri, Joe | 107-56 122 Street, Richmond Hill, NY 11419 |
| O'Toole, Mary | 10220 Big Canoe, Big Canoe, GA 30143 |
| Oden, Joe | 4433 Live Oak Lane, Chattanooga, TN 37411 |

## Attachment "F-1"
## TRI-STATE CREMATORY
## PLAINTIFFS' WITNESS LIST

| | |
|---|---|
| Parker, Jonathan | Georgia State Patrol, 1166 Lovers Lane Road, Calhoun, GA  30701 |
| Patterson, Deloris | PO Box 218, Winston, GA  30187 |
| Pettit, Durward | Erwin-Petitt Funeral Home, 12855 US 27 North, Summerville, GA  30747 |
| Phillips, Eloise | 21 Lost Tree Lane, Columbia, SC  29223 |
| Price, Peggy | Route 1 Box 644 3rd St., Tracy City, TN  37387 |
| Rahill, Paul | IEE, 2501 John Young Pkwy., Orlando, FL. |
| Rainwater, William | J.D. Hill Funeral Home, 833 Chickamauga Avenue, Rossville, GA  30741 |
| Ramey, Greg | Georgia Bureau of Investigation, PO Box 279, Buchanan, GA  30113 |
| Rankin, Preston | 5339 Marion Avenue, East Ridge, TN  37412 |
| Raper, Debbie Jo | South Pittsburg, TN |
| Reynolds, William | 3529 Dell Trail;   Chattanooga, TN. 37411 |
| Risley, Janice | PO Box 43, Fairmount, GA  30139 |
| Rollins, Paul | 131 Raulston Avenue, Monteagle, TN 37356-9573 |
| Ross, Heather | 707 Ohio Avenue, Belpre, OH  45714 |
| Ryan, Robert | Ryan Funeral Home, PO Box 506, Trenton, GA  30752 |
| Sanchez, Renee | 195 Valley View Dr., Tyrone, GA  30290 |
| Schrader, Robert | Turner Funeral Home, 1101 Dodds Avenue, Chattanooga, TN  37416 |
| Shenk, Mary Ann | 936 Mountain Creek Road, Apt. L-95, Chattanooga, Tennessee 37421 |
| Smartt, Maggie | 102 Talley Road, Chattanooga, TN. 37411 |
| Smith, Gearldean | 429 Center Point Road, LaFayette, GA. 30728 |
| Snow, Bobbie | 128 Sparrow Drive, Trenton, GA |
| Spearman, Walter | 262 Joyland Place SW, Building 2 – Apt. 2, Atlanta, GA  30315 |
| Sperry, Kris | GBI, Medical Examiner's Office, PO Box 370808, Decatur, GA  30037-0808 |
| Tamburello, Tom | 728 Stallings Road, Trenton, GA  30752 |
| Taylor, Crystal | 1904 Tibbs Terrace, Dalton, GA 30720 |
| Taylor, John | Taylor Funeral Home, 3417 Wilcox Boulevard, Chattanooga, TN  37411 |
| Thomas, Bruce | 535 Red Bud Road NE, Calhoun, GA  30752 |
| Turner, Mike | Turner Funeral Home, 1101 Dodds Avenue, Chattanooga, TN  37416 |
| Wessells, Joy | 711 Key Hulse Road, Signal Mtn., TN 37377 |
| Williams, John (Expert) | Department of Anthropology, Western Carolina University, Cullowhee, NC 28723 |
| Wilson, Dewayne | Walker County Coroner, PO Box 1063, LaFayette, GA  30728 |
| Wilson, Leroy | W.L. Wilson & Sons Funeral Home, PO Box 2093, Ft. Oglethorpe, GA  37402-0093 |
| Wilson, Steve | Walker County Sheriff's Department, PO Box 767, LaFayette, GA  30728 |
| Wolff, Kevin R. | Atlanta Gas & Light and GA Natural Gas, 10 Peachtree Street, Suite 100, Atlanta, GA  30309 |
| Yockel, Paula | 72 Transvaal Ave., Pittsburgh, PA  15212 |
| **All witnesses listed by any other Party** | |
| | |
| | |
| | |
| | |

300410.2

**Attachment "F-1"**
**TRI-STATE CREMATORY**
**PLAINTIFFS' WITNESS LIST**