D3M4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI-STATE | ) | MDL DOCKET NO. 1467 |
| CREMATORY LITIGATION | ) | |
| | ) | |
| This relates to all actions. | ) | |

## JOINT MOTION TO ALLOW THE USE OF MULTIMEDIA AND COMPUTER EQUIPMENT AT TRIAL

Come now Plaintiffs, by and through Plaintiffs' Liaison Counsel, Robert H. Smalley, III, Funeral Home Defendants, by and through Lead/Liaison Counsel, J. Anderson Davis, and the Marsh Defendants (hereinafter the "Parties"), and herewith jointly move this honorable Court for an order permitting a multimedia presentation at the upcoming jury trial and permitting counsel for the parties to use laptop computers and other computers at counsel table during said trial, currently scheduled to begin on March 1, 2004.

Because of the complexity of this litigation and the number of documents involved, the parties would like to use a multimedia presentation system to facilitate the presentation of evidence at the hearing. This system will enable the parties to publish exhibits to the Court and the jury through the use of a computer monitor in the courtroom. This monitor will be located in the courtroom and will include one large projection screen located by the jury box. The system also

1028

includes a high resolution projector and various peripheral devices to support the courtroom network.

If the Court grants permission to use the system, the Parties' vendors, Courtroom Sciences, Inc and representatives on behalf of Plaintiffs, request an opportunity to set up the system on Friday, February 27, 2004 at the Court's convenience and discretion. If the Court grants permission to use the system, representatives from said vendors will consult with the U.S. Marshall's office as to all of the logistics in bringing the system into the courthouse.

WHEREFORE, for the foregoing reasons, the Parties respectfully move the Court for an order:

1) allowing the Parties to publish evidence through computer monitors at trial;

2) granting the Parties' vendors, Courtroom Sciences, Inc and representatives on behalf of Plaintiffs permission to set up the system on Friday, February 27, 2004, at such time that is convenient to the Court;

3) granting the Parties' vendors, Courtroom Sciences, Inc and representatives on behalf of Plaintiffs permission to enter the building on Friday, February 27, 2004 and to leave the building upon conclusion of the trial, with the

multimedia equipment;

4) granting Parties' counsel permission to use computers and laptops at the hearing;

5) granting Parties' counsel permission to enter and leave the building with the laptops on a daily basis beginning on March 1, 2004 until the conclusion of the trial.

Respectfully submitted this 23rd day of February, 2004.

**McCamy, Phillips, Tuggle & Fordham, LLP**

By: *[signature]*
Robert H. Smalley, III
Georgia Bar No.: 653405
Plaintiffs' Liaison Counsel
PO Box 1105
Dalton, GA 30722-1105
706-278-4499
706-278-5002 Fax

**Jenkins & Olson, P.C.**

By: *[signature]*
Frank E. Jenkins, III
Georgia Bar No.
15 Public Square, South
Cartersville, GA 30120-3350
770-387-1373

**Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP**

By: *[signature]*
Robert M. Brinson
Georgia Bar no.: 082900
J. Anderson Davis
Georgia Bar No.: 211077
Funeral Home Defendants
  Lead/Liaison Counsel
PO Box 5513
Rome, GA 30162-5513
706-291-8853
706-234-3574