

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI-STATE CREMATORY LITIGATION | : | MDL DOCKET NO. 1467 |
| CAROL A. BECHTEL, PAULA YOCKEL, NAOMI WEBB, THOMAS G. CONYERS, LINDA HAMIL, KATHI KELLY, THOMAS EDKINS, MD, RICHARD REID, and JAMES SHIRLEY, on behalf of themselves and others similarly situated, | : | Civil Action No. 4:02-CV-041-HLM JURY DEMAND |
| Plaintiffs, | : | |
| v. | : | |
| TRI-STATE CREMATORY, INC., T. RAY BRENT MARSH, individually And f/d/b/a TRI-STATE CREMATORY, CLARA C. MARSH, RHAMES L. MARSH, CLARA C. MARSH, as Administrator of The Estate of TOMMY RAY MARSH, Individually and f/d/b/a TRI-STATE CREMATORY, BOB FOSTER d/b/a FOSTER & SON FUNERAL HOME BURT FUNERAL HOMES, INC., CAGLE FUNERAL HOME, INC. CUMBERLAND FUNERAL SERVICES, INCORPORATED, CUMBERLAND FUNERAL HOME, CUMBERLAND FUNERAL HOME - | : | |



1029

TRACY CITY, :
CROX, WALTER, d/b/a COVENANT :
FUNERAL SERVICE, :
ERWIN PETTIT FUNERAL HOME, INC., :
EWTON FUNERAL HOME, INC., :
FAMILY MORTUARY, INC. :
FOSTER, ROBERT and LAY, DEAN, d/b/a:
FOSTER & LAY FUNERAL HOME, :
FRANKLIN-STRICKLAND FUNERAL :
HOME, INC., :
HAROLD B. GILMORE f/d/b/a :
GILMORE FUNERAL HOME, :
GILMORE FUNERAL HOME, LLC, :
HARDWICK & SONS FUNERAL :
HOME, INC., :
HOUSE OF OVERSTREET :
MORTUARY, INC., :
J. AVERY BRYAN FUNERAL :
HOME, INC., :
JESSE JONES FUNERAL HOME, INC., :
JULIAN PEEPLES MEMORIAL CHAPEL :
INC., d/b/a JULIAN PEEPLES :
FUNERAL HOME :
KERBY FUNERAL HOME, INC., :
KERBY FUNERAL HOME, LLC., :
LAYNE FUNERAL HOME. INC., :
LOVE FUNERAL HOME, INC., :
PATTON'S FUNERAL HOME, :
PEEPLES FUNERAL HOME, INC. :
d/b/a PEEPLES FUNERAL HOME, :
PINKARD & MEE FUNERAL SERVICE :
INC., , :
PRIME SUCCESSION, INC., :
PRIME SUCCESSION HOLDINGS, INC. :
PRIME SUCCESSION OF TENNESSEE, :
INC., :
BUCKNER-RUSH ENTERPRISES, INC., :
PUTNAM FUNERAL HOME, INC. (THE), :
R.D. MOORE FUNERAL HOME, INC., :
R. DUDLEY BARTON & SON :

FUNERAL HOME, INC., :
RYAN FUNERAL HOME, INC., :
SCI ALABAMA FUNERAL SERVICES :
INC., f/d/b/a KERBY FUNERAL HOME, :
SCI GEORGIA FUNERAL SERVICES :
INC., d/b/a J.D. HILL FUNERAL HOME, :
SCI GEORGIA FUNERAL SERVICES :
INC., d/b/a JENNINGS FUNERAL HOME, :
SCI GEORGIA FUNERAL SERVICES :
INC., d/b/a JENNINGS HERITAGE :
CHAPEL FUNERAL HOME :
SCI GEORGIA FUNERAL SERVICES :
INC., d/b/a PARNICK JENNINGS :
FUNERAL HOME, :
SCI GEORGIA FUNERAL SERVICES :
INC., f/d/b/a ERWIN PETTIT :
FUNERAL HOME :
SCI GEORGIA FUNERAL SERVICES :
INC., f/d/b/a J. AVERY BRYAN OF :
CHICKAMAUGA, :
SCI GEORGIA FUNERAL SERVICES :
INC., f/d/b/a KENEMER BROTHERS :
FUNERAL HOME, :
SCI GEORGIA FUNERAL SERVICES :
INC., f/d/b/a WALLIS STEWART :
FUNERAL HOME, :
SCI TENNESSEE FUNERAL SERVICES :
INC. d/b/a CHATTANOOGA FUNERAL :
HOME-EAST CHAPEL, :
SCI TENNESSEE FUNERAL SERVICES :
INC. d/b/a CHATTANOOGA FUNERAL :
HOME-NORTH CHAPEL, :
SCI TENNESSEE FUNERAL SERVICES :
INC. d/b/a CHATTANOOGA FUNERAL :
HOME-VALLEY VIEW CHAPEL, :
SCI TENNESSEE FUNERAL SERVICES :
INC. d/b/a CHATTANOOGA FUNERAL :
HOME-WEST CHAPEL, :
SCI TENNESSEE FUNERAL SERVICES :
INC., d/b/a FIKE FUNERAL HOME, :

SCI TENNESSEE FUNERAL SERVICES INC., f/d/b/a HOOPER FUNERAL HOMES, INC.,
WALLIS STEWART FUNERAL HOME
SEQUATCHIE VALLEY MEMORIAL FUNERAL HOME & GARDENS, INC.,
TAYLOR FUNERAL HOME OF CHATTANOOGA, INC.,
THOMAS AND SON FUNERAL HOME, INC.,
TURNER FUNERAL HOME, INC.,
WALLIS-WILBANKS FUNERAL HOME, LLC,
WANN FUNERAL HOME, INC.,
WILLIS FUNERAL HOME, INC., and
W.L. WILSON & SONS FUNERAL HOME, INC.,

Defendants.

**THIRD AMENDED CLASS ACTION COMPLAINT**

Come Now Plaintiffs and herewith Amend their Second Amended Class Action Complaint pursuant to Fed. R. Civ. P. 15 and pursuant to Order of this Honorable Court Granting Leave to Amend entered February 19, 2004, by renaming certain defendants, as follows:

1. Defendant "Covenant Funeral Service" shall be amended such that the correct party defendant is "Walter Crox, d/b/a Covenant Funeral Service."

2. Defendant "Foster & Lay Funeral Home" shall be amended such that the correct party defendant is "Robert Foster and Dean Lay, d/b/a Foster & Lay Funeral Home."

3. Defendant "T. Ray Brent Marsh" shall be amended such that the correct party defendant is "T. Ray Brent Marsh, individually and f/d/b/a Tri-State Crematory."

4. Defendant Clara C. Marsh, as Administratrix of the Estate of Tommy Ray Marsh" shall be amended such that the correct party defendant is "Clara C. Marsh, as Administratrix of the Estate of Tommy Ray Marsh, individually and f/d/b/a Tri-State Crematory."

All other provisions of Plaintiffs' Second Amended Complaint shall remain as previously set forth.

Dated this 23 day of February, 2004.

McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Robert H. Smalley, III
P.O. Box 1105
Dalton, Georgia 30722
Telephone: (706) 278-4499
Facsimile: (706) 278-5002

*Plaintiffs'/Respondents' Liaison Counsel*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs'/Respondents' Lead Counsel*

Kathryn E. Barnett
Elizabeth A. Alexander
3319 West End Avenue, Suite 600
Nashville, Tennessee 37203
Telephone: (615) 313-9000
Facsimile: (615) 313-9965q

BARRETT LAW OFFICE
Don Barrett
Charles Barrett
3319 West End Avenue, 6th Floor
Nashville, Tennessee 37203

DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVINE
Leslie Bryan
Suite 1600, 1355 Peachtree Street
Atlanta, Georgia 30309

SIMS, GRADDICK & DODSON, PC
Charles Graddick
Todd Strohmeyer
205 St. Emanuel Street
Mobile, Alabama 36602

SHUMAKER, WITT, GAITHER & WHITAKER
William G. Colvin
Suite 500, First Tennessee Building
701 Market Street
Chattanooga, Tennessee 37402

MABRY & McCLELLAND, LLP
Robert M. Darroch
Tenth Floor, 2200
Century Parkway, N.E.

THE FLEISSNER FIRM
Phillip A. Fleissner
600 Georgia Avenue
Chattanooga, Tennessee 37402

Atlanta, Georgia 30345

DAVID RANDOLPH SMITH &
ASSOCIATES
David Randolph Smith
Hillsboro Village, 1910 Acklen Avenue
Nashville, Tennessee 37212

COPPEDGE & LEMAN, PC
Joe Leman
508 South Thornton Avenue
Dalton, Georgia 30720

*Plaintiffs' Steering Committee*

**PROOF OF SERVICE BY MAIL**

I hereby certify that a copy of the foregoing was served by postage prepaid United States mail on the 23 of February, 2004 addressed to those listed below:

Robert H. Smalley, III

J. Anderson Davis, Esq.
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
PO Box 5513
Rome, GA 30162

*Funeral Home Defendants*
*Lead/Liaison Counsel*

Frank E. Jenkins, III
Jenkins & Olson, PC
15 South Public Square
Cartersville, GA 30120

McCracken K. Poston, Jr., Esq.
Attorney at Law
62 Nance Lane
PO Box 1130
Ringgold, GA 30736