**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:   TRI-STATE CREMATORY   )
         LITIGATION             )   MDL DOCKET NO. 1467
                                )

## FUNERAL HOME DEFENDANTS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CROSS-CLAIM AGAINST MARSH DEFENDANTS

The Funeral Home Defendants, collectively and individually[1], pursuant to Fed. R. Civ. P. 41 (c), respectfully request and move this Honorable Court to dismiss

---

[1] Erwin Pettit Funeral Home, Inc., Bob Foster D/b/a Foster &Son Funeral Home, Cumberland Funeral Home, Inc., d/b/a/ Cumberland Funeral Home, Dean Lay Funeral Home, Gilmore Funeral Home, LLC, Hardwick & Sons Funeral Home, Inc., J. Avery Bryan Funeral Home, Inc., R. D. Moore Funeral Home, Inc., Ryan Funeral Home, Inc., SCI Georgia Funeral Services, Inc., d/b/a J.D. Hill Funeral Home, SCI Georgia Funeral Services, Inc., d/b/a Jennings Funeral Home, SCI Georgia Funeral Services, Inc., d/b/a Jennings Heritage Chapel Funeral Home, SCI Georgia Funeral Services, Inc., d/b/a Parnick Jennings Funeral Home, SCI Georgia Funeral Services, Inc., f/d/b/a Erwin Pettit Funeral Home, SCI Georgia Funeral Services, Inc., f/d/b/a J. Avery Bryan of Chickamauga, SCI Georgia Funeral Services, Inc., f/d/b/a Kenemer Brothers Funeral Home, SCI Georgia Funeral Services, Inc., f/d/b/a Wallis Stewart Funeral Home, SCI Tennessee Funeral Services, Inc. d/b/a Chattanooga Funeral Home-East Chapel, SCI Tennessee Funeral Services, Inc. d/b/a Chattanooga Funeral Home-North Chapel, SCI Tennessee Funeral Services, Inc. d/b/a Chattanooga Funeral Home-Valley View Chapel, SCI Tennessee Funeral Services, Inc. d/b/a Chattanooga Funeral Home-West Chapel, SCI Tennessee Funeral Services, Inc., d/b/a Fike Funeral Home, Wallis Stewart Funeral Home, Sequatchie Valley Memorial Funeral Home & Gardens, Inc., Taylor Funeral Home of Chattanooga, Inc., Thomas and Son Funeral Home, Inc., Turner Funeral Home, Inc., Wallis-Wilbanks Funeral Home, LLC, Wann Funeral Home, Inc., and W.L. Wilson & Sons Funeral Home, Inc.

without prejudice their respective cross-claims against against Tri-State Crematory, Inc., T. Ray Brent Marsh, Clara C. Marsh, Rhames L. Marsh and Clara C. Marsh, the Administratrix of the Estate of Tommy Ray Marsh, deceased, and Tri-State Crematory, a sole proprietorship or as a trade name (hereinafter referred to as the "Marsh Defendants").

The Funeral Home Defendants, collectively and individually, show that, in the Funeral Home Defendants' Answer to Plaintiffs' Master Complaint – Second Amended Class Action Complaint, and Cross-claim Against Tri-state Crematory, Inc. and the Marsh Defendants, the Funeral Home Defendants set forth their individual and collective claims against the Marsh Defendants, jointly and severally. According to the cross-claims, the Marsh Defendants are solely responsible for any and all judgments, monies, fees and other costs that may be rendered against any and all Funeral Home Defendants in favor of Plaintiffs.  These cross claims also seek recovery of the costs, fees, expenses and attorneys fees that the Funeral Home Defendants, individually and collectively, incurred as a result of defending the case.

At this time, the Funeral Homes Defendants wish to dismiss without prejudice the cross-claims described herein against the Marsh Defendants. The Funeral Home Defendants reserve the right to pursue any indemnity and/or contributions claims

against the Marsh Defendants, if necessary, after the completion of this trial. The Funeral Home Defendants also reserve the right to pursue the costs, fees, expenses and attorneys fees that the Funeral Home Defendants, individually and collectively, incurred as a result of defending the case.

WHEREFORE, the Funeral Home Defendants respectfully request and move that the Court approve the dismissal without prejudice of the Funeral Home Defendants' cross claims against the Marsh Defendants.

Respectfully submitted this 24th day of February, 2004.

|  |  |
|---|---|
| | **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP** |
| The Omberg House<br>615 West First Street<br>Post Office Box 5513<br>Rome, GA 30162-5513<br>Phone 706/291-8853<br>Fax 706/234-3574 | Robert M. Brinson<br>Georgia Bar No. 082900<br><br>By: _____<br>J. Anderson Davis<br>Georgia Bar No. 211077<br><br>Lead and Liaison Counsel for<br>Defendant Funeral Homes |

115185.1

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Funeral Home Defendants' Motion to Dismiss Without Prejudice the Cross Claims against the Marsh Defendants** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA  30736
Liaison/Lead Counsel for
Tri-State Crematory, Inc.

Frank E. Jenkins, III
JENKINS & NELSON, P.C.
15 Public Square
Cartersville, GA  30120
Liaison/Lead Counsel for
the Marsh Family

This 24th day of February, 2004.

_____
J. Anderson Davis
Georgia Bar No. 211077

115185.1