UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

ORDER

This case is before the Court on the Funeral Home Defendants' Motion for Protective Order and Objections to the Notice of Deposition of A.L. Allen, Jr.

On February 23, 2004, the Funeral Home Defendants filed their Motion for Protective Order and Objections to the Notice of Deposition of A.L. Allen, Jr. On February 24, 2004, Plaintiffs' counsel advised the Court that Plaintiffs' counsel intended to withdraw the Notice of Deposition pertaining to Mr. Allen. The Court therefore **DENIES AS MOOT AND WITHOUT PREJUDICE** the Funeral Home Defendants' Motion for Protective Order and Objections to the Notice of Deposition of A.L. Allen, Jr.

IT IS SO ORDERED, this the 24th day of February, 2004.

UNITED STATES DISTRICT JUDGE

1