FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

FEB 24 2004

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

ORDER

This case is before the Court on Funeral Home Defendants' Motion to Exclude Expert Testimony of Dr. William Bass [964].

The Court grants the Funeral Home Defendants' Motion to Exclude Expert Testimony of Dr. William Bass with respect to the matters discussed in Funeral Home Defendants' Motion to Exclude Expert Testimony, including: (1) testimony that Tri-State Crematory was not careful in its operations; (2) testimony that a portion of a cow's palate was included in some cremated remains from Tri-State Crematory; (3) testimony that cremated remains from Tri-State Crematory were light in weight; and (4) testimony that cremated remains from Tri-State Crematory were contaminated by cement, sand, or concrete. The Court finds that Dr. Bass's testimony on those matters lacks a reliable basis and is speculative in nature. The Court therefore will not permit Dr. Bass to offer expert testimony concerning the above-listed subjects.

ACCORDINGLY, the Court **GRANTS** Funeral Home Defendants' Motion

%AO 72A
(Rev. 8/82)

1039

to Exclude Expert Testimony of Dr. William Bass [964].

IT IS SO ORDERED, this the ___14th___ day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)