

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE                       MDL DOCKET NO. 1467
CREMATORY LITIGATION

This Order relates to:

ALL CASES

### ORDER

This case is before the Court on the Court's own Motion.

Defendants W.L. Wilson & Sons Funeral Home and Gilmore, L.P., have reached tentative settlement agreements with Plaintiffs. Those Defendants consequently seek relief from any further contribution toward payment of lead/liaison counsel fees and expenses or any expenses incurred jointly by the Funeral Home Defendants.

The Court finds that the requests made by Defendants W.L. Wilson & Sons Funeral Home and Gilmore, L.P. are appropriate. The Court therefore relieves those Defendants from responsibility for, and liability for, payment of the fees and expenses of liaison counsel and expenses incurred jointly by the Funeral Home Defendants accruing after February 24, 2004, the date that the Court tentatively approved the settlements involving those Defendants and Plaintiffs. If the settlements between Plaintiffs and those Defendants do not actually take place, the Court will

AO 72A
(Rev. 8/82)

1040

issue an Order requiring those Defendants to participate in fees and expenses of liaison counsel and expenses incurred jointly by the Funeral Home Defendants that accrue after February 24, 2004, if the Court finds that the activities generating those fees and expenses have benefitted those Defendants.

IT IS SO ORDERED, this the 24th day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE