# ORIGINAL

FILED IN CLERK'S OFFICE

FEB 2 5 2004

~~~~~, Clerk

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE )
CREMATORY LITIGATION ) MDL DOCKET NO. 1467
)

---

## FUNERAL HOME DEFENDANTS' SECOND AMENDMENT AND THIRD SUPPLEMENT TO THE PRE-TRIAL ORDER

The FUNERAL HOME DEFENDANTS respectfully request permission to amend and supplement the Pre-Trial Order as follows:

16.

Attached hereto as Attachment E-2 for the Funeral Home Defendants is the submission of Stipulated Facts by the Funeral Home Defendants.

**See Attachment E-2.**

18.

Attached hereto as Attachment "F-l" for the plaintiff, Attachment "F-2" for the defendant, and Attachment "F-3", etc. for all other parties is a list of all the witnesses and their addresses for each party.

**Funeral Home Defendants attach a Second Revised Witness List, marked as Second Revised Attachment F-2.**

*1046*

23.

**Funeral Home Defendants request that Court consider the attached**

**working draft of the Funeral Home Defendants' Verdict Form, as discussed**

**at the Pretrial conference held on February 19, 2004.**

Respectfully submitted, this 25th day of February, 2004.

**BRINSON, ASKEW, BERRY, SEIGLER,**
**RICHARDSON & DAVIS, LLP**

The Omberg House
615 West First Street
Post Office Box 5513
Rome, GA 30162-5513
Phone 706/291-8853
Fax 706/234-3574

Robert M. Brinson
Georgia Bar No. 082900

By: _____

J. Anderson Davis
Georgia Bar No. 211077

Lead and Liaison Counsel for Defendant
Funeral Homes

142658.1



 ATTACHMENT

E

(To be scanned in place of tab)



# EXHIBIT / ATTACHMENT

2

(To be scanned in place of tab)

**IN RE: TRI-STATE CREMATORY LITIGATION
MDL DOCKET NO. 1467**

**ATTACHMENT E-2**

**STIPULATED FACTS
SUBMITTED BY FUNERAL HOME DEFENDANTS**

1.  Tri-State Crematory began operating in 1982.

2.  Prior to the opening Tri-State Crematory for business, Ray Marsh owned and operated Marsh Vault and Grave Service.

3.  Initially, Ray Marsh made the vaults he used in his vault business.

4.  In the twelve years prior to the opening of Tri-State Crematory, area funeral homes had worked closely with Ray Marsh and his vault and grave digging business.

5.  Prior to the opening of Tri-State Crematory, the closest crematory in the Northwest Georgia area was in Atlanta, Georgia.

6.  In 1992, Ray Marsh ran on the Democratic ticket for the office of Walker County Coroner.

7.  Ray Marsh lost the county election for Walker County Coroner to Bill McGill, the incumbent for the previous 14 years, by a margin of 53.79 percent to 46.20 percent.

8.  On March 12, 1996, Walker County Commissioner declared March 12, 1996 as Ray Marsh Day.

9.  On Ray Marsh Day, Ray Marsh was presented with a county proclamation by the then Walker County Commission, stating "Ray has been a great asset to Walker County serving on many committees over the years, particularly as a member of the board of directors of the Walker County Department of Family and Children Services."

142163.1

10. The Walker County Commissioner also honored Ray Marsh in the proclamation as "an outstanding citizen of Walker County, an honorable man of high moral character and honest business practices, a wonderful husband and father, and a beloved friend."

11. Ray Marsh and Clara Chestnut Marsh were married until Ray Marsh's death in 2003.

12. In 1989, Clara Marsh served as Director of the Walker County Drug Free Program.

13. Clara Marsh directed the Walker County Drug-Free School program.

14. For several years, including 1991 and 1992, Clara Marsh served as the Walker County School System drug abuse prevention resource teacher and coordinated Red Ribbon Week, a program sponsored by the National Federation of Parents for a Drug Free Youth.

15. Clara Marsh served as Walker County's drug intervention teacher.

16. As Walker County's drug intervention and resource teacher, Clara Marsh was active in the "Just Say No" program and the Chattanooga and North Georgia "Students Taking a Right Stand" program.

17. In 1995, Clara Marsh was named "Walker County Citizen of the Year," an award given each year to a Walker County Resident who has performed meritorious service above and beyond what would be expected of a citizen.

18. In 1986, Clara Marsh served on a 14 person committee for securing a bank in the Noble-Rock Spring area and was named secretary of that committee.

19. In 1986, Clara Marsh was named secretary-treasurer of the Northwest Georgia Community Mental Health-Mental Retardation Area Citizens Advisory Council.

20. In 1987, Clara Marsh served as Local Chairman of the National Kidney Foundation.

142163.1

21.   From December 1982 through March 1986, Clara Marsh served as Chairman of the Walker County Democratic Party.

22.   In 1997, Clara Marsh was named to the Board of Directors of the Walker Technical Institute.

23.   Clara Marsh was a public school teacher for 32 years teaching in South Carolina and Walker County, Georgia.

24.   Clara Marsh was a charter member of LaFayette Business and Professional Women's Club.

25.   In 1990, at the State of Georgia Convention in Marietta, Georgia, Clara Marsh was awarded the "Georgia Woman in History" award sponsored by the Georgia Business and Professional Women's Clubs.

26.   Clara Marsh was selected for the "Georgia Woman in History" award by a panel from the Florida Federation of Business and Professional Women.

27.   Clara Marsh served as Chairman of the Rome Regional Hospital Mental Health Advisory Council.

28.   Clara Marsh served as a Member of the Walker County Leadership Council.

29.   Clara Marsh was the Walker County Representative to the Jefferson-Jackson Dinner.

30.   Clara Marsh served as a member of the Walker County Bicentennial Committee.

31.   Clara Marsh was a member of the Walker County Association of Educations and a member of the Board of Directors of the Georgia Association of Educators.

32.   Clara Marsh served as Sunday School Superintendent and a Member of the Board of Trustees of the New Home Baptist Church.

142163.1

33.   Ray Marsh and Clara Marsh have five children, including three daughters
      and two sons.  In 1990, Clara and Ray Marsh's oldest son worked at the
      Pentagon in Washington D.C. with the U. S. Army, one daughter was a
      school teacher, one daughter worked with VISTA Community Program, one
      daughter was attending college, and Brent Marsh who was a senior in high
      school.

34.   In 1990, Clara Marsh was appointed by Governor Joe Frank Harris to
      Georgia's Ad Valorem Assessment Review Commission.

35.   Clara Marsh has received recognition from the LaFayette Housing Authority
      for her volunteer efforts, and received a plaque from the Authority
      Commissioners and staff which states "Loves her neighbor as herself."

36.   In 1999, Clara Marsh served as a volunteer for the Walker County Court
      Appointed Special Advocate Program which helps abused and neglected
      children.

37.   The next-of-kin of the following decedents who were identified on the Tri-
      State Crematory property are not bringing any claims in this litigation
      against a funeral home but are only asserting claims against Tri-State
      Crematory, Brent Marsh, Clara Marsh, Lashea Marsh and the Estate of Ray
      Marsh:

      1.    Harlan Anthony Ledford
      2.    Johnny P. Gravitt
      3.    Stanley Dilbeck
      4.    Alto Arlene Stewart
      5.    Edwin Engle
      6.    Alan Cutler
      7.    Sarah Smith
      8.    Evelyn G. Gibson
      9.    Clinton Walls
      10.   Lillie T. Johnson
      11.   Johnnie Jenkins
      12.   Joseph Silva
      13.   Pearl Mae Henson

14. William Roscoe Burns
15. Lewis Patterson
16. Richard Ellison Lee
17. Floyd Padget
18. Lester Willard Shockley
19. Homer Leon Johns
20. Carol A. Henson
21. George Witt
22. Florence Wells
23. Barbara Pelletier
24. Stanley Joseph Angelle
25. Sarah Ruth Delay
26. Malcolm Steve Holder
27. Eric K. Lloyd
28. Karen Owens
29. Stephen Taylor
30. Roy Waco Simpson
31. Cyril Walton
32. Hugh Johnson
33. Edmond Beach
34. Lloyd Harden
35. Ricky Huffaker
36. Marvin Ausburn
37. Edward Earl Robinson
38. Dale Stewart Tyrrell
39. Wayne Allen
40. Ira Manis
41. J.W. Rymer
42. Marjorie S. Crackel
43. Robert C. Roe
44. John F. Pinder
45. Donald S. Edsell
46. Richard Arntz
47. Opal Rush
48. Martin R. Huart, Sr.
49. Mildred Watts
50. Welby Joe Saylor

142163.1

51.    Rosa Rice
52.    Clayton McClure
53.    John Edwards Bowens
54.    Lua Mae Nehrenz
55.    Carolyn Ellison
56.    James Guyer
57.    Lovie Mae Huff
58.    Francis James Rutters
59.    Victoria Walker
60.    Thomas Stillwell
61.    Peggy Ann Pate
62.    James Nard
63.    Lydia F. Lennon
64.    Virgil Bell
65.    Thomas J. Conyers
66.    Ruffus Tolliver
67.    Virginia Hulett
68.    Arlene Clark
69.    Bertha King
70.    Aaron McReynolds
71.    James Todd
72.    Mamie R. Watts
73.    Frederick Craig
74.    Virginia Hugenberger
75.    Charles Goode
76.    Margaret Grigsby
77.    Gregory Greer
78.    Frances Otellio
79.    James Henry Neal
80.    Narhonda Tucker
81.    William O. Pierce
82.    Jack Ray
83.    Clarence M. Collins
84.    Reed Moran, Jr.

38.   The next-of-kin of the following decedents who were identified on the Tri-State Crematory property are bringing claims in this litigation against a funeral home defendant and Tri-State Crematory, Brent Marsh, Clara Marsh, Lashea Marsh and the Estate of Ray Marsh:

| | | |
|---|---|---|
| 1. | Ann L. Hawkins | Wallis-Wilbanks Funeral Home |
| 2. | Stanley Mitchell | Sequatchie Valley Funeral Home |
| 3. | Gary Alan Pletcher | Wann Funeral Home |
| 4. | Billie Striebirger | Wann Funeral Home |
| 5. | Raymond A. Lee | Turner Funeral Home |
| 6. | Nancilee Kelly | Wann Funeral Home |
| 7. | Anna Bell Blevins | R.D. Moore Funeral Home |
| 8. | James Fletcher | Ryan Funeral Home |
| 9. | Betty Jean Davis | Turner Funeral Home |
| 10. | David Massengale | Turner Funeral Home |
| 11. | Natalie Canada | Wann Funeral Home |
| 12. | Phillip Flemister | Crombie-Pinkard Funeral Home |
| 13. | Larry T. Jones | Turner Funeral Home |
| 14. | William Green | Turner Funeral Home |
| 15. | Clinton Cater | Turner Funeral Home |
| 16. | Charles F. Martin | Gilmore Funeral Home |
| 17. | Ross Hall | Wann Funeral Home |
| 18. | Fred Ryan | Wann Funeral Home |
| 19. | Georgia Smith | Turner Funeral Home |
| 20. | Ethel Reynolds | Turner Funeral Home |
| 21. | Richard Shaw | Wallis-Wilbanks Funeral Home |
| 22. | Sherry L. Thayer | Sequatchie Valley Funeral Home |
| 23. | Roderick Gay | Moore's Funeral Home |
| 24. | Salvatore Todaro | Gilmore Funeral Home |
| 25. | Alfred G. Azar | Turner Funeral Home |
| 26. | Kenneth Schenk | Turner Funeral Home |
| 27. | Cora McAllister | Wann Funeral Home |
| 28. | Edna Scruggs | Ryan Funeral Home |
| 29. | Deborah Gent | Thomas & Son Funeral Home |
| 30. | Robert S. Williams | Wann Funeral Home |
| 31. | Laura Harper | Taylor Funeral Home |
| 32. | Henry Green | Turner Funeral Home |

| | | |
|---|---|---|
| 33. | Richard Jones | Wann Funeral Home |
| 34. | Johnny Laymon | Turner Funeral Home |
| 35. | John E. Craze | J. Avery Bryan Funeral Home |
| 36. | Elenor William Caldwell | Wann Funeral Home |
| 37. | Esther Duncan | Wann Funeral Home |
| 38. | Margaret W. Kile | Turner Funeral Home |
| 39. | Catherine Blackburn | Turner Funeral Home |
| 40. | Tida Landry | Wann Funeral Home |
| 41. | Florence Bohr | Wann Funeral Home |
| 42. | Daniel F. Christie | Turner Funeral Home |
| 43. | Van Robert Brock | Wallis-Wilbanks Funeral Home |
| 44. | Edward Gomez | Turner Funeral Home |
| 45. | Robert H. Gosnell | Turner Funeral Home |
| 46. | Rindaldo Calderone | Turner Funeral Home |
| 47. | Charles Kilgore | Foster & Son |
| 48. | Lance Sargent | Crombie-Pinkard Funeral Home |
| 49. | Ron Hendricks | Cagle Funeral Home |
| 50. | Thomas D. Hembre | Foster & Lay Funeral Home |
| 51. | Marianne Schroeder | Foster & Lay Funeral Home |
| 52 | William Bell Mooney | Foster & Lay Funeral Home |
| 53. | Helen Wharey | Foster & Lay Funeral Home |
| 54. | Joseph P. Rice | Covenant Funeral Home |
| 55. | Anna Lea Seay | Moore Funeral Home |
| 56. | Raymond Webb | Turner Funeral Home |
| 57. | Virginia J. Parham | Wallis-Wilbanks Funeral Home |
| 58. | David Oldaker | J. Avery Bryan |
| 59. | Terry Carringer | Covenant Funeral Home |
| 60. | James T. Boes | Wann Funeral Home |
| 61. | Norma J. Dickson | Turner Funeral Home |
| 62. | Shelaine Johnson | Covenant Funeral Home |
| 63. | Thomas Greeson | Wallis-Wilbanks Funeral Home |
| 64. | Mary Cate | Wann Funeral Home |
| 65. | Nellie Collins | Wallis-Wilbanks Funeral Home |
| 66. | Addis Crowe | Wann Funeral Home |
| 67. | John Kidd | Wann Funeral Home |
| 68. | Daniel Teague | Covenant Funeral Home |
| 69. | Caroline McClur | Covenant Funeral Home |

| | | |
|---|---|---|
| 70. | Lucy Van Dyke | Wann Funeral Home |
| 71. | Ronnie White | Turner Funeral Home |
| 72. | Oliver Harpole | Gilmore Funeral Home |
| 73. | Annie Brien | Turner Funeral Home |
| 74. | James S. Kecskes | Turner Funeral Home |
| 75. | Dorothy J. Ledford | J. Avery Bryan Funeral Home |
| 76. | Gary Rae Staton | Turner Funeral Home |
| 77. | Lois M. Kline | Turner Funeral Home |
| 78. | Mark Edward Burns | Turner Funeral Home |
| 79. | Syble Shriver | Turner Funeral Home |
| 80. | Janna Taylor | House of Overstreet |
| 81. | Frank Duff, Sr. | Wann Funeral Home |
| 82. | Richard M. Brackett | Turner Funeral Home |
| 83. | Kimberly McGraw | Moore Funeral Home |
| 84. | George Sizer Lee | Wann Funeral Home |
| 85. | Linda A. Halsead | Wann Funeral Home |
| 86. | Sheldon Hiran Wheeler | Covenant Funeral Home |
| 87. | Elizabeth Kelly | Wallis-Wilbanks Funeral Home |
| 88. | Margaret McCormick | Wann Funeral Home |
| 89. | Joyce Pledger | Erwin Pettit Funeral Home |
| 90. | Clara Soukup | Cumberland Funeral Home |
| 91. | Lawson Whitaker | Wann Funeral Home |
| 92. | Novella Foster | Covenant Funeral Home |
| 93. | John D. Smith | Covenant Funeral Home |
| 94. | William Haynes Walker | Wann Funeral Home |
| 95. | Shirley F. Brooks | Taylor Funeral Home |
| 96. | Hattie M. Gibson | Cumberland Funeral Home |
| 97. | Floyd Wallace | Wallis-Wilbanks Funeral Home |
| 98. | John W. King | J.D. Hill Funeral Home |
| 99. | Martin Jenson, Jr. | Turner Funeral Home |
| 100. | Ralph F. Currier | Cumberland Funeral Home |
| 101. | John E. Brown | Overstreet Funeral Home |
| 102. | Stephen Hornyak | J. Avery Bryan Funeral Home |
| 103. | Hubert B. Corriner | Covenant Funeral Home |
| 104. | Irene Hames | Wann Funeral Home |
| 105. | Darlene Jean Miyagi | Covenant Funeral Home |
| 106. | Jensy Wood Hockenbery | Wann Funeral Home |

| | | |
|---|---|---|
| 107. | Edward Ashworth | Wallis-Wilbanks Funeral Home |
| 108. | Johnny N. Dykes | Wallis-Wilbanks Funeral Home |
| 109. | Emmy West | Wann Funeral Home |
| 110. | Joseph Jeffries | Covenant Funeral Home |
| 111. | Thomas J. Higdon | J. Avery Bryan Funeral Home |
| 112. | Evelyn Hughes | Covenant Funeral Home |
| 113. | Malvenia Pruitt | Family Funeral Home |
| 114. | Clas F. Boeninger | Covenant Funeral Home |
| 115. | Mary Alice Oaks | Wann Funeral Home |
| 116. | Donna Griner Marsh | J. Avery Bryan Funeral Home |
| 117. | John W. Daniel | Turner Funeral Home |
| 118. | James Schwartz | Wann Funeral Home |
| 119. | Yancy Coker | Wann Funeral Home |
| 120. | William Boyd Miller | Erwin Pettit Funeral Home |
| 121. | Donna Dobbs Campbell | Wann Funeral Home |
| 122. | Luther Pete Mason | Wallis-Wilbanks Funeral Home |
| 123. | Jerlean Oden | Taylor Funeral Home |
| 124. | Walter S. Reed | Wann Funeral Home |
| 125. | Larry Williams | Sequatchie Funeral Home |
| 126. | Lorenz Lehner | Sequatchie Funeral Home |
| 127. | Rondi Hopper | J. Avery Bryan Funeral Home |
| 128. | Nora Jean Hutton | Turner Funeral Home |
| 129. | William Scoville | J. Avery Bryan Funeral Home |
| 130. | Carl Everett Knoedler | Covenant Funeral Home |
| 131. | Robert A. McGinnes | Wann Funeral Home |
| 132. | Johnnie Alexander | Wann Funeral Home |
| 133. | Wanda Dale Harmon | Turner Funeral Home |
| 134. | Patrick Joseph Wilson | Wann Funeral Home |
| 135. | Elizabeth L. Long | Covenant Funeral Home |
| 136. | Angelina Neri | Moore Funeral Home |
| 137. | Shirley Few Toney | Taylor Funeral Home |
| 138. | Mary Ordway | Wann Funeral Home |
| 139. | Helen Louise McKin | Wallis-Wilbanks Funeral Home |
| 140. | Dennis Gene Pierce | Covenant Funeral Home |
| 141. | John Workman | Turner Funeral Home |
| 142. | Paula Dean | Covenant Funeral Home |

142163.1

39. Plaintiffs and Defendants hereby stipulate that the remains of Thomas Milburn Oliver were not adulterated.

40. The actions of the Georgia State Board of Funeral Services regarding Tri-State Crematory were lawful, valid, and proper.

41. The Georgia State Board of Funeral Services at no time required Tri-State Crematory to acquire license.

42. Tri-State Crematory at all times material was properly and lawfully permitted by the Georgia State Board of Funeral Services to operate without a license.





EXHIBIT ATTACHMENT



(To be scanned in place of tab)



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| NAME | ADDRESS |
| --- | --- |
| Allen, Patrica | 211 Center Point Rd.<br>706-764-2913 |
| Anderson, Lois | 293 Forrest Way Drive<br>LaFayette, GA   706-764-0067 |
| Arnold, Dorothy | 427 Loughridge Lane<br>LaFayette, GA 30728     706-764-2828 |
| Autry, Janet | 192 Forrest Way Dr.<br>LaFayett, GA 30728     706-764-9919 |
| Barbee, David | 784 Staniford Gap Rd.<br>Chattanooga, TN 423-899-2091 |
| Barrett, Larry | Barrett & Associates-<br>Lafayette Sq. 706-638-5884 |
| Barrow, Brian | Hardwick & Sons Funeral Home-<br>913 E. ML King Blvd.<br>Chattnooga, TN 37403 423-267-1244 |
| Barton, James | 338 Miller Mt. Rd. N.W.<br>Lindale, GA |
| Bates, Gloria | East Tennessee State Funeral Directors and<br>Mortician Association, Inc.- |
| Bellenfant, Larry | J. Avery Bryan Funeral Home-<br>747 McCallie Ave<br>Chattanooga, GA 37403 423-266-2131 |
| Bennett, Eric | 49 Ray Marsh Lane 706-764-2071- |
| Bingham, Shane | 2938 Dug Gap Rd<br>Dalton, GA    706-217-5344 |
| Blevins, Mike | Chattanooga Funeral Home |

1

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Boyd, Byron | 24 Mountain View Drive<br>Jasper, TN 37347   423-942-2887 |
| Boyd, Harrell | 24 Mountain View Drive<br>Jasper, TN 37347   423-942-2887 |
| Boyle, Ruth | 471 Loughridge Lane<br>LaFayette, GA 30728     706-764-1711 |
| Brown, Barbara | 201 Center Point Rd.<br>LaFayette, GA  706-764-1874 |
| Brown, Lawerence &<br>Betty | 26 Forrest Way Drive<br>LaFayette, GA 30728  706-764-1492 |
| Brown, Steve | 212 Halls Mill Rd<br>Chickamauga, GA 30707   706-539-1572 |
| Buckmon, Brian | 3521 Selma Ave.<br>Knoxville, TN     865-540-4441 |
| Bush, Wayne | 1600 McArthur  Dr.<br>Manchester, TN   931-728-2936 |
| Cagle, Bob | Cagle Funeral Home<br>364 E. Chruch St<br>Jasper, GA 30143 706-692-6615 |
| Cagle, David | Cagle Funeral Home<br>364 E. Chruch St<br>Jasper, GA 30143 706-692-6615 |
| Carter, Majorie | W.L. Wilson Funeral Home<br>555 W. Coould Spring Rd<br>Rossville, GA 30741 706-866-5555 |
| Coleman, Gwyndolyn, | Hardwick & Sons Funeral Home<br>913 ML King Blvd.<br>Chattanooga, TN 37403   423-267-1244 |

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Conner, Ken | 144 Dobwood Dr.<br>Calhoun, GA |
| Cook, Howard | |
| Cornwell, Rev. Charles | 118 Center Point Rd.<br>LaFayette GA 30728   706-764-1447 |
| Coulter, Bennie | |
| Crews, Dave<br>Stamp, Brad<br>Threabold, David | David Threabold<br>148 Black Fountain Circle<br>Flintstone, GA 706-820-4002<br>Industrial Heating Systems |
| Crox, Walt | Covenant Funeral Home |
| Day, Brady | 102 Sparks St.<br>LaFayette, GA   706-638-2676 |
| Day, Louise | 49 Forrest Way Drive<br>LaFayette, GA 30728 706-764-1737 |
| Earwood, James | Rt.1 Box 912<br>Summerville, GA |
| Eggert, James C. | 532 Highway 28<br>Dunlap, TN   423-949-2112 |
| Edwards, Bobby | 7154 Hwy 27<br>Rock Springs, GA   706-764-1983 |
| Farley, Edwin | P.O. Box 288<br>Pikeville, TN   423-533-2487 |
| Ferguson, Rev. Steve | 28 Stone Edge Court<br>Ft. Oglethrope, GA 30742 |
| Fickey-Clark, Brandy | 114 West Lafayette Sq.<br>LaFayette, GA   30728   706-638-2811 |

3

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Foster, Robert H. | Foster & Sons's Funeral Home<br>116 St. Clair St.<br>Tracy City, TN 913-592-3691 |
| Galloway, Chris | 515 Loughridge Lane<br>LaFayette, GA 30728    706-764-2792 |
| Garmon, Agent James | GBI |
| Garrett, Lee | 718 North Holly Street<br>Chattanooga, TN |
| Goddard, Bruce | SCI Georgia |
| Gilbert, Henry | Bank of LaFayette 706-638-2520<br>101 Patton Ave<br>LaFayette, GA 30728 |
| Gregg, James Christopher | 2011 Matin Luther King Jr. Dr.<br>Dalton, Georgia 30720 |
| Guinn, Don | 2009 Gail Street<br>Roseville, Georgia 30741 |
| Hale, Mark & Cindy | 23 Forest Way Drive<br>LaFayette, GA 30728   706-764-2524 |
| Hancock, Terry | 385 Stanfield Rd.<br>LaFayett, GA 30728 |
| Hargis, John | Wann Funeral Home<br>4000 Tennessee Ave.<br>Chattanooga, TN 37409 |
| Haywood, Paul | Blossman Gas Company<br>HWY 27 North<br>Layfette, GA 30728 |

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

# SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Hedrick, Richard | Chattanooga Funeral Home-East Chapel<br>S. Moore Rd & 124<br>Chattanooga, TN   37402   423-698-2541 |
| Hill, Frank | Hardwick & Sons-see Brian Barrow |
| Hollimon, Harold | Chickamauga Railroad<br>Villanow St.<br>LaFayett, GA |
| Hughes, Paul | 1128 Ben Hill Rd.<br>Dalton, GA 30720   706-313-2702 |
| Huskie, Randy | 2011 Martin Luther King Jr. Drive<br>Dalton, Georgia 30720 |
| Jefferson, Bobby | Taylor Funeral Home<br>3417 Wilcox Blvd.<br>Chattanooga, TN 423-622-8152 |
| Jennings, Parnick Sr. | Parnick Jennings Funeral Home<br>430 Cassville, Rd<br>Carterville, GA 30120 770-382-0034 |
| Jennings, Parnick, Jr. | Parnick Jennings Funeral Home<br>430 Cassville, Rd<br>Carterville, GA 30120 770-382-0034 |
| Johnson, Ken | Erwin-Petit Funeral Home<br>Summerville, GA |
| Johnson, Johnny | 320 Center Point Rd<br>LaFayette, GA 30728<br>706-764-1645 |
| Jones, Keith | Former Employee- Tri-State-Unknown |

5

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Lawson, Larry | c/o City of Lafayette<br>North Duke St.<br>Lafayette, GA 30728 |
| Lay, Dean | 116 St. Clair St.<br>Tracy City, TN |
| Lehman, Joe T. | J. Avery Bryan-see Larry Bellenfant |
| Lombari, Tony | Matthew Cremation<br>P.O. Box 547796<br>Orlando, FL   10800-327-2831 |
| Long, Alvin | |
| Looker, Steve | Matthew Cremation<br>P.O. Box 547796<br>Orlando, FL 1-800-327-2831 |
| Lovin, Dan | Chattanooga Funeral Home-see Mike Blevins |
| Large, John | 252 Loughridge Lane<br>LaFayette, GA 30728   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 |
| Large, Maryann | 8056 Hwy. 337<br>LaFayette, GA 30728   706-638-1290 |
| Mabrey, Carroll | Chattanooga Funeral Home |
| Mandall, Agent Robbie | GBI |
| Marsh, Brent | |
| Marsh, Clara | |
| Marsh, James | 222Waktgakk Av.<br>Chickamauga, GA   706-375-5457 |

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Marsh LaShae Rhames | |
| Marsh, Minnie | 2011 Martin Luther King, Jr. Drive Dalton, Georgia 30720 |
| Marsh, Vanessa | |
| Massey, John | Funeral Board |
| Mavity, Kenneth & Margaret | 305 Loughridge Lane LaFayette, GA 30728 |
| McDaniel, Louie | Chattanooga Funeral Home |
| McGill, W.E. "Bill" | Ex-Walker County Corner |
| Mitchell, Rosa | 1135 Campbell Ave, Apt. B15 LaFayette, GA 30728   706-638-3332 |
| Moore, Larry | P.O. Box 816 Trenton, GA 706-657-4382 |
| Moore, Mary | P.O. Box 816 Trenton, GA 706-657-4382 |
| Morrison, Major Hill | Walker County Sheriff Department |
| Motley, Mark | 277 Forrest Way Drive LaFayette, GA 30728     423-595-3008 |
| Oliver, Steve | 403 Park Canuin Dr. Dalton, GA   706-280-9395 |
| Overstreet, Rev. Clarence E. | House of Overstreet |
| Oxford, Rich | Turner22 Lexington Rd. Crawfordville, GA  30631 |

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Pettit, Durward | Erwin- Pettit |
| Pettyjohn, Lynn | 417 Loughridge Lane<br>LaFayette, GA 30720   706-764-2489 |
| Pike, Eugene M. | SCI Tennessee |
| Pickard, Nathaniel | 3536 Cottonwood Lane<br>Chattanooga, TN |
| Ponders, Stonewall | Kenemer Brothers Funeral Home |
| Price, Rev. Frank | 874 Highland Ave<br>Summervill, GA   706-857-2477 |
| Rainwater, Earle | J.D. Hill Funeral Home<br>Summerville, GA |
| Ramey, Greg | GBI |
| Revell, Dr. | GBI |
| Rush,Greg | 220 Wilwood Ave<br>Clevelad, TN |
| Russell, Robert | P.O. Box 506; Highway 11 South<br>Trenton, GA 30752 706-657-7525 |
| Ryan, David | P.O. Box 506; Highway 11 South<br>Trenton, GA 30752   706-657-7525 |
| Ryan, Robert | P..O. Box 506<br>Highway ll South<br>Trenton, GA 30752   706-657-7525 |
| Schrader, Robert | 607 Eagle View Dr.<br>Ringgold, GA   706-965-5162 |

8

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Shelby, Robert | 250 Forrest Way Drive<br>LaFayette, GA 30728   706-764-2758 |
| Smith, Vadie | 371 Center Point Dr. 706-764-1206<br>LaFayette, GA |
| Snow, Mike | |
| Solomon, Carolyn | 185 Forrest Way Dr.<br>LaFayetee, GA 30728    706-764-1838 |
| Sperry, Kris Dr. | Medical Examiner Walker Co. |
| Stanfield, Mark | Walker County Sheriff |
| Stone, James | 148 Forrest Way Drive<br>LaFayette, GA 30728    706-764-2682 |
| Suttles, Mary | 2011 Martin Luther King Jr. Dr.<br>Dalton, GA 30720 |
| Suttles, Robert | |
| Tate, Randy | 950 Mel Dixon Lane<br>Jasper, TN 37347    423-942-9500 |
| Taylor, Anita | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411   615-622-8152 |
| Taylor, Carl | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411   615-622-8152 |
| Taylor, Dorothy | Taylor Funeral Home |
| Taylor, Jackie | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411   615-622-8152 |
| Taylor, John | 3417 Wilcox Blvd.<br>Chattanooga, TN 615-622-8152 |

9

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

## SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Thomas, Bruce | 535 Red Bud Rd<br>Calhoun, GA 30701   706-629-2832 |
| Thompson, David | Chattanooga Funeral Home |
| Thompson, R.C. | Wann Funeral Home<br>4000 Tennessee Ave.<br>Chattanooga, TN 37409 |
| Trammell, Gertrude | 765 MLK Blvd.<br>Chattanooga, TN 37403 |
| Trammell, Sandra | Hardwick & Sons Funeral Home |
| Walker, Don | 197 Lougridge Lane<br>LaFayette, GA 30728   706-764-2446 |
| Walker, Paula | 197 Laugridge Lane<br>LaFayette, GA 30728 |
| Ware, Thomas | 205 South Chattanooga St<br>LaFayette, GA 30728   706-581-6989 cell |
| Waters, Lonnie | 40 Eastwood Circle<br>Jasper, GA 706-692-3716 |
| Wilbanks, Richard | 121 West Villanow St.<br>LaFayett, GA   706-638-2222 |
| Wilbanks, Sherman | 2807 Josh Ward Rd.<br>Summerville, GA 706-859-2285 |
| Wilhite, Darlene | 217 Williams Park<br>Flintsone, GA 30725   423-280-4418 |
| Williams, Eugene | Franklin-Strickland Funeral Home |
| Willis, Willie James | 765 MLK Blvd.<br>Chattanooga, TN 37403 |

10

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

# SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Willis, William, Jr. | 2011 Martin Luther King Dr,<br>Dalton, GA 30720 |
| Willis, William, Sr. | 2011 Martin Luther King Dr.<br>Dalton, GA 30720 |
| Wilson, David | c/o W.L. Wilson & Sons Funeral Home<br>555 West Cloud Springs Road<br>Ft. Oglethorpe, GA 30742 |
| Wilson, Dwayne | Walker County Coroner |
| Wilson, Glenda | c/o W.L. Wilson & Sons Funeral Home<br>555 West Cloud Springs Road<br>Ft. Oglethorpe, GA 30742 |
| Wilson, Leroy | W. L. Wilson & Sons Funeral Home |
| Wilson, Sheriff Stephen | Walker County Sheriff Department |
| Winston, Cory | 3417 Wilcox Blvd.<br>Chattanooga, TN 37411 |
| Wolf, Darren | Chattanooga Funeral Home |
| Worthington, Mike | 19445 Hwy 157<br>Raising Fawn, GA 30738   706 398-0690 |
| Yates, Randy | 63 Loughridge Lane<br>LaFayette, GA 30728   760-764-2041 |
| | |
| | |
| | |

11

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

# SECOND REVISED ATTACHMENT F-2
# FUNERAL HOME DEFENDANTS
# MAY CALL WITNESS LIST
### Revised: 2/24/04

| | **DEFENDANTS' EXPERTS** |
|---|---|
| Baden, Dr. Michael | 15 West 53rd St.<br>New York, NY 100019<br>212-397-2732 |
| Ballantyne, Dr. Jack | |
| Bell, Dr. Garry L. DDS | |
| Bonanno, Dr. George Ph.D. | Columbia University<br>106 Morningside Drive<br>Apartment 89<br>New York, NY 10027<br>212-678-4769 |
| Davis, Dr. Dave M. | Piedmont Psychiatric Clinic<br>1938 Peachtree Road, N.W.<br>Suite 505<br>Atlanta, GA 30309-1258<br>404-355-2914 |
| Dietz, Park | 537 Newport Center Dr. #300<br>Newport Beach, CA 92660 |
| Falsetti, Anthony B. Ph.D. | Department of Anthropology<br>University of Florida<br>P.O. Box 112545<br>Gainesville, FL 32611<br>352-392-6772<br>1510 NW 28th St<br>Gainesville, FL 32605 |
| Green, Keith M. | Hayworth-Miller FH<br>220 Heatherton Way<br>Winston-Salem, NC 27104 |

12

In re: Tri-State Crematory Litigation
MDL Docket No. 1467

# SECOND REVISED ATTACHMENT F-2
## FUNERAL HOME DEFENDANTS
## MAY CALL WITNESS LIST
### Revised: 2/24/04

| | |
|---|---|
| Hayworth, Terry M. | Hayworth-Miller FH<br>220 Heatherton Way<br>Winston-Salem, NC 27104 |
| Holland, Dr. Thomas | U.S. Army Central Identification Laboratory, Hawaii<br>310 Worchester Ave<br>Hickman, AFB, HI 96853-5530<br>808-448-8062 x 51 |
| Kroboth, Alan J | Rosedale & Rosehehill Cemetery<br>355 East Linda Ave<br>Linden, NJ 07036<br>908-523-2368<br>146 W.5th Ave<br>Roselle, NJ 07203 |
| Levine, Lowell, DDS | 240 Brentwood Court West<br>Albany, NY 12203<br>518-452-8830 |
| Murad, Turhon A. Ph.D. | Department of Anthropology<br>California State University<br>Chico, FA 95929-0400<br>530-898-6192 |
| Ressler, Robert K. | P.O. Box 187<br>Spotsylvania, VA 22553-0187<br>540-582-0219 |
| Van Beck, Todd W. | 555 Butterfield Rd. Apt. 919<br>Houston, TX 77090 281-895-6096 |
| | |
| 142423.2 | |

13



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



# EXHIBIT / ATTACHMENT

2

**(To be scanned in place of tab)**

In re: Tri-State Crematory
MDL Docket No. 1467

Revised
ATTACHMENT "I-2"
**FUNERAL HOME DEFENDANTS'**
**VERDICT FORM  AND**
**PROPOSED SPECIAL INTERROGATORIES**

**Breach of Contract**

Do you find by a preponderance of the evidence:

1.     That [Funeral Home] breached its funeral services contracts with the Class
        Members in 1996? (Go through each subsequent year.  The statute of
        limitations bars any claims prior to February 26, 1996)

        Answer Yes or No _____

        **[There must be some way to differentiate between uncremated remains**
        **found on the site, adulterated remains and remains Plaintiffs are just**
        **uncertain about.]**

**Negligence**

Do you find by a preponderance of the evidence:

1.     That [Funeral Home ] owed a duty of reasonable care to Class Members
        with regard to [Funeral Home]'s provision of funeral services to Class
        Members in 1988? (Go through sequence for each year.)

        Answer Yes or No _____

2.     That [Funeral Home] breached a duty of reasonable care to Class Members
        with regard to [Funeral Home]'s provision of funeral services to Class
        Members in 1988?

        Answer Yes or No _____

**In re: Tri-State Crematory**
**MDL Docket No. 1467**

**[There must be some way to differentiate between uncremated remains found on the site, adulterated remains and remains Plaintiffs are just uncertain about.]**

As a matter of law, Tri-State Crematory/Marsh Defendants are independent contractors, not the agents of [Funeral Home]. [Funeral Home] can only be held liable for the alleged negligence of Tri-State/Marsh Defendants if the wrongful act is the violation of a duty imposed by express contract upon [Funeral Home] or if the wrongful act is the violation of a duty imposed by statute on [Funeral Home]. Do you find by a preponderance of the evidence:

3.    That [Funeral Home] should be liable in 1988 for the negligent actions of Tri-State Crematory/Marsh Defendants because of:

    a.    the express language of the funeral services contract and cremation authorization used by [Funeral Home]?

        Answer Yes or No _____

    b.    the Georgia statutes [specify statutes] in effect during 1988, the year that [Funeral Home] sent remains to Tri-State?

        Answer Yes or No _____

4.    That [Funeral Home] could have reasonably foreseen that independent contractor Tri-State Crematory/Marsh Defendants would not cremate or properly handle the body sent by [Funeral Home] to Tri-State Crematory in 1988?

    Answer Yes or No _____

5.    That the actions of the Marsh Defendants constitute an intervening criminal act?

    Answer Yes or No _____

**In re: Tri-State Crematory**
**MDL Docket No. 1467**

## Negligent Interference with Remains

Do you find by a preponderance of the evidence:

1.   That [Funeral Home] negligently breached the contract to carry out the expressed wishes of the Class Members regarding cremation in the year 1988?  (Go through sequence for each year.)

     Answer Yes or No  _____

2.   That [Tri-State Crematory/Marsh Defendants] negligently breached the contract to carry out the expressed wishes of the Class Members regarding cremation in the year 1988?  (Do separate interrogatory for each year.)

     **[There must be some way to differentiate between uncremated remains found on the site, adulterated remains and remains Plaintiffs are just uncertain about.]**

     Answer Yes or No  _____

As a matter of law, Tri-State Crematory/Marsh Defendants are independent contractors, not the agents of [Funeral Home].  [Funeral Home] can only be held liable for any alleged negligent interference with remains by Tri-State/Marsh Defendants if the wrongful act is the violation of a duty imposed by express contract upon [Funeral Home] or if the wrongful act is the violation of a duty imposed by statute on [Funeral Home].

Do you find by a preponderance of the evidence:

3.   That [Funeral Home] should be liable for the negligent interference with remains by Tri-State Crematory/Marsh Defendants in 1988 because of:

     a.   the express language of the funeral services contract and cremation authorization used by [Funeral Home] in 1988?

          Answer Yes or No  _____

**In re: Tri-State Crematory**
**MDL Docket No. 1467**

      b.     the Georgia statutes [specify statutes] in effect during 1988, the year that [Funeral Home] sent remains to Tri-State?

              Answer Yes or No _____

4.     That [Funeral Home] could have reasonably foreseen that independent contractor Tri-State Crematory would not cremate or properly handle the remains sent by [Funeral Home] to Tri-State Crematory in 1988?

     Answer Yes or No _____

5.     That the actions of the Marsh Defendants constitute an intervening criminal act?

     Answer Yes or No _____

<h3 align="center">Willful Interference With Remains</h3>

There is no evidence that the Funeral Homes willfully interfered with remains. The issue is whether the Funeral Homes should be held liable for the actions of Tri-State Crematory/Marsh Defendants.  As a matter of law, Tri-State Crematory/Marsh Defendants are independent contractors, not the agents of [Funeral Home].

Do you find by a preponderance of the evidence:

1.     That Tri-State Crematory/Marsh Defendants knowingly and deliberately interfered with remains sent to Tri-State for cremation in 1988  [Go through sequence for each year.]

     Answer Yes or No _____

**[There must be some way to differentiate between uncremated remains found on the site, adulterated remains and remains Plaintiffs are just**

**In re: Tri-State Crematory**
**MDL Docket No. 1467**

**uncertain about.]**

2.     That [Funeral Home] should be liable for the willful interference with remains of Tri-State/ Marsh Defendants in 1988? [Do separate interrogatory for each year.]

       Answer Yes or No  _____

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Funeral Home Defendants' Second Amendment and Third Supplement to the Pre-Trial Order** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Robert H. Smalley, III, Esquire
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA  30720-1105
Liaison for Plaintiffs

McCracken Poston, Jr., Esquire
OFFICE McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA   30736
Liaison/Lead Counsel for
Tri-State Crematory, Inc.

Frank E. Jenkins, III, Esquire
JENKINS & OLSON
15 Public Square, South
Cartersville, GA   30120-3350
Liaison/Lead Counsel for
the Marsh Family

This 25th day of February, 2004.

J. Anderson Davis

142658.1