

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE            )
CREMATORY LITIGATION        ) MDL DOCKET NO. 1467

VIDEOTAPE DEPOSITION OF

DAVE M. DAVIS, M.D.

February 23, 2004

5:35 p.m.

Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia

Lisa A. Messina, CCR A-421

BROWN
Reporting, INC.

1052