UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

MDL DOCKET NO. 1467

## CONSENT ORDER OF DISMISSAL

Plaintiffs having moved the Court for an Order of Voluntary Dismissal and it appearing that it is proper to Grant said motion as a result of the settlement between the parties hereto and it further appearing that all parties consent, IT IS Hereby Ordered that Kerby Funeral Home LLC and Kerby Funeral Home, Inc. shall be dismissed pursuant to Fe. R. Civ. P. 41(a) and Fed R. Civ. P. 23. All parties shall pay their respective costs.

**IT IS SO ORDERED** this  1st  day of March, 2004.

Honorable Harold L. Murphy
United States District Judge

CONSENTED TO BY

_____
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Robert H. Smalley, III
P.O. Box 1105
Dalton, Georgia 30722-1105
Telephone: (706) 278-4499
Facsimile: (706) 278-5002


_____
SWIFT, CURRIE, McGHEE & HIERS, LLP
David C. King
The Peachtree
Suite 300
1355 Peachtree ST., N.E.
Atlanta, GA 30309-3238