

**ROME DIVISION**
# CIVIL MINUTE SHEET

(X) IN OPEN COURT   () IN CHAMBERS          DATE: 03/11/04   TIME: 9:30 a. m.

**HONORABLE HAROLD L. MURPHY**

| SAMUEL M. JOHNSTON | DENNIS J. REIDY |
|---|---|
| COURTROOM DEPUTY | COURT REPORTER |

IN RE: TRI-STATE CREMATORIUM            ROBERT SMALLEY
                                        KATHERINE BARNETT
                                        ALISTAIR E. NEWBERN

V.                                      CASE NO.  4:02-CV-41-HLM
                                        MDL: 1467

                                        ANDERSON DAVIS
                                        SKIP PATTEY
                                        CAMPBELL
                                        FRANK JENKINS
                                        J.J. WALKER
                                        STEWART JAMES

CAUSE CAME ON FOR () JURY    ()NON-JURY TRIAL ON THE MERITS. Came the parties in person and/or as shown above.

PLAINTIFF(S)   () REQUEST OT CHARGE       () VOIR DIRE    ()TRIAL MEMO/BRIEF    () STATEMENT OF
                                                                                  CONTENTIONS

DEFENDANT(S) () REQUEST OT CHARGE () VOIR DIRE    ()TRIAL MEMO/BRIEF    () STATEMENT OF
                                                                          CONTENTIONS

PLAINTIFF(S)    ()PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW

DEFENDANT(S) ()PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW

()   Whereupon the Court ordered that a jury be impaneled to try said issues, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issues and were sworn, to wit:

1.  SAME AS 03/01/04         5.                          9.

2.                           6.                          10.

3.                           7.                          11.

*1101*

4.                                         8.                                                     12

(X)        **THE RULE OF SEQUESTRATION   (x) WAS   0 WAS NOT INVOKED**

**HEARING/PRE-TRIAL/ EVIDENCE:**

IN CHAMBERS:    THE MARSH DEFENDANTS ANNOUNCE THEY HAVE SETTLED THEIR CASE; THE SETTLEMENT IS
                PRELIMINARY PRESENTED TO THE COURT AND THE COURT APPROVES THE SAME.

          Dft. LIAISON COUNSEL, ANDY DAVIS, REQUESTED THAT THOSE FUNERAL HOME DEFENDANTS WHO
WERE PREVIOUSLY RELIEVED FROM THEIR FINANCIAL OBLIGATIONS TO PAY LIAISON COUNSEL DUE TO THE
SETTLEMENT SHOULD NOW BEGIN TO CONTRIBUTE TO THE FUND UNTIL THE FINAL SETTLEMENT HAS BEEN
COMPLETED.  THE COURT REQUESTED THAT LIAISON COUNSEL DRAFT AN ORDER FOR ITS CONSIDERATION.

IN OPEN COURT: THE COURT ANNOUNCED THE CASE HAS SETTLED AND DISCHARGED THE JURY.

PLAINTIFF EXHIBIT 19 RETURNED


**VERDICT:**

**JUDGEMENT:**


**COURT ADJOURNED AT:**        12:25 P.M.        UNTIL

0        **UNTIL FURTHER ORDER**

0        **JURORS EXCUSED UNTIL THE ABOVE TIME UNDER THE USUAL CAUTION OF THE COURT.**

(x)      **JURORS EXCUSED FOR THE TERM.**

0        **JURORS EXCUSED AND DIRECTED TO RETURN TO THE JURY ASSEMBLY ROOM**

**EXHIBITS RETURNED TO COUNSEL FOR**           0 **PLAINTIFF**           0 **DEFENDANT**   0 **COURT REPORTER**

                                               0 **RETAINED BY THE COURT**

7 (Rev. 4/82)   EXHIBIT AND WITNESS LIST   π

IN RE: TRI-STATE CREMATORY vs. LITIGATION

DISTRICT COURT: NORTHERN DIST. OF GA. / ROME

PLAINTIFF'S ATTORNEY: ROBERT SMALLEY
DEFENDANT'S ATTORNEY: J. ANDERSON DAVIS
DOCKET NUMBER: 4:02-CV-41-HLM / MDL: 1467
TRIAL DATE(S): 03/01/04

PRESIDING JUDGE: HAROLD L. MURPHY
COURT REPORTER: DENNIS J. REIDY
COURTROOM DEPUTY: SAMUEL M. JOHNSTON

| PF.F./DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 19 | 3-8-04 | ADMITTED | | GBI MAP |
| 6A | ®3-8-04 | | | OPEN CASKET - PHOTO |
| 6B | ®3-8-04 | | | BUTLER BLDG. - PHOTO |
| 6C | ®3-8-04 | | | -PHOTO- INSIDE RED GARAGE BLDG |
| 6D | ®3-8-04 | | | -PHOTO- VAULTS - 80C - |
| 6F | ®3-8-04 | | | -PHOTO- VAULT - 80B - Fri. 15 VIEW UPON ARRIVAL |
| 6H | ®3-8-04 | | | -PHOTO- Box of Remains Fri. 15, VIEW UPON ARRIVAL |
| 6I | ®3-8-04 | | | -PHOTO- Box Remains BODY #46 - DIXON |
| 6K | ®3-8-04 | | | -Photo- VIEW INSIDE VAULT AOC |
| 6M | NOT | | | -Photo- BODY #42 |
| 6O | NOT | | | -Photo- SKELETON REMAINS |
| 6P | NOT | | | -photo- Panorama view |
| 6Q | ®3-8-04 | | | -PHOTO- VAULT |
| 7.COV-2 | ®3-8-04 | | | -Photo- Body IN Vault #265 |
| 7.COV-3 | ®3-8-04 | | | -Photo-   " |
| 7.COV-4 | ®3-8-04 | | | -Photo-   " |
| 8-A | ®3-8-04 | | | Photo- Body IN Vault #283 |
| 8-B | ®3-8-04 | | | -Photo-   " |
| 8-C | ®3-8-04 | | | Photo-   " |
| 8-D | ®3-8-04 | | | Photo-   " |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

(R) → Admitted for the Record Only

AO 187A (4/82)

EXHIBIT AND WITNESS LIST - CONTINUATION

IN RE: TRI-STATE CREMATORY LITIGATION

DOCKET NO. 4:02-CV-41-HLM / MDL: 1467

| DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 18A | ℞ 3-8-04 | | | Body 87 - Photo |
| 18B | ℞ 3-8-04 | | | Photo " |
| 18C | ℞ 3-8-04 | | | Photo " |
| | | | | |
| 84A | 3-8-04 | | | Photo - Crematory Bldg |
| 84B | 3-8-04 | | | Photo - Crematory Chamber |
| 84C | 3-8-04 | | | Photo - " |
| | | | | |
| 18B | 3-8-04 | | | Photo Trash Pile |
| | | | | |
| 1A | 3-09-04 | | | Wann Funeral Home Contract |
| 1B | 3-09-04 | | | "            Contract |

Page ____ of ____ Pages

AO 187 (Rev. 4/82)     EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| **IN RE: TRI-STATE CREMATORY vs. LITIGATION** | | | | | **DISTRICT COURT** <br> NORTHERN DIST. OF GA. / ROME |
| PLAINTIFF'S ATTORNEY <br> ROBERT SMALLEY | | | DEFENDANT'S ATTORNEY <br> J. ANDERSON DAVIS | | DOCKET NUMBER <br> 4:02-CV-41-HLM / MDL: 1467 <br> TRIAL DATE(S) <br> 03/01/04 |
| PRESIDING JUDGE <br> HAROLD L. MURPHY | | | COURT REPORTER <br> DENNIS J. REIDY | | COURTROOM DEPUTY <br> SAMUEL M. JOHNSTON |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 3-09-04 | ADMITTED | | Photo - Aerial Photo |
| | 2 | 3-09-04 | ADMITTED | | Photo - GBI Photo Labeling |
| | 3 | 3-09-04 | ADMITTED | | Photo - Van |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

77

| | | | | | |
|---|---|---|---|---|---|
| IN RE: TRI-STATE CREMATORY VS. LITIGATION | | | | DISTRICT COURT<br>NORTHERN DIST. OF GA. / ROME | |
| PLAINTIFF'S ATTORNEY<br>ROBERT SMALLEY | | | DEFENDANT'S ATTORNEY<br>J. ANDERSON DAVIS | DOCKET NUMBER<br>4:02-CV-41-HLM / MDL: 1467<br>TRIAL DATE(S)<br>03/01/04 | |
| PRESIDING JUDGE<br>HAROLD L. MURPHY | | | COURT REPORTER<br>DENNIS J. REIDY | COURTROOM DEPUTY<br>SAMUEL M. JOHNSTON | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3-08-04 | | | GERALD COOK |
| 2 | | 3-08-04 | | | DR. CHRIS LEE SPERRY |
| 3 | | 3-09-04 | | | CHARLES P. BREWER |
| 4 | | 03-09-04 | | | KATHY LEE KELLY |
| 5 | | 03-09-04 | | | VIDEO DEPO - JOHN HARGASS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages