IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: TRI-STATE ) | |
| CREMATORY LITIGATION ) | MDL DOCKET NO. 1467 |
| ) | |

### ORDER
### FOR FEES AND EXPENSES OF
### LEAD/LIAISON COUNSEL FOR FUNERAL HOME DEFENDANTS

This case is before the Court on its own motion. All parties having announced to the Court that settlements have been reached for all claims, and it appearing that the case will be globally settled, it is necessary for the proper administration of the case and for the assistance of the Court to re-appoint J. Anderson Davis as Lead and Liaison Counsel for the Funeral Home Defendants which have not completed their final fairness hearings regarding their individual settlements.

Therefore, effective March 11, 2004, the Court re-appoints J. Anderson Davis as Lead and Liaison Counsel for all of the Funeral Home Defendants and re-instates his fees and expenses as previously ordered in the case. Said fees and expenses shall be borne by the funeral home defendants which have not completed their final fairness hearings regarding their individual settlements, and continue until the case has been dismissed against all funeral homes. This Order is intended to allow Lead and Liaison Counsel time to manage, store and dispose of the

1103

documents contained in the funeral home defendants' depository, assist in drafting the settlement documents, and continue to communicate with the funeral home defendants to assist the Court in bringing about an orderly and proper resolution to the case.

IT IS SO ORDERED, this 15th day of March, 2004.

HAROLD L. MURPHY, Judge
United States District Court

Ordered prepared by:

J. ANDERSON DAVIS
Ga. Bar No. 0211077

BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON & DAVIS, LLP
P. O. Box 5513
Rome, GA 30162-5513
Phone: (706) 291-8853
Fax:    (706) 234-3574
adavis@brinson-askew.com