IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TRI STATE | ) | |
| CREMATORY LITIGATION | ) | MDL DOCKET NO. 1467 |
| | ) | |

## PLAINTIFFS' MOTION TO ADD JEFF EBERHART FUNERAL HOME, INC. AS A DEFENDANT

The Plaintiffs request and move this Honorable Court to add Jeff Eberhart Funeral Home, Inc. as a Defendant to this class action. Jeff Eberhart Funeral Home, Inc. was a defendant in the related litigation pending in the Superior Court of Whitfield County, specifically <u>Partin et al. v. Tri-State Crematory et al.</u>, Civil Action File No. 85,287-M ("Partin"). The Plaintiffs in that action, as well as Jeff Eberhart Funeral Home, Inc., filed a Joint Motion seeking transfer of Defendant Jeff Eberhart Funeral Home, Inc. to this litigation. Jeff Eberhart Funeral Home, Inc. consents to joining this case as an individually named funeral home in this certified Plaintiffs' class action as defined by this Court. The Partin Superior Court Order granting the Joint Motion to Transfer is attached as Exhibit "A" to this motion.

The addition of Defendant Jeff Eberhart Funeral Home, Inc. as a Defendant to this action will aid in the settlement of Plaintiffs' claims asserted against this Defendant, and the other funeral homes owned by and operated by, and formerly owned and operated by Jeff Eberhart Funeral Home, Inc.

acquiesces in this motion. To assist the Court, a draft Order is attached as Exhibit "B" to this motion.

Accordingly, the Plaintiffs respectfully request and move that the Court add Jeff Eberhart Funeral Home, Inc. as a Defendant to this class action.

Respectfully submitted this _____ day of April, 2004.

McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP

BY: /s/ Robert H. Smalley III by William D. BC with
ROBERT H. SMALLEY, III *express permission as a*
Georgia Bar No.: 653405 *member of Plaintiffs Steering*
*Committee in MDL 1497*

Attorneys for Plaintiffs

Post Office Box 1105
Dalton, GA 30720-1105
Phone – 706/291-8853
Fax – 706/234-3574

JENKINS & OLSON, P.C.

BY: /s/ Jennifer D. Walker, signed
FRANK E. JENKINS, III, ESQUIRE
Georgia Bar No.: 390550

15 South Public Square
Cartersville, GA 30120

Liaison/Lead Counsel for the Marsh Family

*by Andrew Durb, Lead Counsel for Funeral Home Defendants, with express permission*

CONSENTED TO BY:

SMITH, SHAW & MADDOX, LLP

_____
KIMBERLY M. MOSELEY
GA Bar No. 530928
P.O. Box 29
Rome, GA  30162-0029
(706) 291-6223
Attorneys for Defendant Jeff Eberhart Funeral Home, Inc.

IN THE WHITFIELD COUNTY SUPERIOR COURT
STATE OF GEORGIA

| | |
|---|---|
| KAREN PARTIN and ZOE TYSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CREMATORY DEFENDANTS:<br><br>TRI-STATE CREMATORY, RAY BRENT MARSH, CLARA MARSH, RAY MARSH SR., (Deceased), RHAMES LASHEA MARSH, Individually and d/b/a TRI-STATE CREMATORY and TRI-STATE CREMATORY, INC.<br><br>FUNERAL HOME DEFENDANTS:<br>and FUNERAL HOME DIRECTORS:<br><br>ALVIS MILLER & SON FUNERAL HOME, INC. and DIRECTOR, STEPHEN MILLER; COCHRAN FUNERAL HOMES, INC. and DIRECTOR, STEPHEN COCHRAN; COLLINS FUNERAL HOME, INC. and DIRECTORS HARTLEY GRAY, HOWARD COOK, DENNIS REEVES, JAMES SOUTHERLAND; FINCH FUNERAL HOME and DIRECTORS TREVOR WILSON, MAX COCHRAN; HAY-GANTT FUNERAL HOME, INC. and DIRECTOR HOWARD GANTT; HELTON MORTUARY and DIRECTOR ERNEST SMITH; HENRY-COCHRAN FUNERAL HOME and DIRECTORS MAX COCHRAN, STEPHEN COCHRAN; JEFF EBERHART FUNERAL HOME, INC. and DIRECTOR JEFFREY EBERHART; LOGAN FUNERAL HOME and DIRECTOR JERRY BRYAN HENSLEY; LYNN'S FUNERAL HOME and DIRECTOR BILLY MACK MONTGOMERY, DOUGLAS FAIN SANDERS; MASON FUNERAL HOME INC. and DIRECTOR HENRY MASON; | CIVIL ACTION<br>FILE NO.: 85,287-M |

**MAX BRANNON & SONS FUNERAL )
HOME and DIRECTORS JAMES E. )
BRANNON, MAX RAY BRANNON, )
JAMES F. CARVER; PONDERS )
FUNERAL HOME and DIRECTORS )
STONEWALL PONDERS, JERRY BRYAN
HENSLEY; WINGFIELD FUNERAL
HOME and DIRECTOR FRANCES A.
WINGFIELD; WRIGHT MEMORIAL
MORTUARY, INC., and DIRECTOR JOE
WRIGHT, others yet unnamed,**

           **Defendants.**

## ORDER

This matter is before the Court on the Joint Motion to Transfer Claims Against Defendants Jeff Eberhart Funeral Home, Inc. and Jeffery Eberhart to the Pending Federal Class Action. The federal class action at issue is In re: Tri-State Crematory Litigation, MDL Docket No. 1467, United States District Court for the Northern District of Georgia, Rome Division. According to the parties, this transfer will aid in settlement of Plaintiffs' claims asserted against this Defendant.

Pursuant to this motion, the Court **Grants** the Joint Motion to Transfer Claims Against Defendants Jeff Eberhart Funeral Home, Inc. and Jeffery to the Pending Federal Class Action. Defendants Jeff Eberhart Funeral Home, Inc. and Jeffery Eberhart are hereby dismissed from this case and any future pleadings, specifically the case style, will reflect that Jeff Eberhart Funeral Home, Inc. and Jeffrey Eberhart are no longer parties to this action.

IT IS SO ORDERED, this the _____ day of April, 2004.

---

Honorable Cindy Morris
Judge, Conasauga Judicial Circuit

Consented to by:

*/s/ Robert H. Smalley by William S. [illegible] with express permission, member of Plaintiffs Steering Committee in MDL 1467*

Robert H. Smalley, III, Esquire
Georgia Bar No.: 653405
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
Liaison Counsel for Plaintiffs

*/s/ Jennifer J. Walker signed by Judy Webb, Lead Counsel for Funeral Home Defendants in MDL, with express permission*

Frank E. Jenkins, III, Esquire
Georgia Bar No.: 390550
JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120
Liason/Lead Counsel for the Marsh Family

*/s/ Kimberly M. Moseley*

Kimberly M. Moseley
Georgia Bar No. 530928
SMITH, SHAW & MADDOX, LLP
P.O. Box 29
Rome, GA 30162-0029
Liason/Lead Counsel for Defendant
Jeff Eberhart Funeral Home, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing **Plaintiffs' Motion to Add Jeff Eberhart Funeral Home, Inc.** by causing a copy of same to be placed in first class U.S. mail with adequate postage affixed thereto and addressed as follows:

Kimberly M. Moseley
SMITH, SHAW & MADDOX, LLP
P.O. Box 29
Rome, GA 30162-0029
Lead/Liaison for Jeff Eberhart Funeral Home, Inc.

McCraken Poston, Jr. Esquire
OFFICE OF McCRACKEN POSTON
Post Office Box 1130
Ringgold, GA 30736
Liason/Lead Counsel for
Tri-State Crematory, Inc.

Frank E. Jenkins, III, Esquire
JENKINS & NELSON, P.C.
15 Public Square
Cartersville, GA 30120
Liason/Lead Counsel for
the Marsh Family

This ___14___ day of April, 2004.

_____
KIMBERLY M. MOSELEY
Georgia Bar No. 530928