ORIGINAL

FILED IN CLER...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA, ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TRI-STATE CREMATORY | ) |
| LITIGATION. | )    MDL Docket No. 1467 |

## PLAINTIFFS' MOTION TO ADD FRANCES A. WINGFIELD D/B/A WINGFIELD FUNERAL HOME AS A DEFENDANT

The Plaintiffs request and move this Honorable Court to add Frances A. Wingfield d/b/a Wingfield Funeral Home as a Defendant in this class action. Frances A. Wingfield d/b/a Wingfield Funeral Home was a defendant in the related litigation pending in the Superior Court of Whitfield County, specifically *Partin, et al. v. Tri-State Crematory, et al.*, Civil Action File No. 85,287-M ("*Partin*"). The Plaintiffs in that action, as well as Frances A. Wingfield d/b/a Wingfield Funeral Home, filed a joint motion seeking transfer of Defendant Frances A. Wingfield d/b/a Wingfield Funeral Home to this litigation. Frances A. Wingfield d/b/a Wingfield Funeral Home consents to joining this case as an individually named funeral home in this certified Plaintiffs' class action as defined by this Court. The *Partin* Superior Court Order granting the joint motion to transfer is attached as Exhibit A to this motion.

The addition of Defendant Frances A. Wingfield d/b/a Wingfield Funeral Home as a Defendant to this action will aid in the settlement of Plaintiffs' claims asserted against this Defendant. Frances A. Wingfield d/b/a Wingfield Funeral

Home acquiesces in this motion. To assist the Court, draft Order is attached as Exhibit B to this motion.

Accordingly, the Plaintiffs respectfully request and move that the Court add Frances A. Wingfield d/b/a Wingfield Funeral Home as a Defendant to this class action.

Respectfully submitted this 15th day of April, 2004.

McCAMY, PHILLIPS, TUGGLE
& FORDHAM, LLP
P.O. Box 1105
Dalton, GA 30720-1105

By: _____
Robert H. Smalley, III
Georgia Bar No. 653405
Attorneys for Plaintiffs

CONSENTED TO BY:

BAKER, KINSMAN, HOLLIS, CLELLAND
& WINER, P.C.
701 Market Street, Suite 1500
Chattanooga, TN 37402

By: _____
N. Mark Kinsman
Georgia Bar No. 422250
Counsel for Defendant Frances A. Wingfield
d/b/a Wingfield Funeral Home

JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120

By: _____ signed by Andy Rues
Frank E. Jenkins, III          Lead Counsel for
Georgia Bar No. 390550         Fun. Home Defendants
Liaison/Lead Counsel for the Marsh Family  with express permission

2

## IN THE SUPERIOR COURT OF WHITFIELD COUNTY
## STATE OF GEORGIA

KAREN PARTIN and ZOE TYSON, *
on behalf of themselves and others *
similarly situated, *
 *
　　　　Plaintiffs, *
 *
vs. *　　Civil Action No. 85,287-M
 *
CREMATORY DEFENDANTS: *
 *
TRI-STATE CREMATORY, *
RAY BRENT MARSH, CLARA MARSH, *
RAY MARSH, SR. (Deceased), *
RHAMES LASHEA MARSH, *
individually and d/b/a TRI-STATE *
CREMATORY, and TRI-STATE *
CREMATORY, INC. *
 *
FUNERAL HOME DEFENDANTS and *
FUNERAL HOME DIRECTORS: *
 *
ALVIS MILLER & SON FUNERAL *
HOME, INC. and DIRECTOR-STEPHEN *
MILLER; COCHRAN FUNERAL *
HOMES, INC. and DIRECTOR- *
STEPHEN COCHRAN; COLLINS *
FUNERAL HOME, INC. and *
DIRECTORS- HARTLEY GRAY, *
HOWARD COOK, DENNIS REEVES, *
JAMES SOUTHERLAND; FINCH *
FUNERAL HOME and DIRECTOR- *
TREVOR WILSON, MAX COCHRAN; *
HAY-GANTT FUNERAL HOME, INC. *
and DIRECTOR- HOWARD GRANT; *
HELTON MORTUARY and DIRECTOR- *
ERNEST SMITH; HENRY-COCHRAN *
FUNERAL HOME and DIRECTORS- *
MAX COCHRAN, STEPHEN COCHRAN; *
JEFF EBERHART FUNERAL HOME, *
INC. and DIRECTOR- JEFFREY *
EBERHART; LOGAN FUNERAL HOME *
and DIRECTOR- JERRY BRYAN *
HENSLEY; LYNN'S FUNERAL HOME *
and DIRECTOR- BILLY MACK *
MONTGOMERY, DOUGLAS FAIN *

1

| | |
|---|---|
| SANDERS; MASON FUNERAL HOME, INC. and DIRECTOR- HENRY MASON; MAX RAY BRANNON, JAMES F. CARVER; PONDERS FUNERAL HOME and DIRECTORS- STONEWALL PONDERS, JERRY BRYAN HENSLEY; WINGFIELD FUNERAL HOME and DIRECTOR- FRANCES A. WINGFIELD; WRIGHT MEMORIAL MORTUARY, INC. and DIRECTOR- JOE WRIGHT, and others yet unnamed, Defendants. | * * * * * * * * * * * * * * |

## ORDER

This matter is before the Court on the Joint Motion to Transfer the Claims against Defendant Frances A. Wingfield d/b/a Wingfield Funeral Home to Pending Class Action. The federal class action at issues *In Re: Tri-State Crematory Litigation*, MDL Docket No. 1467, United States District Court for the Northern District of Georgia, Rome Division. According to the parties, this transfer will aid in settlement of Plaintiffs' claims asserted against this Defendant.

Pursuant to this motion, the Court grants the Joint Motion to Transfer Claims against Defendant Frances A. Wingfield d/b/a Wingfield Funeral Home to Pending Federal Class Action. Defendant Frances A. Wingfield d/b/a Wingfield Funeral Home is hereby dismissed from this case and any future pleadings. Specifically, the case style will reflect that Frances A. Wingfield d/b/a Wingfield Funeral Home is not longer a party to this action.

IT IS SO ORDERED this the _____ day of _____, 2004.

                                    _____
                                    Honorably Cindy Morris, Judge
                                    Conasauga Judicial Circuit

2

CONSENTED TO BY:

McCAMY, PHILLIPS, TUGGLE
& FORDHAM, LLP
P.O. Box 1105
Dalton, GA 30720-1105

By: _____
Robert H. Smalley, III
Georgia Bar No. 653405
Liaison Counsel For Plaintiffs


JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120

By: _____  signed by Judy Cvois,
Frank E. Jenkins, III          Lead Counsel for Funeral
Georgia Bar No. 390550         Home Defendants in
Liaison/Lead Counsel for the Marsh Family   MDL action, with
                                             express permission

BAKER, KINSMAN, HOLLIS, CLELLAND
& WINER, P.C.
701 Market Street, Suite 1500
Chattanooga, TN 37402
(423) 756-3333

By: _____
N. Mark Kinsman
Georgia Bar No. 422250
Counsel for Defendant Frances A. Wingfield
d/b/a Wingfield Funeral Home

3

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel in the above-captioned lawsuit a copy of the foregoing **Plaintiffs' Motion to Add Frances A. Wingfield d/b/a Wingfield Funeral Home as a Defendant** by depositing same in the United States Mail with proper postage affixed thereon and addressed to:

N. Mark Kinsman
Baker, Kinsman, Hollis, Clelland
& Winer, P.C.
701 Market Street, Suite 1500
Chattanooga, TN 37402

McCracken Poston, Jr.
Office of McCracken Poston
P.O. Box 1130
Ringgold, GA 30736

Frank E. Jenkins
Jenkins & Nelson, P.C.
15 Public Square
Cartersville, GA 30120

This the __13__ day of __April__, 2004.

By: _____

3