IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION            MDL DOCKET NO. 1467

This Order relates to:

ALL CASES

### ORDER

This matter is before the Court on the Plaintiffs' Motion to Add SCI Georgia Funeral Services, Inc. d/b/a Max Brannon & Sons Funeral Home ("Max Brannon & Sons") as a Defendant to this federal class action. Formerly, Max Brannon & Sons was a Defendant in <u>Partin et al. v. Tri-State Crematory et al.</u>, Civil Action File No. 85,287-M, Superior Court of Whitfield County, State of Georgia.

Pursuant to this motion and the Order granting the Transfer of this Defendant in the above-referenced Whitfield County case, the Court **Grants** the Plaintiffs' Motion and **Adds** SCI Georgia Funeral Services, Inc. d/b/a Max Brannon & Sons Funeral Home as a Defendant to this plaintiffs' class action.

IT IS SO ORDERED, this the 16 day of April, 2004.

_____
UNITED STATES DISTRICT JUDGE

Consented to by:

*[signature]*

Robert H. Smalley, III, Esquire
Georgia Bar No.: 653405
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Post Office Box 1105
Dalton, GA 30720-1105
Liaison for Plaintiffs


*[signature: Jennifer A. Walker signed by]*

Frank E. Jenkins, III, Esquire
Georgia Bar No.: 390550
JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120
Liaison/Lead Counsel for the Marsh Family


*[signature]*

J. Anderson Davis, Esquire
Georgia Bar No.: 211077
BRINSON, ASKEW, BERRY, SEIGLER,
    RICHARDSON & DAVIS, LLP
Post Office Box 5513
Rome, GA 30162-5513
Lead/Liaison Counsel for Defendant Funeral Homes


143816.1