FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAY -3 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:    TRI-STATE                    DOCKET NUMBER:
          CREMATORY LITIGATION         1467

## PLAINTIFFS' MOTION TO ADD STEPHEN MILLER AND ALVIS MILLER & SON FUNERAL HOME, INC., AS DEFENDANTS

The Plaintiffs request and move this Honorable Court to add Stephen Miller and Alvis Miller & Son Funeral Home, Inc., as Defendants to this class action. Stephen Miller and Alvis Miller & Son Funeral Home, Inc., were Defendants in the related litigation pending in the Superior Court of Whitfield County, specifically <u>Partin et al. v. Tri-State Crematory, et al.</u>, Civil Action File No. 85,287-M ("Partin"). The Plaintiffs in that action, as well as Stephen Miller and Alvis Miller & Son Funeral Home, Inc., filed a Joint Motion seeking transfer of Defendants Stephen Miller and Alvis Miller & Son Funeral Home, Inc., to this litigation. Stephen Miller and Alvis Miller & Son Funeral Home, Inc., consent to joining this case as an individually named funeral home in this certified Plaintiffs' class action as defined by this court. The Partin Superior Court Order granting the Joint Motion to Transfer is attached as Exhibit "A" to this Motion.

The addition of Stephen Miller and Alvis Miller & Son Funeral Home, Inc., as Defendants to this action will aid in the settlement of Plaintiffs' claims asserted against these Defendants, Stephen Miller and Alvis Miller & Son Funeral Home, Inc. To assist the Court, a draft Order is attached as Exhibit "B" to this motion.

Accordingly, the Plaintiffs respectfully request and move that the court add

Stephen Miller and Alvis Miller & Son Funeral Home, Inc., as Defendants to this action.

Respectfully submitted this 29th day of April, 2004.

McCamby, Phillips, Tuggle & Fordham, LLP

By: _____
Robert H. Smalley
Georgia Bar No.: 653405
Attorneys for Plaintiffs

P.O. Box 1105
Dalton, Georgia 30720-1105

CONSENTED TO BY:

JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, Georgia 30120

By: _Jennifer Joy Walker w/ express permission_
Frank E. Jenkins, III
Georgia Bar No.: 390550
Liason/Lead Counsel for Marsh Family

Jennifer Joy Walker
Georgia Bar Number: 732263
MAGRUDER & SUMNER
701 Broad Street, 4th Floor
P.O. Box 5187
Rome, Georgia 30162-5187

By: _____
J. Clinton Sumner, Jr.
Georgia Bar No.: 692100
Attorneys for Stephen Miller and
Alvis Miller & Son Funeral Home, Inc.

IN THE SUPERIOR COURT OF WHITFIELD COUNTY

STATE OF GEORGIA

KAREN PARTIN and ZOE TYSON,
on behalf of themselves and others similarly
situated,

    Plaintiffs,

VS.

CREMATORY DEFENDANTS:

TRI-STATE CREMATORY,
RAY BRENT MARSH,
CLARA MARSH,
RAY MARSH SR., (Deceased),

RHAMES LASHEA MARSH,
Individually and
D/B/A TRI-STATE CREMATORY
and TRI-STATE CREMATORY, INC.

FUNERAL HOME DEFENDANTS
AND FUNERAL HOME DIRECTORS:

ALVIS MILLER & SON FUNERAL HOME, INC.
and DIRECTOR - STEPHEN MILLER;
COCHRAN FUNERAL HOMES, INC.
and DIRECTOR - STEPHEN COCHRAN;
COLLINS FUNERAL HOME, INC.
and DIRECTORS - HARTLEY GRAY,
HOWARD COOK, DENNIS REEVES,
JAMES SOUTHERLAND;
FINCH FUNERAL HOME
and DIRECTOR - TREVOR WILSON,
MAX COCHRAN;
HAY-GANTT FUNERAL HOME, INC.
and DIRECTOR - HOWARD GANTT;
HELTON MORTUARY and
DIRECTOR - ERNEST SMITH;
HENRY-COCHRAN FUNERAL HOME



CIVIL ACTION FILE
NUMBER:  85,287-M

EXHIBIT # A

and DIRECTORS - MAX COCHRAN,
STEPHEN COCHRAN;
JEFF EBERHART FUNERAL HOME, INC.
and DIRECTOR - JEFFREY EBERHART;
LOGAN FUNERAL HOME and
DIRECTOR - JERRY BRYAN HENSLEY;
LYNN'S FUNERAL HOME and
DIRECTOR - BILLY MACK MONTGOMERY,
DOUGLAS FAIN SANDERS;
MAX BRANNON & SONS FUNERAL HOME
and DIRECTORS - JAMES E. BRANNON,
MAX RAY BRANNON, JAMES F. CARVER;
PONDERS FUNERAL HOME
and DIRECTORS - STONEWALL PONDERS,
JERRY BRYAN HENSLEY;
WINGFIELD FUNERAL HOME
and DIRECTOR - FRANCES A. WINGFIELD;
WRIGHT MEMORIAL MORTUARY, INC.
and DIRECTOR - JOE WRIGHT

and others yet unnamed,

    DEFENDANTS.

## ORDER

This matter is before the Court on the Joint Motion to Transfer the Claims against Defendants Stephen Miller and Alvis Miller & Son Funeral Home, Inc. to Pending Class Action. The federal class action at issues *In Re: Tri-State Crematory Litigation*, MDL Docket No. 1467, United States District Court for the Northern District of Georgia, Rome Division. According to the parties, this transfer will aid in settlement of Plaintiffs' claims asserted against this Defendant.

Pursuant to this motion, the Court grants the Joint Motion to Transfer Claims against Defendants Stephen Miller and Alvis Miller & Son Funeral Home, Inc. to Pending Federal Class Action. Defendants Stephen Miller and Alvis Miller & Son Funeral Home, Inc. is hereby dismissed from this case and any future pleadings. Specifically, the case style will reflect that

Alvis Miller and Alvis Miller & Son Funeral Home, Inc. is no longer a party to this action.

IT IS SO ORDERED this the 22ⁿᵈ day of April, 2004.

_____
Honorable Cindy Morris, Judge
Conasauga Judicial Circuit

CONSENTED TO BY:

COPPEDGE & LEMAN, P.C.
508 South Thornton Avenue
Dalton, Georgia 30720

By: _____
JOSEPH T. LEMAN
GEORGIA BAR NO.: 446292

JENKINS & OLSON, P.C.
15 South Public Square
Cartersville, GA 30120

By: _____ signed w/ express permission
FRANK E. JENKINS, III
GEORGIA BAR NO.: 390550
Jennifer J. Walker
Georgia Bar No: 732263

MAGRUDER & SUMNER
701 Broad Street, 4ᵗʰ Floor
P. O. Box 5187
Rome, Georgia 30162-5187

By: _____
J. CLINTON SUMNER, JR.
GEORGIA BAR NO.: 692100
ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:     TRI-STATE CREMATORY            DOCKET NUMBER:
           LITIGATION                     1467

## ORDER

This matter is before the Court on the Plaintiffs' Motion to Add Stephen Miller and Alvis Miller & Son Funeral Home, Inc. as Defendants to this federal class action. Formerly, Stephen Miller and Alvis Miller & Son Funeral Home, Inc. were Defendants in <u>Partin et al. v. Tri-State Crematory et al.</u>, Civil Action File No. 85,287-M, Superior Court of Whitfield County, State of Georgia.

Pursuant to this Motion and the Order granting the Transfer of these Defendants in the above-referenced Whitfield County case, the Court Grants the Plaintiffs' Motion and Adds Stephen Miller and Alvis Miller & Son Funeral Home, Inc. as Defendant to this Plaintiffs' class action.

IT IS SO ORDERED, this the ____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT # B

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel in the above-captioned lawsuit a copy of the foregoing Joint Motion to Transfer Claims against Defendants Stephen Miller and Alvis Miller & Son Funeral Home, Inc. by depositing same in the United States Mail with proper postage affixed thereon and addressed to:

Phillip Fleissner
The Fleissner Firm
600 Georgia Avenue
Chattanooga, TN 37402

David Randolph Smith
1910 Acklen Avenue
Nashville, TN 37203

William Colvin
701 Market Street, Suite 500
Chattanooga, TN 37402

Elizabeth Cabraser
Leiff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco CA 31444

J. Anderson Davis
Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP
P. O. Box 5513
Rome, GA 30162

Matthew Hilt
Gray, Rust, St. Mand, Moffett
& Brieske, LLP
300 Mayfair Royal
181 14th Street, NE
Atlanta, GA 30309

McCracken Poston, Jr.
P. O. Box 1130
Ringgold, GA 30736

Frank E. Jenkins, III
Jennifer Joy Walker
Jenkins & Olson
15 South Public Square, South
Cartersville, GA 30120

William D. Harrison
Laura M. Medlin
Mosley, Finlayson & Loggins
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, GA 30342

Richard B. Eason, Jr.
Eason, Kennedy & Crawford
P. O. Box 420527
Atlanta, GA 30342

J. Clinton Sumner, Jr.
Mcgruder & Sumner
P. O. Box 5187
Rome, Georgia 30162

William D. Strickland
Temple, Strickland, Dinges & Schwartz
3576 Covington Highway, Suite 100
Decatur, GA 30032

D. Todd Markle
Miller & Markle, LLP
23 Lenox Pointe, NE
Atlanta, GA 30324

Stephen L. Cotter
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, GA 30309-3231

Jule W. Peek, Jr.
Kimberly M. Mosely
Smith, Shaw & Maddox, LLP
P. O. Box 29
Rome, Georgia 30162

N. Mark Kinsman
1500 First Tennessee Building
Chattanooga, TN 37402

Douglas Fain Sanders, *Pro se*
Lynn's Funeral Home
2112 Maple Avenue
Rome, Georgia 30161

Lynn's Funeral Home, *Pro se*
333 Branham Avenue
Rome, Georgia 300162

Helton Mortuary, *Pro se*
900 Church Street
P. O. Box 831
Rockmart, Georgia 30153

This 29th day of April, 2004.

COPPEDGE & LEMAN, PC

_____
JOSEPH T. LEMAN