UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: TRI-STATE
CREMATORY LITIGATION

This Order relates to:        MDL DOCKET NO. 1467

ALL CASES

ORDER

A Scheduling Conference in this case is set for 10:30 o'clock A.M. on Thursday, July 1, 2004. In this conference the Court expects to set a date for the trial of all claims pending against the remaining defendants in this litigation. The Court will also discuss with counsel the preparation of a new and simplified pretrial order applicable to the remaining parties and issues along with any other appropriate matters relevant to the completion of this litigation.

IT IS SO ORDERED, this the 23rd day of June, 2004.

UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)

1198