**FILED IN CLERK'S OFFICE**
U.S.D.C. - Rome

AUG 2 5 2004

LUTHER D. THOMAS, Clerk
By: B. Jackson, Deputy Clerk

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN  DISTRICT OF GEORGIA
                            ROME DIVISION

-------------------------------        CIVIL DOCKET NUMBER
IN RE:  TRI-STATE CREMATORY )              MDL 1467
LITIGATION                  )
-------------------------------            ROME, GEORGIA
                                   WEDNESDAY, AUGUST 25, 2004
                                            10:10 A.M.

                              VOLUME 1


                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE HAROLD L. MURPHY,
              UNITED STATES DISTRICT JUDGE, AND A JURY


APPEARANCES:

     FOR THE PLAINTIFFS:      ROBERT H. SMALLEY
                              411 WEST CRAWFORD STREET
                              DALTON, GEORGIA  30720-1105
                              (706) 278-4499


                              ELIZABETH A. ALEXANDER
                              EMBARCADERO CENTER WEST
                              275 BATTERY STREET
                              30TH FLOOR
                              SAN FRANCISCO, CALIFORNIA
                                               94111-3339
                              (415) 956-1000


                              KATHRYN BARNETT
                              3319 WEST END AVENUE
                              SUITE 600
                              NASHVILLE, TENNESSEE
                                                 37203
                              (615) 313-9000



               PROCEEDINGS RECORDED BY STENOGRAPHY
                  TRANSCRIPT PRODUCED BY COMPUTER
```