

ROME DIVISION
# CIVIL MINUTE SHEET

(X) IN OPEN COURT    () IN CHAMBERS           DATE: 08/25/04   TIME: 3.0 HRS.

### HONORABLE HAROLD L. MURPHY

| | |
|---|---|
| **SAMUEL M. JOHNSTON** | **DENNIS J. REIDY** |
| **COURTROOM DEPUTY** | **COURT REPORTER** |

IN RE: TRI-STATE                                 ROBERT SMALLEY
CREMATORY LITIGATION                  KATHERINE BARNETT
                                                           ROBERT DARROCH
                                                           ELIZABETH ALEXANDER

V.                                                         CASE NO.  4:02-CV-41-HLM
                                                             MDL: 1467

                                                             FRANK JENKINS
                                                             J.J. WALKER
                                                             STEWART JAMES

CAUSE CAME ON FOR () JURY    ()NON-JURY TRIAL ON THE MERITS. Came the parties in person and/or as shown above.

PLAINTIFF(S)    () REQUEST OT CHARGE  () VOIR DIRE    ()TRIAL MEMO/BRIEF    () STATEMENT OF CONTENTIONS

DEFENDANT(S) () REQUEST OT CHARGE    () VOIR DIRE    ()TRIAL MEMO/BRIEF    () STATEMENT OF CONTENTIONS

PLAINTIFF(S)    ()PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW

DEFENDANT(S) ()PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW

()    Whereupon the Court ordered that a jury be impaneled to try said issues, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issues and were

sworn, to wit:

| | | |
|---|---|---|
| 1. LILLIE WYLENE COTTON | 5. JENNIFER McGILL | 9. |
| 2. KEVIN L. SMITH | 6. JAMES PATRICK STEELE | 10. |
| 3. RONALD CARL PPHILLIPS | 7. TIMOTHY A. TRAMMELL | 11. |
| 4. MARK EDWARD ROSIEK | 8. TAMMY EARLYNE TAYLOR | 12 |

()   THE RULE OF SEQUESTRATION  () WAS  () WAS NOT INVOKED

**HEARING/PRE-TRIAL/ EVIDENCE:**

- IN CHAMBERS:: PARTIES DISCUSS THE TRIAL SCHEDULE FOR TODAY; CT. ADVISED IT WILL RECESS EARLY - MID AFTERNOON.

- JURY TRIAL BEGINS - PRELIMINARY INSTRUCTIONS BY THE CT. TO THE JURY;

- OPENING STATEMENTS; PLF. CASE: CHARLES P. BREWER, SWORN; PLF. EX. 252A - 252E, 108, 95, 42, 43, 225, ADMITTED; CT RECESSED FOR THE DAY.

## VERDICT:

## JUDGEMENT:

**COURT ADJOURNED AT: 1:24 P.M.     UNTIL        8/26/04 @ 9:30 a. m.**

()   **UNTIL FURTHER ORDER**

()   **JURORS EXCUSED UNTIL THE ABOVE TIME UNDER THE USUAL CAUTION OF THE COURT.**

()   **JURORS EXCUSED FOR THE TERM.**

()   **JURORS EXCUSED AND DIRECTED TO RETURN TO THE JURY ASSEMBLY ROOM**

**EXHIBITS RETURNED TO COUNSEL FOR**     () PLAINTIFF
() DEFENDANT
() COURT REPORTER
() RETAINED BY THE COURT