# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:02-cv-00041-HLM
## Bechtel, et al v. Tri-State Crematory, et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Open Court on 11/26/07.

TIME COURT COMMENCED: 10:12 A.M.
TIME COURT CONCLUDED: 12:40 P.M.
TIME IN COURT: 2:28

COURT REPORTER: Donna Keeble
DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kathryn Barnett<br>Robert Darroch & Jim Cook<br>Robert Smalley |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | Hearing held. Witnesses testified: Mike McGlamry & William Colvin. Hearing continued to 11/28/07 at 10:30 a.m. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene on 11/28/07 at 10:30 a.m. . |