# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:02-cv-00041-HLM
## Bechtel, et al v. Tri-State Crematory, et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Open Court on 11/28/2007.

TIME COURT COMMENCED: 10:29 A.M.
TIME COURT CONCLUDED: 3:15 P.M.
TIME IN COURT: 3:39
COURT REPORTER: Dennis Reidy
DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kathryn Barnett representing Anthony Schuchman<br>Robert Darroch representing Carol A. Bechtel<br>Robert Smalley representing Carol A. Bechtel |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | Hearing held and concluded. Mr. Smalley and Ms. Barnett will submit the time information for Mr. Darroch as directed by the court. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |